**FILED**

**OCT 30 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **PAUL J. MANAFORT, Jr., and RICHARD W. GATES III** | Crim. No. 17-201 (ABJ/DAR) |
| **Defendants** | |

## GOVENRMENT'S MOTION TO UNSEAL THE INDICTMENT

The government respectfully moves the Court to unseal the redacted version of the indictment returned in the above-captioned case on October 27, 2017, as well as the accompanying arrest warrants. Upon the return of the indictment, this Court entered an order sealing those materials until at least one of the defendants named in the indictment was custody, at which time the materials would "be unsealed." *See* Oct. 27 Order. In accordance with that Order, the redacted indictment was unsealed by the Special Counsel's Office when the defendants were in custody after self-surrendering earlier on this date. In an abundance of caution, however, the government now seeks an order ensuring that both the redacted indictment and the accompanying arrest warrants are unsealed and made available on the public docket.

A proposed order accompanies this motion.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: October 30, 2017   By:   /s/
Andrew Weissmann
Greg D. Andres
(202) 616-0800