AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Paul J. Manafort, Jr.<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:17-cr-00201<br>Assigned To : Judge Jackson, Amy Berman<br>Assign. Date : 10/27/2017<br>Description: INDICTMENT (B) |

**FILED**
**OCT 30 2017**
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul J. Manafort, Jr.   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 (Conspiracy Against the United States)
18 U.S.C. 1956(h) (Money Laundering Conspiracy)
31 U.S.C. §§ 5314 and 5322 (b)(Failure To File Reports Of Foreign Accounts)
22 U.S.C. 612, 618(a)(1) (Acting as an Agent of a Foreign Principal Without Registering)
22 U.S.C. 618(a)(2) (False and Misleading Statements in Documents Furnished to the Attorney General under FARA)
18 U.S.C. 1001 (False Statements)
18 U.S.C. 2 (Aiding and Abetting; Causing an Act to be Done)

Date: *[signature] Oct 27, 2017*

*[signature]*
Issuing officer's signature

City and state:   Washington, D.C.   DEBORAH A. ROBINSON, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 10/30/17, and the person was arrested on *(date)* 10/30/17
at *(city and state)* WASHINGTON, DC.

Date:   10/30/17

*[signature]*
Arresting officer's signature
RECEIVING

DUSM GIRANDO
Printed name and title