AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cr-00201-ABJ |
| Paul J. Manafort, Jr. and Richard W. Gates III | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date:   11/01/2017

/s/ Kyle R. Freeny
*Attorney's signature*

Kyle R. Freeny, Cal. Bar No. 247857
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

KRF@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*