AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cr-00201-ABJ |
| Paul J. Manafort, Jr. and Richard W. Gates III | ) |
| *Defendant* | ) |

**FILED**
NOV - 1 2017
Clerk, U.S. District and Bankruptcy Courts

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   11/01/2017

*Attorney's Signature*

Greg D. Andres (DC#459221/NY#2845568)
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

gda@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*