UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
NOV - 2 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, )
)
v. ) Crim. Action No. 17-0201 (ABJ)
PAUL J. MANAFORT, JR. and )
RICHARD W. GATES III, ) **EX PARTE and UNDER SEAL**
)
Defendants. )
)

### ORDER

The government is ordered to show cause by November 3, 2017 why its motion for protective order [Dkt. # 19] may be filed *ex parte*. The submission should address: (1) why the Court has authority to issue a protective order "upon the filing of an indictment" under 21 U.S.C. § 853(e)(1)(A) without notice to the defense when it is Section 851(e)(2) that specifically permits the issuance of an order without notice "when an information or indictment has not yet been filed;" and (2) whether or not the Court has the authority to issue a protective order *ex parte*, why it is necessary to do so in this case. The government must explain whether and why the provision of notice would jeopardize the availability of the property – which has already been identified in the indictment – for forfeiture.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: November 2, 2017