UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) | Crim. Action No. 17-0201 (ABJ) |
| PAUL J. MANAFORT, JR. and RICHARD W. GATES III, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The parties should be advised that the Court is not inclined to establish a schedule that is subject to periodic continuances; any trial date that is set in this case will be a firm trial date. Therefore, at the hearing on November 6, 2017, the parties should be prepared to address the question of whether it is premature to set a trial date at this time, before the defense has had an opportunity to assess the scope and nature of the discovery it has received and any it plans to undertake. If a trial date is established, the Court intends to set the following schedule, so the parties should also be prepared to inform the Court of any conflicts:

1) All motions except motions in limine (including defense motions to dismiss or to suppress and any government motions concerning Rule 404(b) evidence) must be filed by December 1, 2017;

2) Oppositions to any motions will be due on December 15, 2017;

3) Any replies will be due on December 22, 2017;

4) A motions hearing will be held on January 16, 2018 at 9:30 am;

5) Motions for jury questionnaires (if any) must be filed by March 1, 2018;

6) Motions in limine (filed by either side) must be filed by March 23, 2018;

7) Oppositions to any motions in limine will be due by April 6, 2018;

8) Any replies will be due on April 13, 2018;

9) The parties must submit a Joint Pretrial Statement (including proposed voir dire, exhibit lists, objections to exhibits, and proposed jury instructions) by March 29, 2018;

10) The pretrial conference will be held on April 19, 2018 at 10:00 am, and will be continued on April 24, 2018 at 10:00 am, if necessary;

11) Trial will commence on May 7, 2018 at 9:30 am.

**SO ORDERED**.

_Amy B Jackson_
AMY BERMAN JACKSON
United States District Judge

DATE:  November 3, 2017