UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 17-201 (ABJ/DAR) |
| ) | |
| PAUL J. MANAFORT, JR. and ) | |
| RICHARD W. GATES III, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion for Extension of Time is GRANTED. Accordingly, Defendant's time to file a motion to modify the conditions of release is extended to November 4, 2017; or, alternatively,

IT IS HEREBY ORDERED that the bond review hearing scheduled for November 6, 2017 is adjourned until a date and time to be determined subsequently by this Court.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE