UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-201 (ABJ/DAR) |
| PAUL J. MANAFORT, JR. and | ) |
| RICHARD W. GATES III, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion to Modify Conditions of Release is GRANTED.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE