UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **PAUL J. MANAFORT, JR. and** ) | Crim. No. 17-201 (ABJ/DAR) |
| **RICHARD W. GATES III,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion to Extend Time for Informing the Court of the Nature of any Expected Pretrial Motions and finding good cause shown, it is this \_\_\_ day of November, 2017, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE