# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> )    Crim. No. 17-201 (ABJ/DAR) <br> ) |
| v. | ) <br> ) |
| PAUL J. MANAFORT, JR., and <br> RICHARD W. GATES III, | ) <br> ) <br> ) |
|     Defendants. | ) <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that my mailing address, has changed effective immediately.

The new mailing address is:

815 Connecticut Avenue NW
Suite 730
Washington, DC 20006
Tel:  202-754-1992
Fax.:  None
Email:  kevindowning@kdowninglaw.com


November 5, 2017                      Respectfully submitted,

                                            /s/   Kevin M. Downing
                                       Kevin M. Downing (DC Bar # 1013984)
                                       815 Connecticut Avenue NW
                                       Suite 730
                                       Washington, DC 20006
                                       Tel:  202-754-1992
                                       Fax.:  None
                                       Email:  kevindowning@kdowninglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

All counsel of record

                                         / s/   Kevin M. Downing