UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>v.   )<br>  )<br>PAUL J. MANAFORT, JR. and   )<br>RICHARD W. GATES III,   )<br>  )<br>**Defendants.**   ) | **Crim. No. 17-201 (ABJ/DAR)** |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion Seeking Permission to Leave Home Confinement to Vote and finding good cause shown, it is this ___ day of November, 2017, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE