## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | |
| PAUL J. MANAFORT, JR. and ) | Crim. No. 17-201 (ABJ/DAR) |
| RICHARD W. GATES III, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT RICHARD W. GATES III'S MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions so that he may help his wife transport their children to school and their extracurricular activities. Counsel continues to work diligently with the United States to reach a joint proposal for bail conditions and has now submitted to the United States a supplementary proposed bail package with supporting documents for consideration. The supplementary package includes a revised appraisal of the current market value of his house and statements reflecting the current value of his IRA accounts.

I.   Request to Modify Release Conditions for Limited Purposes

Pending the United States' consideration and verification of this supplementary package, which is expected to take some time, Mr. Gates seeks a limited modification of his release conditions so that he may help his wife take their children to school and after-school activities, participate in family holiday gatherings, and, continue to earn a livelihood. As support for this request, Mr. Gates asks this Court to consider that (1) it is great burden on his family and hardship for his wife to be solely responsible for transporting his four children to and from school each day and for also taking them to their numerous extracurricular activities after school and on the weekends; his wife is physically not able to keep up with these transportation

1

demands; (2) the need to participate in family holiday gatherings, especially for the sake of his young children; (3) the need for Mr. Gates to continue to earn a living to support his family, which requires being able to meet clients in Virginia and Washington, DC; and, (4) Mr. Gates continues to establish a pattern of responsible and cooperative compliance with Pre-Trial Services.

II. General Description of Schedules and Activities

A. *Children's Schedule*

The children's school and extracurricular schedule is typically as follows; the schedule may vary on occasion for holidays, school closures, changes in time/location of activities:

Children's Carpool To/From School (Each Weekday)

This usually requires an hour in the morning and one hour and fifteen minutes in the afternoon.

Children's Extracurricular Activities (After School and Weekends)

Practice: After school practice for extracurricular activities usually requires 1 hour and 45 minutes for multiple activities on school days
Practice: Usually takes one and a half hours on Saturdays
Practice: Usually takes two and a half hours on Sundays

Children's Events

The children are also invited from time to time to birthday parties and other gatherings with classmates and friends outside of school. One upcoming event is taking place this Sunday, November 19, 2017, for two hours.

B. *Family Holiday Events*

Family gatherings for Thanksgiving are scheduled as follows:

Family Gathering: November 23, 2017, eleven hours for two events
Family Gathering: November 24, 2017, seven hours for two events

The Christmas holiday schedule is to be determined.

C. *Work Meetings*

Mr. Gates respectfully requests that he be permitted to meet with clients and potential clients in the Richmond, Virginia area and in Washington, DC in order to continue to earn an income so that he may support his family.

III.     Schedule Coordination with Pre-Trial Services

If this Court permits, Mr. Gates will work with Pre-Trial Services on an exact schedule based on the general schedule and categories of activities listed above for which Mr. Gates seeks limited release. This way, Mr. Gates will not burden the Court and the court system with a motion every time there is a scheduling change or a new activity or event arises. Mr. Gates will provide Pre-Trial Services with specific information about the event or activity in devising a schedule, including the nature of the event or activity, time, and location.

The position of the United States could not be ascertained as to this motion but Mr. Gates submits that the United States will not be prejudiced by the granting of this motion.

WHEREFORE, Mr. Gates hereby respectfully moves this Court for permission to modify his release conditions as specified above.

Respectfully submitted,

 /s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)
*Attorneys for Richard W. Gates III*