UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion to Modify Conditions of Release for Thanksgiving Holidays is GRANTED.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE