UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant | Crim. No. 17-201-2 (ABJ) |

**NOTICE OF DEVELOPMENT RELATED TO THE GOVERNMENT'S
MOTION TO REVIEW REPRESENTATION OF DEFENDANT GATES**

The United States of America, by and through Special Counsel Robert S. Mueller III, writes to notify the Court of a recent development relevant to the government's motion (ECF#52) requesting that the Court review the propriety of attorney Walter Mack's representation of defendant Richard W. Gates III in light of a potential conflict of interest. *See* Nov 21, 2017 Hearing Tr. 18 (this Court directs the government to "file a notice [if] there's been some development" in the New York case "so that we can all be aware of it").

On November 22, 2017, in *United States v. Steven Brown*, 16-cr-436 (KMW), which is pending before United States District Judge Kimba M. Wood in the Southern District of New York, the Court approved the government's request for a *Curcio* hearing and directed the parties to confer regarding a "date and time for the hearing as soon as possible." The relevant docket entry reads as follows:

> MEMO ENDORSEMENT as to Steven Brown on re: [113] LETTER MOTION addressed to Judge Kimba M. Wood from AUSA Katherine Reilly dated November 20, 2017 re: Potential Conflict of Interest and Curcio Inquiry filed by USA. ENDORSEMENT: [The government] shall confer with Counsel for Mr. Brown regarding a [d]ate and time for this hearing as soon as possible, and shall call [the courtroom]

deputy, Ms. Tomasello to set a date, either in the afternoon of Nov. 22, or morning the first week in December. (Signed by Judge Kimba M. Wood on 11/21/2017)(ft)

In accordance with that order, Judge Wood has now scheduled a *Curcio* hearing on December 4, 2017 at 11:45 a.m. Attached as Exhibit A is a copy of the letter filed in the *Brown* case by the U.S. Attorney's Office for the Southern District of New York, which was endorsed by Judge Wood.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: November 27, 2017        By:     __/s/_ Greg Andres_____
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Kyle R. Freeny
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*