UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT RICHARD W. GATES III'S NOTICE OF GOVERNMENT'S POSITION ON DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO FACILITATE MEETINGS WITH COUNSEL**

In response to this Court's Minute Order issued today, November 28, 2017, ordering that Richard W. Gates, III inform the Court of the government's position on his motion to modify release conditions, which was filed today, November 28, 2017, Mr. Gates, through counsel, informs the Court that the United States does not oppose Mr. Gates's motion provided that Mr. Gates remains on GPS monitoring during the time period of meeting with attorneys in Washington, D.C., notifies Pre-Trial Services of the location where he is staying and travels only to his attorney's office, back to his hotel room, and to his residence with no intermediate stops other than stopping for gas. Mr. Gates is currently on GPS monitoring and does not seek to alter that condition at this time. Mr. Gates has and will continue to inform Pre-Trial Services of the date, time and location of his meetings. He will certainly include his accommodations in those notifications. Mr. Gates will not make intermediate stops on his way to meetings with counsel but submits that it would be reasonable and necessary for this Court to permit rest breaks in addition to stopping for gas while in transit.

WHEREFORE, Mr. Gates hereby respectfully submits this information in aid of this Court's consideration of his motion to modify his release conditions as requested in his Motion to Modify Release Conditions for Limited Purposes to Facilitate Meetings with Counsel.

Respectfully submitted,

 /s/Shanlon Wu
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)
*Attorneys for Richard W. Gates III*