**SEALED**