UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**APPLICATION TO PLEDGE REAL PROPERTY TO SECURE RELEASE ON BOND**

UNITED STATES OF AMERICA      )
                             )
            v.               )          Criminal Number _17-201-01_ (ABJ)
                             )
  Paul J. Manafort, Jr.      )
                             )

1. Name(s) of person(s) offering real property for appearance or surety bonds:
   _Paul J. Manafort, Jr. and Kathleen B. Manafort_

2. Address(es): _10 St. James Drive, Palm Beach Gardens, FL 33418_

3. Location of property offered (address and brief description of property):
   _10 St. James Drive, Palm Beach Gardens, FL (single family home)_

4. Person(s) and address(es) in whose name property is assessed:
   _Paul J. Manafort, Jr. and Kathleen B. Manafort_

5. Mortgage, liens, encumbrances of any kind on such property and the interest held in such property by anyone other than the person(s) in whose name the property is assessed:
   _None._

6. Assessed value of property: $ _1,250,000_

7. Mortgage, liens, encumbrances or other interests (total)
   $ _0_

(over)

8.  Net assessed value of property (line 6 less line 7):
    $ 1,250,000

9.  Amount required for appearance or surety bonds:
    $ See attached rider.


There must be attached to this form a certificate from the Assessor's Office of the District of Columbia, indicating the square and lot numbers, street address, current assessed value, and in whose name the property is assessed.

If the amount shown on line 8 (listed above) exceeds that shown on line 9, then the property, if qualified in all other respects, is adequate to secure the bond in question.

\*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT IN SUPPORT TO APPLICATION TO PLEDGE REAL PROPERTY TO SECURE RELEASE OF DEFENDANT ON BOND**

I declare under penalty of perjury that the information on this application is true and correct.

I also warrant under oath that, subsequent to the execution of deed of trust on the property described in this application to secure the release of:

Paul J. Manafort, Jr.

and prior to recordation of said deed, no other deed of any kind will be executed by me or will this property be further encumbered in any way.

Witness my hand and seal _____

Subscribed and sworn to before me this _____ day of _____,
19_____.



_____
CLERK, U.S. DISTRICT COURT

United States of America v. Paul Manafort
Crim No:17 -20101 (ABJ)

<u>Rider to Appilcation to Pledge Real Property to Secure Release on Bond</u>

5.      174 Jobs Lane, Bridgehampton N.Y.  has a mortgage to Federal Savings Bank
dated November 16, 2016 in the amount of $9,500,000.

        601 N. Fairfax Street, Alexandria, Va is encumbered by a deed  of trust to
Federal Savings Bank as collateral for the mortgage on 174 Jobs Lane.

        123 Baxter Street, New York, N.Y. has a mortgage to Woodlawn LLC dated
August 7, 2017 in the amount of $1,025,000.

10 St. James Drive, Palm Beach Gardens FL has no encumbrances.

6. Assessed Value:

| | |
|---|---:|
| 174 Jobs Lane, Bridgehampton | $13,500,000 |
| 123 Baxter Street, New York | 4,725,000 |
| 601 N. Fairfax Street, Alexandria | 2,700,000 |
| 10 St. James Drive, Palm Beach Gardens | 1,250,000 |
| Total | $22,175,000 |

7. Mortgages, liens, encumbrances or other interest:      $10,525,000

8.Net assessed value:      $11,650,000

9.Amount required for appearance or surety:      $10,000,000

  Line 8 exceeds Line 9.

AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 17-201-01 (ABJ) |
| Paul J. Manafort | ) | |
| *Defendant* | ) | |
| | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court  *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

10 Saint James Drive, Palm Beach Gardens, Florida

No encumbrances; we hereby waive the benefit of the homestead exemption

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

1. Deed dated September 17, 2007
2. Valuation

*Surety Information.*  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.*  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.*  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.*  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____

City and state: _____

_____
*Defendant (if a property owner)*

*Kathleen B. Manafort*
_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

*UNITED STATES OF AMERICA*

Date: _____

_____
*Assistant United States Attorney's signature*

Agreement approved.

Date: _____

_____
*Judge's signature*

# 10 Saint James Drive, Alexandria, VA

## DEED

CFN 20070443636
OR BK 22124 PG 1544
RECORDED 09/20/2007 10:27 08
Palm Beach County, Florida
AMT 1,500,000 00
Doc Stamp 10,500 00
Sharon R  Bock,CLERK & COMPTROLLER
Pgs 1544 - 1546, (3pgs)

PREPARED BY AND RETURN TO

Signature Land Title Company, LLC
400 Village Square Crossing, Suite 2E
Palm Beach Gardens, FL 33410
_____

Property Control No  52-42-42-11-15-000-0760

## WARRANTY DEED

THIS WARRANTY DEED, made this *17* day of *September*, 2007 by AARON W LEVY and EVELYN LEVY, husband and wife, hereinafter called the Grantor, whose mailing address is 116 "C" Palm Bay Drive, Palm Beach Gardens, FL 33418, to PAUL J MANAFORT and KATHLEEN B MANAFORT, husband and wife, hereinafter called the Grantee, whose mailing address is 211 North Union Street, Suite 250, Alexandria, VA 22314

