UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
v.                               )
                                 )        Crim. No. 17-201-01 (ABJ)
PAUL J. MANAFORT, JR.,           )
                                 )
          Defendant.             )

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion to Modify

Conditions of Release is GRANTED.

DATE: _____


                                   _____
                                   HON. AMY BERMAN JACKSON
                                   UNITED STATES DISTRICT JUDGE