UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | **Crim. No. 17-201-2 (ABJ)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT RICHARD W. GATES III'S MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO ATTEND FAMILY EVENT**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may attend his daughter's first competition in a particular event. While Mr. Gates does not intend to seek modification of his release conditions for every event in which his children participate, he believes this competition is an especially important event to support. The event is scheduled for this Saturday, December 2, 2017, at a location in Richmond, Virginia about four miles from Mr. Gates's residence, from 2:00 pm until 6:00 pm. Mr. Gates requests a limited release to attend the event.

If this Court permits this limited release, Mr. Gates will promptly provide Pre-Trial Services with specific information about the event, including the time and location.

Counsel for Mr. Gates conferred with the United States prior to the filing of this motion and the United States opposes Mr. Gates's request.

WHEREFORE, Mr. Gates hereby respectfully moves this Court for permission to modify his release conditions as specified above.

Respectfully submitted,

_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)
*Attorneys for Richard W. Gates III*