UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion to Modify Release Conditions for Limited Purposes to Attend Family Event and finding good cause shown, it is this ___ day of _____, 2017, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE