UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, Jr.**<br><br>**Defendant.** | **Crim. No. 17-201-1** |

### ORDER

Upon consideration of the United States' Motion to Set Schedule for the United States' Response to the Court's November 30, 2017 Minute Order, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the government shall state its position on Defendant's Motion to Modify Bail Conditions [66] by December 4, 2017.

Dated: _____

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE