UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA      )  |   |
|                               )  |   |
|         v.                    )  |   |
|                               )  |   |
| RICHARD W. GATES III,         )  | Crim. No. 17-201-2 (ABJ) |
|                               )  |   |
|         Defendant.            )  |   |

**NOTICE OF DEVELOPMENT RELATED TO THE GOVERNMENT'S
MOTION TO REVIEW REPRESENTATION OF DEFENDANT GATES**

Richard W. Gates, III, through undersigned counsel, writes to inform the Court of a new development related to the Government's Motion to Review Representation of Defendant Gates, Document 52, and the Government's Notice of Development Related to the Government's Motion to Review Representation of Defendant Gates ("Government's Notice of Development"), Document 61.  As the Court is aware, in its Motion to Review Representation of Defendant Gates, the Government requested that the Court review the propriety of attorney Walter Mack's representation of Mr. Gates under United States v. Curcio, 680 F. 2d 881 (2d Cir. 1982).  In the Government's Notice of Development, the government advised the Court that the U.S. District Court for the Southern District of New York had approved the government's request for a Curcio hearing in the case United States v. Steven Brown, 16-cr-436 (KMW) ("NY Case"), and had scheduled a Curcio hearing for Monday, December 4, 2017, at 11:45 a.m.

At the hearing before this Court on November 21, 2017, the Court directed the Government to keep it informed of developments in the NY Case.  Specifically, the Court stated, "one thing I will ask the government to do, at any time that you understand that there's been any ruling coming out of the New York Court, if you could provide – you know, docket it, just file a

notice that there's been some development, so that we can all be aware of it." November 21, 2017 Hearing Transcript at 1819-24.

As it does not appear that the Government has filed the requested notice, Mr. Gates notifies the Court that the <u>Curcio</u> hearing proceeded as scheduled in the NY case on Monday, December 4, 2017, before Judge Kimba W. Wood who found that "Defendant Brown knowingly and voluntarily waives his right to conflict-free representation." The relevant docket entry reflecting the Court's finding, made in a minute entry, is as follows:

> **Minute Entry for proceedings held before Judge Kimba M. Wood: Curcio Hearing as to Steven Brown held on 12/4/2017. Defendant Steven Brown is present with his attorneys Walter Mack and David Rivera. AUSAs Katherine Reilly and Noah Solowiejczyk are present. Court reporter Rose Prater is present. Curcio hearing is held (see transcript.) The Court finds that Defendant Brown knowingly and voluntarily waives his right to conflict-free representation. (jbo)**

See December 4, 2017, minute entry in NY Case's docket report, attached hereto as Exhibit A, which is a true and correct copy of the relevant portion of the docket report.

Respectfully submitted,

  /s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)
*Attorneys for Richard W. Gates III*