UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant | Crim. No. 17-201-2 (ABJ) |

### GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT GATES'S REQUEST TO MODIFY RELEASE CONDITIONS

The United States of America, by and through Special Counsel Robert S. Mueller III, submits this memorandum in opposition to defendant Gates's motion to modify his conditions of release. *See* ECF#77. The government opposes the defendant's motion because he has failed to secure a bond that would support his requested movements. The government has continued to respond to the defendant's requests to interview sureties, and we have reviewed his most recent bail package proposal (and responded with our views). While we do not agree with each of the defendant's assertions about the package that he has proposed, we do agree that progress has been made.

At the same time, the government continues to believe that the defendant should post a secured bond before being granted further modifications. And notwithstanding any progress made, the defendant's current release rests only on his personal recognizance and an unsecured appearance bond, which this Court has previously found insufficient to assure his appearance given the seriousness of the charges, the strength of the evidence, and the risk of flight posed. *See*

ECF#50 (Nov. 16, 2017 Order) at 1-2.

                                            Respectfully submitted,

                                            ROBERT S. MUELLER III
                                            Special Counsel

Dated: December 7, 2017          By:     __/s/__ Greg Andres_____
                                            Andrew Weissmann
                                            Greg D. Andres (D.D.C. Bar No. 459221)
                                            Kyle R. Freeny
                                            U.S. Department of Justice
                                            Special Counsel's Office
                                            950 Pennsylvania Avenue NW
                                            Washington, DC 20530
                                            Telephone: (202) 616-0800

                                            *Attorneys for the United States of America*