UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)   Crim. No. 17-201-01 (ABJ)<br>PAUL J. MANAFORT, JR.,   )<br>)<br>       Defendant.   ) | |

DEFENDANT PAUL J. MANAFORT, JR.'S
SUPPLEMENT TO MOTION TO MODIFY CONDITIONS OF RELEASE

Paul J. Manafort, Jr., by and through counsel, hereby provides supplemental information in further support, of the fair market values of the properties offered to be pledged as security for bond. The supplemental information includes: comparable sales data for 123 Baxter Street, New York, N.Y. (New York City does not provide appraised fair market value information for tax assessment); real estate tax assessment and appraised fair market value for 601 North Fairfax Street, Alexandria, Va.; and real estate tax assessment and appraised fair market value, and comparable sales data for 10 St. James Drive, Palm Beach Gardens, Fl.

Dated: November 28, 2017                                  Respectfully submitted,

                                                                              _____
                                                                              Kevin M. Downing
                                                                              (DC Bar # 1013984)
                                                                              Thomas E. Zehnle
                                                                              (DC Bar #415556)
                                                                              815 Connecticut Avenue
                                                                              Suite 730
                                                                              Washington, DC 20006
                                                                              (202) 754-1992

1