123 BAXTER STREET, NEW YORK, N.Y.

Subject: Re: 123 Baxter St. APT 5D Comps
Date: December 11, 2017 at 4:56 PM

1. <u>374 Broome</u> - **Currently listed for $4.75M and has a PENDING sale for this amount.**
Sq Footage: roughly the same
# of Bdrms: the same
Floor: **one floor LOWER**
Outdoor Space: **Not really - only Juliette balconies.**
Full Service Building: **No**
Location: 2 blocks north, 1 block west.
NOTE: has fireplace
https://www.zillow.com/homedetails/374-Broome-St-APT-4S-New-York-NY-10013/2092464336_zpid/

2. <u>195 Hudson</u> - **Currently listed for $4.95M, but recently sold (October 2017) for $4.65M.**
Sq Footage: **200 sq ft larger**
# of Bdrms: the same
Floor: **two floors LOWER**
Outdoor Space: **None**
Full Service Building: Yes
Location: one block south, about a dozen blocks west. Note it is just one block away from Canal like Baxter is.
NOTE: has fireplace, high ceilings, deeded parking space
https://www.zillow.com/homedetails/195-Hudson-St-APT-3A-New-York-NY-10013/55500672_zpid/?
fullpage=true

3. <u>52 Wooster St</u> - **Currently listed for $5.195M and has a PENDING sale for this amount.**
Sq Footage: roughly the same
# of Bdrms: the same
Floor: **three floors LOWER**
Outdoor Space: **None**
Full Service Building: **No**
Location: one block north, 7 blocks west. Note it is just two blocks away from Canal.
NOTE: has fireplace, high ceilings, *direct apartment/elevator access like ours*
https://www.zillow.com/homes/52-Wooster-St-.num.-3,-New-York,-NY-10013_rb/
***** there were also two other recent sales in this building - on the third floor for $5.2M (Aug 2017) and
on the fourth floor for $5.4M (June 2017).*

4. <u>72 Mercer</u> - **Currently listed for $4.5M.**
Sq Footage: roughly the same
# of Bdrms: **only 2, so one LESS**
Floor: the same
Outdoor Space: Yes
Full Service Building: Yes
Location:  2 blocks north, 5 blocks west.
NOTE: has fireplace
https://www.zillow.com/homedetails/72-Mercer-St-APT-5W-New-York-NY-10012/83934760_zpid/

601 N. FAIRFAX STREET, ALEXANDRIA, VA.

# 601 N FAIRFAX ST 405 ALEXANDRIA, VA

| Property Detail | Sales Considered for Assessment | 2017 Sales & Other Transactions | 2016 Sales & Other Transactions |
|---|---|---|---|

Property Information

**Current Owner:** MANAFORT PAUL J JR OR KATHLEEN B

**Map-Block-Lot Number:** 065.01-0A-405

**Account Number:** 60029360

Tax Payment History

**For details on total taxes paid, click on the applicable year. If UNPAID status indicated, click on applicable year for total amount now due, including late payment penalty, interest or other applicable fees.**

| Levy Year | Annual Taxable Assessment | Tax Rate | Annual Tax Levied | Annual Refuse Fee | 1st Half Pay Status | 2nd Half Pay Status |
|---|---|---|---|---|---|---|
| 2017 | $3,049,200 | $1.1300 | $34,455.96 | $0.00 | Fully Paid | Unpaid |
| 2016 | $2,880,000 | $1.0730 | $30,902.40 | $0.00 | Fully Paid | Fully Paid |
| 2015 | $2,880,000 | $1.0430 | $30,038.40 | $0.00 | Fully Paid | Fully Paid |
| 2014 | $0 | $1.0430 | $0.00 | $0.00 | Fully Paid | Fully Paid |

Total Balance Due : 19,085.77

10 ST. JAMES DRIVE, PALM BEACH GARDENS, FL.



Homestead Exemption **E-file▶**

Location Address 10 ST JAMES DR

Municipality PALM BEACH GARDENS

Parcel Control Number 52-42-42-11-15-000-0760

Subdivision HANSEN-JDM PL 1

Official Records Book 22124          Page 1544

Sale Date SEP-2007

Legal Description HANSEN-JDM PL 1 LT 76

| Owners | Mailing address |
|---|---|
| MANAFORT KATHLEEN B | 10 ST JAMES DR |
| MANAFORT PAUL J & | PALM BEACH GARDENS FL 33418 4015 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| SEP-2007 | $1,500,000 | 22124 / 01544 | WARRANTY DEED | MANAFORT PAUL J & |
| SEP-2000 | $670,000 | 12044 / 00250 | WARRANTY DEED | LEVY AARON W & |
| MAR-1991 | $172,000 | 06748 / 01303 | WARRANTY DEED | |
| MAR-1991 | $158,300 | 06748 / 01286 | WARRANTY DEED | |

| Exemption Applicant/Owner | Year | Detail |
|---|---|---|
| MANAFORT PAUL J & | 2017 | |

| Number of Units 1 | *Total Square Feet 5231 | Acres 0.39 |
|---|---|---|
| Use Code 0100 - SINGLE FAMILY | Zoning PDA - Planned Development Area ( 52-PALM BEACH GARDENS ) | |

| Tax Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Improvement Value | $696,551 | $707,073 | $626,838 |
| Land Value | $347,097 | $277,677 | $252,434 |
| Total Market Value | $1,043,648 | $984,750 | $879,272 |

All values are as of January 1st each year

| Tax Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value | $752,646 | $737,166 | $732,042 |
| Exemption Amount | $50,000 | $50,000 | $50,000 |
| Taxable Value | $702,646 | $687,166 | $682,042 |

| Tax Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Ad Valorem | $14,018 | $14,058 | $14,390 |
| Non Ad Valorem | $1,169 | $1,467 | $1,526 |
| Total tax | $15,187 | $15,525 | $15,916 |

Subject: Re: 10 Saint James Dr - CURRENT COMPS
Date: December 11, 2017 at 4:36 PM

## Past Sales

1. 57 Saint James - sold for 1.4 in May 2016
square footage: 1700 less
bedrooms: 3, so two less
https://www.zillow.com/homedetails/57-Saint-James-Dr-Palm-Beach-Gardens-FL-33418/46856413_zpid/

2. 120 Saint Edward - sold for 1.450 in July 2015
square footage: 300 less
bedrooms: 4, so one less
https://www.zillow.com/homedetails/120-Saint-Edward-Pl-Palm-Beach-Gardens-FL-33418/46856913_zpid/

3. 116 Saint Edward - sold for 1.6 in Feb 2016
square footage: 700 more
bedrooms: 4, so one less
https://www.zillow.com/homedetails/116-Saint-Edward-Pl-Palm-Beach-Gardens-FL-33418/46856892_zpid/

4. 110 Saint Edward - sold for 1.6 in May 2015
square footage: 100 more
bedrooms: 3, so two less
https://www.zillow.com/homedetails/110-Saint-Edward-Pl-Palm-Beach-Gardens-FL-33418/46856898_zpid/

5. 131 Saint Martin - sold for 1.293 in June 2015
square footage: 200 less
bedrooms: 4, so one less
https://www.zillow.com/homedetails/131-Saint-Martin-Dr-Palm-Beach-Gardens-FL-33418/50940883_zpid/

6. 127 Saint Martin - sold for 1.125 in May 2017
square footage: 700 less
bedrooms: 3, so two less

https://www.zillow.com/homedetails/127-Saint-Martin-Dr-Palm-Beach-Gardens-FL-33418/50940882_zpid/