UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

### DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendant Richard W. Gates III, by and through counsel, respectfully moves the Court to file under seal i) Defendant's Motion to Modify Conditions of Release, along with ii) Exhibit 1 and Attachments A-I thereto, and iii) Exhibit 2 thereto (collectively referred to as the "Motion') to delay entry on the public docket of the filing of the Motion.  Mr. Gates contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this instance for the proposed Motion to not be disclosed.  As grounds for his motion, Mr. Gates states the following:

   1. The information Mr. Gates seeks to file includes his and his wife's private personal and financial information as well as the private personal and financial information of individuals who have agreed to pledge assets and serve as sureties to his appearance bond, all of whom are non-parties to the case.  This personal and sensitive information, if placed in the public docket, risks violating the privacy of Mr. Gates and the individuals pledging their assets and is likely to bring unwanted attention to the individuals in this highly publicized case.

   2. The Motion that Defendant proposes to file under seal is filed with this motion for the sole purpose of allowing the Court to perform its proper function, i.e., to evaluate the adequacy

of Mr. Gates's proposed bond package under 18 U.S.C. § 3142 and determine the least restrictive conditions that will reasonable assure his appearance as required, while preserving important privacy interests.  *See* 18 U.S.C. § 3142(c)(1)(B); *see generally* United States v. Xulum, 84 F.3d 441, 443 (D.C. Cir. 1996) (per curiam).

    3. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and the identification of the financial assets, liabilities, and residences of the Defendant and the non-parties should be protected.

    WHEREFORE, Defendant Richard W. Gates III moves for leave to file under seal Defendant's Motion to Modify Conditions of Release and Exhibit 1 (along with Attachments A-I thereto) and Exhibit 2 thereto and also asks this Court to order the SCO to treat any previous communications, whether verbal, written or electronic, with counsel about the bail package as part of the sealed records so that the United States may not reference any of the materials in public pleadings or make public the materials through any other means.  The United States opposes this motion.

Respectfully submitted,

_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice

Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)
*Attorneys for Richard W. Gates III*