UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | **Crim. No. 17-201-2 (ABJ)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO ATTEND TWO CHILDREN'S SPORTING EVENTS**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may participate in two of his children's sporting events taking place this weekend.[1] The United States does not oppose this motion. The first event, a family event that he is expected to attend, is scheduled for this Friday, December 15, 2017, at a location in Richmond, Virginia, less than one mile from Mr. Gates's residence, from 6:00 p.m. until 9:30 p.m.  The second event is a child's sporting event for which Mr. Gates signed up to coach prior to the time of his being indicted and is a team that he has been coaching for five consecutive years. The event, scheduled for this Sunday, December 17, 2017, is in Richmond, Virginia two and a half miles from Mr. Gates's residence, from 3:30 p.m. until 5:00 p.m. Mr. Gates requests a limited release to attend these two events[2].

If this Court permits this limited release, Mr. Gates will promptly provide Pre-Trial Services with specific information about the events, including the times and locations. Mr. Gates

---

[1] Mr. Gates wishes to inform the Court that he filed today, under seal, a motion seeking leave to file under seal his Motion to Modify Release Conditions with supporting documentation.

[2] See Attached Exhibit 1 filed under seal for specifics of the events addresses.

will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintain his GPS monitoring.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to modify his release conditions for limited purposes so that he can participate in the two children's sporting events described above.

Respectfully submitted,

\_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)
*Attorneys for Richard W. Gates III*