UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO ATTEND TWO CHILDREN'S SPORTING EVENTS**

Richard W. Gates III, by and through counsel, hereby moves this Court for leave to file under seal Exhibit 1 to be included with his Unopposed Motion to Modify Release Conditions for Limited Purposes to Attend Two Children's Sporting Events. Mr. Gates contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this instance for the proposed attachment to not be publicly disclosed. More specifically, Mr. Gates seeks leave to file under seal Exhibit 1 to his proposed motion. The exhibit discloses addresses of events the Defendant hopes to attend this weekend. The proposed disclosures will sufficiently advise the public, but not create unwarranted risk to Mr. Gates regarding his location. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and the addresses of Mr. Gates's weekend events should be protected.

WHEREFORE, Mr. Gates hereby respectfully moves this Court for leave to file under seal Exhibit 1 to his Unopposed Motion to Modify Release Conditions for Limited Purposes to Attend Two Children's Sporting Events.

Respectfully submitted,

_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)
*Attorneys for Richard W. Gates III*