UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO ATTEND HIS CHILD'S CHRISTMAS CONCERT EVENT**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may participate in his child's Christmas Concert event taking place this Wednesday. The United States does not oppose this motion. The event that he is expected to attend is scheduled for this Wednesday, December 20, 2017, at a location in Richmond, Virginia, less than three miles from Mr. Gates's residence, from 8:30 a.m. until 10:30 a.m. Mr. Gates requests a limited release to attend this event[1].

If this Court permits this limited release, Mr. Gates will promptly provide Pre-Trial Services with specific information about the event, including the times and locations. Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintaining his GPS monitor.

---

[1] *See* Attached Exhibit 1 filed under seal for specifics of the event address.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to modify his release conditions for limited purposes so that he can participate in his child's Christmas Concert event described above.

Respectfully submitted,

 /s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)
*Attorneys for Richard W. Gates III*