UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | **Crim. No. 17-201-2 (ABJ)** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion to Modify Release Conditions for Limited Purposes to Attend His Child's Christmas Concert Event and finding good cause shown, it is this \_\_\_ day of December, 2017, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE