UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S MOTION TO MODIFY RELEASE
CONDITIONS FOR LIMITED PURPOSES
TO ATTEND HOLIDAY EVENTS**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may accompany his family to family gatherings and holiday events during the Christmas and New Year's holidays. Pursuant to this Court's order of December 18, 2017, Mr. Gates makes the following Christmas-related requests to attend holiday events scheduled for Thursday, December 21, 2017, Saturday, December 23, 2017, Sunday, December 24, 2017 (Christmas Eve), December 25, 2017 (Christmas Day), Monday, December 26, 2017, and December 30, 2017 - January 1, 2018 (includes New Year's Eve on December 31, 2017, and New Year's Day on January 1, 2018). With one exception, all of these events are within Virginia and either within walking distance of Mr. Gates's home or a short drive. The one exception is the December 30, 2017 event which takes place at a site in West Virginia where Mr. Gates and his wife have taken their family to for each of the past several years for their Christmas vacation. Although the site is outside of Virginia, the driving time and destination constitute a modest trip which Mr. Gates and his family will make by automobile if permitted to do so. Mr. Gates requests a limited release to attend these events[1].

---

[1] *See* attached Exhibit 1 filed under seal for specific information about the events, including their exact locations.

If this Court permits this limited release from home confinement, Mr. Gates will promptly provide Pre-Trial Services with specific information about the events, including the times and locations. Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintaining his GPS monitor.

Counsel for Mr. Gates asked the United States for its position on this motion and the Office of Special Counsel stated the following via email:

> "The government consents to the various events from December 21st to 26th, but not the extended trip from December 30 to January 1."

WHEREFORE, Mr. Gates hereby respectfully moves this Court to modify his release conditions for limited purposes as specified above.

Respectfully submitted,
 /s/Shanlon Wu
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 (Telephone)
202-747-7518 (Facsimile)

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)
*Attorneys for Richard W. Gates III*