**CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that a copy of the foregoing Motion for Leave to File Documents Under Seal, including attachments, was transmitted electronically to counsel for defendant Manafort on December 4, 2017.

        /s/   Andrew Weissmann
      Andrew Weissmann*
      U.S. Department of Justice
      Special Counsel's Office
      950 Pennsylvania Avenue NW
      Washington, DC 20530
      Telephone: (202) 616-0800