# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>Defendant. | Crim. No. 17-201-1 (ABJ) |

## ORDER

Upon consideration of the government's unopposed motion for leave to file under seal documents in support of its opposition to defendant Manafort's motion to modify conditions of release, and good cause having been shown, it is hereby

ORDERED that the government's motion for leave to file under seal is GRANTED.

Date: December ____, 2017

_____
Hon. Amy Berman Jackson
United States District Judge