UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>Defendant. ) | Crim. No. 17-201-01 (ABJ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion for Leave to File Under Seal Motion for Reconsideration of Conditions of Release is GRANTED.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE