# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL MANAFORT, JR.** and<br>**RICHARD W. GATES III,**<br><br>**Defendants** | **Crim. No. 17-201 (ABJ)** |

## ORDER

This matter having come before the Court pursuant to the government's motion to modify the Court's schedule for Rule 404(b) notice and briefing, it is hereby

ORDERED that the government's motion is GRANTED;

IT IS FURTHER ORDERED that the government shall be required to give notice of its intention to use any evidence under Rule 404(b) eight weeks before the trial date set by the Court; and

IT IS FURTHER ORDERED that defendants' opposition in response shall be filed within two weeks of the government's notice, and the government's reply (if any) shall be filed no later than one week after the defendants' opposition.

_____          _____
Date                                                    HON. AMY BERMAN JACKSON
                                                              UNITED STATES DISTRICT JUDGE