## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL MANAFORT, JR.,**<br><br>**Defendant** | **Crim. No. 17-201-1 (ABJ)** |

### JOINT NOTICE ON TRANSFER OF CIVIL COMPLAINT TO THIS COURT

In response to the Court's Order of January 16, 2018, regarding whether the civil case *Manafort v. Dep't of Justice*, No. 18-cv-11-KBJ (D.D.C.), should be transferred to this Court, the parties believe that transfer would be permissible pursuant to Local Civil Rule 40.6(a), provided that both judges consent. Neither party would have any objection to such transfer.

                Respectfully submitted,

                ROBERT S. MUELLER III
                Special Counsel

Dated: January 19, 2018        By:    __/s/_ Andrew Weissmann_____
                Andrew Weissmann
                Greg D. Andres (D.D.C. Bar No. 459221)
                Kyle R. Freeny
                U.S. Department of Justice
                Special Counsel's Office
                950 Pennsylvania Avenue NW
                Washington, DC 20530
                Telephone: (202) 616-0800

                *Attorneys for the United States of America*

cc: Kevin Downing, Esq.