DOJ, OSC AND THE PRESS

10/27/2017 Affadavit for seizure warrant
p6 para 14

    PM's spokesman subpoenaed - turned over two memos from PM to Rinat Akhmetov from 2005 re: activities for party of regions

    memos received by Maloni from AP

FN 3 –

    the same reporter wrote a series of articles about PM's work for POR and UKR officials

    In the Winter of 2017 (sic 2016) employee of DMI –CS-1 permitted the reporter to view material on a hard drive copy of DMI's electronic files

    Government obtained warrant for the hard drive

    The same reporter published an article on April 12, 2017 a "black ledger" payments from POR to PM
- That ledger appeared to detail payments to PM
- The article reported that DMI records showed that at least two payments were made to DMI that correspond to payments noted on the "black ledger"
- PM through Maloni said he was paid according to his clients preferred financial institutions and instructions