UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) Crim. No. 17-201-01 (ABJ)<br>PAUL J. MANAFORT, JR., )<br>)<br>Defendant. ) | |

### DEFENDANT PAUL J. MANAFORT, JR.'S MOTION TO CORRECT FILING

Defendant Paul J. Manafort, Jr., by and through counsel, hereby moves to correct a filing error with respect to Docket # 159-1.  Specifically, the defendant requests that the current attachment to Docket # 159 (*i.e.*, Dkt. # 159-1) be removed from the public docket and that the correct attachment, the proposed order for the request set forth in Docket # 159, be substituted.   The defendant has consulted with the Government, which has consented to this request.  The proposed order for Docket # 159 is attached to the instant motion.

Dated: January 25, 2018                                                    Respectfully submitted,

                                                                                              _____
                                                                                              Kevin M. Downing
                                                                                              (DC Bar # 1013984)
                                                                                              Thomas E. Zehnle
                                                                                              (DC Bar #415556)
                                                                                              815 Connecticut Avenue
                                                                                              Suite 730
                                                                                              Washington, DC 20006
                                                                                              (202) 754-1992

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)   Crim. No. 17-201-01 (ABJ)<br>PAUL J. MANAFORT, JR.,  )<br>)<br>Defendant.  ) | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion for Leave to File Opposition to Government's Motion to Modify the Court's Schedule for Rule 404(b) Notice and Briefing is GRANTED.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE