UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion for Leave to File Opposition to Government's Motion to Modify the Court's Schedule for Rule 404(b) Notice and Briefing is GRANTED.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE