**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 17-201-1 (ABJ)** |
| **PAUL J. MANAFORT, JR.,** | |
| **Defendant.** | |

**GOVERNMENT'S MOTION FOR PERMISSION TO OBTAIN**
**THE TRANSCRIPT OF THE SEALED HEARING ON JANUARY 22, 2018**

The United States of America, by and through Special Counsel Robert S. Mueller III, respectfully moves for permission to obtain a copy of the transcript of the sealed hearing on January 22, 2018. The United States does not seek to unseal this transcript to the public.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: February 9, 2018     By:     /s/  Kyle Freeny
Kyle R. Freeny
Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>**Defendant.** | **Crim. No. 17-201-1 (ABJ)** |

## ORDER

Upon consideration of the government's motion for permission to obtain the transcript of the sealed hearing on January 22, 2018, it is hereby

ORDERED that the government's motion is GRANTED.

Date: February ____, 2018          _____
                                    Hon. Amy Berman Jackson
                                    United States District Judge