UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 17-201-1 (ABJ) |

## ORDER

Upon consideration of the government's motion for permission to obtain the transcript of the sealed hearing on January 22, 2018, it is hereby

ORDERED that the government's motion is GRANTED.

Date: February \_\_\_\_, 2018           _____
                                      Hon. Amy Berman Jackson
                                      United States District Judge