UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., and | ) |
| RICHARD W. GATES, III, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF CHANGE OF ADDRESS FOR THOMAS E. ZEHNLE

PLEASE TAKE NOTICE that my mailing address has changed, effective immediately, to the following address:

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Tel: 202-368-4668
Fax: None
Email: tezehnle@gmail.com

Dated: February 9, 2018                Respectfully submitted,

                                       _____/s/_____
                                       Thomas E. Zehnle
                                       Law Office of Thomas E. Zehnle
                                       601 New Jersey Avenue, NW
                                       Suite 620
                                       Washington, DC 20001
                                       Tel: 202-368-4668
                                       Fax: None
                                       Email: tezehnle@gmail.com
                                       DC Bar # 415556