UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., and | ) |
| RICHARD W. GATES, III, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF CHANGE OF ADDRESS FOR KEVIN M. DOWNING

PLEASE TAKE NOTICE that my mailing address has changed, effective immediately, to the following address:

Kevin M. Downing
Law Office of Kevin M. Downing
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Tel: 202-754-1992
Fax: None
Email: kevindowning@kdowninglaw.com

Dated: February 9, 2018                    Respectfully submitted,

                                           /s/
                                           Kevin M. Downing
                                           Law Office of Kevin M. Downing
                                           601 New Jersey Avenue, NW
                                           Suite 620
                                           Washington, DC 20001
                                           Tel: 202-754-1992
                                           Fax: None
                                           Email: kevindowning@kdowninglaw.com
                                           DC Bar # 1013984