UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT PAUL J. MANAFORT, JR.'S MOTION FOR LEAVE TO FILE UNDER SEAL SECOND SUPPLEMENTAL MEMORANDUM TO MOTION FOR RECONSIDERATION OF CONDITIONS OF RELEASE AND TO FILE A REDACTED VERSION OF THE MEMORANDUM ON PUBLIC DOCKET

Defendant Paul J. Manafort, Jr., by and through counsel, moves for leave to file under seal a second supplemental memorandum that is related to the motion for reconsideration of his conditions of release. The basis for sealing this memorandum remains the same as for the original motion for reconsideration, which the Court granted and which remains under seal. Despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this instance to seal the second supplemental memorandum to the motion for reconsideration. More particularly, the defendant has sought reconsideration of the conditions of release identified in the December 15, 2017 Order, and this matter remains under advisement with the Court. *See* Minute Order dated January 22, 2018, and Minute Order dated February 14, 2018. The submission of documents with sensitive financial information, personal identifiers, address(es), etc., are required for the Court to evaluate the conditions of release under 18 U.S.C Section 3142 and determine the least restrictive conditions that will reasonably

assure the defendant's appearance as required. *See United States v. Xulum*, 84 F.3d 441, 443 (D.C. Cir. 1996) (per curiam).

The defendant requests permission, however, to submit a redacted version of the second supplemental memorandum for docketing on the public record in accordance with the Court's previous guidance.

WHEREFORE, Defendant Manafort moves for leave to file under seal this second supplemental memorandum and its attachments, and for permission to file a redacted version of the memorandum on the public docket.

Dated: February 16, 2018                    Respectfully submitted,


                                                  /s/
Kevin M. Downing
Law Office of Kevin M. Downing
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Tel: 202-754-1992
Fax: None
Email: kevindowning@kdowninglaw.com
DC Bar # 1013984


                                                  /s/
Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Tel: 202-368-4668
Fax: None
Email: tezehnle@gmail.com
DC Bar # 415556