# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR. and<br>RICHARD W. GATES III,<br><br>Defendants. | Crim. No. 17-201 (ABJ) |

## GOVERNMENT'S MOTION FOR PERMISSION TO OBTAIN SEALED PORTIONS OF FEBRUARY 14, 2018, TRANSCRIPT

The United States of America, by and through Special Counsel Robert S. Mueller III, respectfully moves for permission to obtain a copy of the February 14, 2018, status hearing transcript, including all sealed portions, with the exception of portions of the transcript of the hearing related to the Motion to Withdraw as Counsel for Defendant Gates to which government counsel was not a party. The United States does not seek to unseal the transcript to the public.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: February 20, 2018        By:    /s/ Kyle R. Freeny
Kyle R. Freeny
Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*