## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PAUL J. MANAFORT, JR.,**<br><br>**Defendant.** | **Crim. No. 17-201-1 (ABJ)** |

## NOTICE OF FILING OF REDACTED DOCUMENT

Pursuant to the Court's February 21, 2018, Minute Order, the government hereby files a redacted version of its response to Manafort's second supplemental memorandum to his motion for reconsideration of conditions of release (Dkt. No. 179-1).

Since filing its sealed response, counsel for the government has learned from counsel for UBS that: (a) on February 20, 2018, UBS received a payment from Manafort, dated February 2, 2018, and (b) the mortgage balance still remains past due, in that the payment brought the balance due on December 1 and January 1 current, but Manafort has not paid the amount due on February 1.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: February 22, 2018          By:      /s/   Kyle R. Freeny
                                          Andrew Weissmann
                                          Greg D. Andres (D.D.C. Bar No. 459221)
                                          Kyle R. Freeny
                                          U.S. Department of Justice
                                          Special Counsel's Office
                                          950 Pennsylvania Avenue NW
                                          Washington, DC 20530
                                          Telephone: (202) 616-0800

*Attorneys for the United States of America*