UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.<br><br>Defendant. | Crim. No. 17-201-1 (ABJ)<br><br>UNDER SEAL |

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully moves to unseal a redacted version of the superseding indictment returned in the above-captioned case on February 16, 2018. Upon return of the superseding indictment and at the government's request, the assigned Magistrate Judge entered an order sealing the superseding indictment until further order of Court. The cause for sealing the indictment having become moot, the government now moves to unseal the indictment (together with the instant Motion). The government requests that the attached superseding indictment, which redacts the signature of the grand jury foreperson and discrete portions of bank account numbers, be filed on the public docket and that the original indictment remain sealed. Good cause supports redaction of this administrative information, to wit, the privacy interests of the grand jury foreperson and the defendant.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROBERT S. MUELLER, III<br>Special Counsel |
| Dated: February 23, 2018 | By: _____<br>Andrew Weissmann<br>Greg D. Andres (D.D.C. Bar No. 459221)<br>Kyle R. Freeny<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Telephone: (202) 616-0800 |

*Attorneys for the United States of America*