# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.<br><br>Defendant. | Crim. No. 17-201-1 (ABJ) |

## ORDER

Upon the government's motion to unseal the superseding indictment in this matter, and good cause having been shown, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that a redacted copy of the superseding indictment shall be unsealed and placed on the public docket.

_____  
Date

_____  
UNITED STATES MAGISTRATE JUDGE