UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 17-201-1 (ABJ) |
| PAUL J. MANAFORT, JR. | |
| Defendant. | |

## ORDER

Upon the government's motion to unseal the superseding indictment in this matter, and good cause having been shown, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that a redacted copy of the superseding indictment shall be unsealed and placed on the public docket.

2/23/18
Date

AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE