UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| v.        ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR.,       ) | |
| ) | |
| Defendant.       ) | |

DEFENDANT PAUL J. MANAFORT, JR.'S MOTION TO
MODIFY CONDITIONS OF RELEASE TO ATTEND FUNERAL

Paul J. Manafort, Jr., by and through counsel, hereby moves the Court to modify his current conditions of release to permit him to travel to Long Island to attend the wake, funeral and burial of his father-in-law, who died today.  Mr. Manafort will provide a detailed itinerary to the Court once arrangements are finalized.  He is attempting to arrange to travel to Long Island on Monday morning and return to Virginia on Tuesday night.  The Office of Special Counsel has been notified to determine if there is any objection to this motion, but as of the time of this filing no response has been received.

WHEREFORE, the defendant respectfully moves this Court to modify his current conditions of release to allow for travel to attend the funeral for his father-in-law and

services and events related thereto from February 26, 2018, through February 27, 2018, as outlined above.

Dated: February 24, 2018               Respectfully submitted,

                                       _____/s/_____
                                       Kevin M. Downing
                                       Law Office of Kevin M. Downing
                                       601 New Jersey Avenue, NW
                                       Suite 620
                                       Washington, DC 20001
                                       Tel: 202-754-1992
                                       Fax: None
                                       Email: kevindowning@kdowninglaw.com
                                       DC Bar # 1013984

                                       _____/s/_____
                                       Thomas E. Zehnle
                                       Law Office of Thomas E. Zehnle
                                       601 New Jersey Avenue, NW
                                       Suite 620
                                       Washington, DC 20001
                                       Tel: 202-368-4668
                                       Fax: None
                                       Email: tezehnle@gmail.com
                                       DC Bar # 415556

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>Defendant. ) | Crim. No. 17-201-01 (ABJ) |

### **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion to Modify Conditions of Release to Attend Funeral is GRANTED.  The defendant is permitted to travel from Alexandria, Virginia, to New York for the funeral of his father-in-law and the related services being held on Monday, February 26, 2018, and Tuesday, February 27, 2018.  Mr. Manafort is to return to Virginia on Tuesday evening, February 27, 2018.  The defendant must provide a detailed itinerary to Pretrial Services by noon, February 25, 2018.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE