UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 17-201-01 (ABJ) |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Paul J. Manafort, Jr.'s Motion to Modify Conditions of Release to Attend Funeral is GRANTED.  The defendant is permitted to travel from Alexandria, Virginia, to New York for the funeral of his father-in-law and the related services being held on Monday, February 26, 2018, and Tuesday, February 27, 2018.  Mr. Manafort is to return to Virginia on Tuesday evening, February 27, 2018.  The defendant must provide a detailed itinerary to Pretrial Services by noon, February 25, 2018.

DATE: _____

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE