UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**<br><br>**Defendant.** | **Crim. No. 17-201 (ABJ)** |

## ORDER

Upon consideration of the government's Motion to Unseal Transcripts, it is hereby:

ORDERED that the transcripts of sidebar discussions that occurred during the status hearings held on January 16, 2018, and February 14, 2018, including the transcript of an *ex parte* discussion between the Court and the government on February 14, 2018, shall be unsealed, and it is

FURTHER ORDERED that the transcript of the portion of the February 14, 2018 hearing concerning the defendant's motion to modify his bail conditions shall be unsealed, subject to redaction of defendant's private personal or financial information not already in the public record; and that the defendant shall propose such redactions in a sealed filing on or before March _____, 2018.

Dated: _____

_____
Hon. Amy Berman Jackson
United States District Judge