UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Unopposed Motion for Enlargement of Time to File Notice of Objections, and finding good cause shown, it is this __ day of March, 2018, hereby

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file notice of any objections to the government's motion to unseal certain transcripts no later than __ days after it is in receipt of such transcripts.

SO ORDERED.

                                                AMY BERMAN JACKSON
                                                UNITED STATES DISTRICT JUDGE