UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT PAUL J. MANAFORT, JR.'S UNOPPOSED MOTION TO OBTAIN TRANSCRIPTS

Paul J. Manafort, Jr., by and through counsel, respectfully requests this Court's approval to obtain certain transcripts. The Special Counsel does not oppose this motion.

Undersigned counsel does not have and has not reviewed the transcripts the government has moved to unseal in its motion to unseal transcripts. Accordingly, Mr. Manafort respectfully requests the Court's permission to obtain the transcripts from January 16, 2018, and February 14, 2018, that are specified in the government's motion. Mr. Manafort makes this request in order to consider meaningfully whether to file objections, as specified in this Court's Order of March 5, 2018, so there is good cause shown to grant Mr. Manafort's request.

For the foregoing reasons, and for the reasons specified in Mr. Manafort's Unopposed Motion for Enlargement of Time to File Notice of Objections, Mr. Manafort, through undersigned counsel, respectfully moves this Court to grant his motion to obtain certain transcripts. A draft order is attached.

Dated: March 9, 2018                           Respectfully submitted,


                                      /s/
Kevin M. Downing
Law Office of Kevin M. Downing
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Tel: 202-754-1992
Fax: None
Email: kevindowning@kdowninglaw.com
DC Bar # 1013984


                                      /s/
Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Tel: 202-368-4668
Fax: None
Email: tezehnle@gmail.com
DC Bar # 415556

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Unopposed Motion to Obtain Transcripts, and finding good cause shown, it is this __ day of March, 2018, hereby

ORDERED, that the motion is GRANTED.

```
_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE
```