UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                        )<br>                                            )<br>PAUL J. MANAFORT, JR.,      )<br>                                            )<br>            Defendant.            ) | Crim. No. 17-201-01 (ABJ) |

ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Unopposed Motion to Obtain Transcripts, and finding good cause shown, it is this __ day of March, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE