# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant | Crim. No. 17-201-1 (ABJ) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through Special Counsel Robert S. Mueller III, respectfully moves for leave to file under seal the attached response to defendant Manafort's renewed motion for reconsideration of his conditions of release (D.E. 229-1), which was itself filed under seal with leave of the Court. *See* 3/13/2018 Minute Order. The government's response addresses factual information that appears in that sealed filing and also references a previous filing of Manafort's (D.E. 152-1) that remains under seal. To preserve the confidentiality of that information, the government therefore requests that its response also be filed under seal. A proposed order accompanies this motion.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: March 14, 2018    By:    /s/ Greg. D. Andres
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Kyle R. Freeny
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
*Attorneys for the United States of America*