AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-201-01 (ABJ) |
| Paul J. Manafort, Jr. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul J. Manafort, Jr.                                                                                                                    .

Date:   03/14/2018                                              s/ Richard W. Westling
                                                                              *Attorney's signature*

                                                                   Richard W. Westling (DC Bar No. 990496)
                                                                              *Printed name and bar number*

                                                                              Epstein Becker & Green, PC
                                                                              1227 25th Street, N.W.
                                                                              Washington, DC 20037
                                                                              *Address*

                                                                              rwestling@ebglaw.com
                                                                              *E-mail address*

                                                                              (202) 861-1868
                                                                              *Telephone number*

                                                                              (202) 296-2882
                                                                              *FAX number*