IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PAUL J. MANAFORT, JR., ) <br> ) <br> *Defendant*. ) | Criminal No. 1:17-cr-00201-ABJ-1 <br><br> Judge Amy Berman Jackson |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s motion to dismiss the superseding indictment pursuant to Federal Rules of Criminal Procedure 12(b)(2) and 12(b)(3), and any opposition and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**; and it is hereby **FURTHER ORDERED** that the superseding indictment is **DISMISSED**.

**SO ORDERED**.

Dated: _____

AMY BERMAN JACKSON
United States District Judge

**TO:**

Greg Donald Andres
Kyle Renee Freeny
Andrew Weissmann
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 616-0800 (telephone)
(202) 616-8470 (fax)
gda@usdoj.gov
krf@usdoj.gov
aaw@usdoj.gov

*Attorneys for the United States of America*

Thomas C. Green
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8069 (telephone)
(202) 736-8711 (fax)
tcgreen@sidley.com

*Attorney for Richard W. Gates III*

Kevin M. Downing
Thomas Edward Zehnle
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C. 20001
(202) 754-1992 (telephone)
kevindowning@kdowninglaw.com
tezehnle@gmail.com

*Attorneys for Paul J. Manafort, Jr.*