**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>*Defendant.* | ) | Criminal No. 1:17-201-01 (ABJ) |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion to Dismiss One of Two Multiplicitous Counts pursuant to Federal Rules of Criminal Procedure 12(b)(3), and any opposition and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**; and it is hereby **FURTHER ORDERED** that the Government must elect which of Counts Four or Five of the Superseding Indictment is to be **DISMISSED**.

**SO ORDERED**.

Dated: ____________________

____________________________
AMY BERMAN JACKSON
United States District Judge

blank