(Wherever used herein the terms "Grantor" and "Grantee" are used for singular or plural, as context requires and include all the parties to this instrument and the heirs legal representatives and assigns of individuals, and the successors and assigns of corporations )

WITNESSETH, that the said Grantor, for and in consideration of the sum of Ten Dollars ($10 00) and other good and valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirm unto the Grantee, all that certain land situate in the County of Palm Beach, State of Florida, to-wit

**Lot 76, PLAT ONE HANSEN JDM, according to the Plat thereof, as recorded in Plat Book 64, Page 67, of the Public Records of Palm Beach County, Florida**

SUBJECT TO restrictions, reservations, covenants, conditions and easements of record, taxes for the year 2007 and the years subsequent thereto, and all applicable laws, ordinances, and governmental regulations, including without limitation, zoning and building codes and ordinances

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining

TO HAVE AND TO HOLD, the same in fee simple forever

AND the said Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple, that the Grantor has good right and lawful authority to sell and convey said land, that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all liens and encumbrances, except taxes accruing subsequent to December 31, 2006

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written

1

Signed, sealed and delivered
in the presence of

Witness

_Gregoire Nadau_
(Print Name)

Witness

_Tim Quinger_
(Print Name)

**AARON W LEVY**

Witness

_Gregoire Nadau_
(Print Name)

Witness

_Tim Quinger_
(Print Name)

**EVELYN LEVY**

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this _17_ day of _September_ 2007, by
**AARON W LEVY and EVELYN LEVY**

GREGOIRE NADEAU
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION # DD446177
EXPIRES 9/11/2009
BONDED THRU 1 888 NOTARY1
(SEAL)

**NOTARY PUBLIC**

_Greg Nadau_
(Print Name)
My commission expires ___9 11 09___
Commission No ___DD 446177___

Personally Known ____ OR Produced Identification ____
Type of identification Produced _Florida Lic._
F\My Documents\Dan\91732\wdktwosellers wpd

2

This instrument prepared by
Larry Z Glickman
Sachs Sax Klein P A
Suite 4150 301 Yamato Road
Boca Raton FL 33431

## CERTIFICATE OF COMPLIANCE
### for transfer of a UNIT
### in the BALLENISLES *Community*

**THIS IS TO CERTIFY** that BALLENISLES COMMUNITY ASSOCIATION INC
( ASSOCIATION ) hereby verifies to Paul J & Kathleen B Manafort *[NAME OF BUYER]* as grantee(s)
of the following UNIT in the BALLENISLES Community

> LOT 76 BallenIsles Pod 5B according to the Plat thereof on file in the
> Office of the Clerk of the Circuit Court in and for Palm Beach County
> Florida recorded in Plat Book 64 Page 67

that as of the date hereof the UNIT referenced above is in compliance with all relevant provisions of
Second Restated and Amended Declaration of Protective Covenants Conditions and Restrictions for
BallenIsles as amended

Dated this 23rd day of August 2007

Signed sealed and delivered
in the presence of

BALLENISLES COMMUNITY ASSOCIATION INC

By _Carole Cauthen_

(Sign) _Jillian Arena_

Print name  Carole Cauthen

(Print) Jillian Arena

Title  Controller

(Sign) _June K Henig_

(Print) JUNE K HENIG

STATE OF FLORIDA          )
                                              SS
PALM BEACH COUNTY       )

The foregoing instrument was acknowledged before me this 22nd day of August
2007 by Carole Cauthen as Controller of BALLENISLES COMMUNITY
ASSOCIATION INC   He/she is personally known to me or has produced _____
as identification

_Arlene J King_
NOTARY PUBLIC
PRINT/STAMP/TYPE NAME
COMMISSION EXPIRES
COMMISSION NUMBER

Arlene J King
Commission # DD411854
Expires MAR 27, 2009
www AARONNOTARY com

# 10 Saint James Drive, Alexandria, VA

# PROPERTY VALUE





Zillow, Inc. (US) | https://www.zillow.com/homedetails/10-Saint-James-Dr-Palm-Beach-Gardens-FL-33418/46856376_zpid/?fullpage=true

Buy   Rent   Sell   Mortgages   Agent finder   Home design   More

CORRECT HOME FACTS   ♡ SAVE   ✉ SHARE   ⊘ HIDE   GET UPDATES   MORE

Public View     Owner View                                    Florida

Find the right renter. List your rental for free on Zillow.



# 10 Saint James Dr,
## Palm Beach Gardens, FL 33418

5 beds · 5 baths · 4,034 sqft

⊕ OFF MARKET

Zestimate⁑:
$1,250,497

I disagree

Rent Zestimate⁑: $6,792 /mo