### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.     )<br>)<br>)<br>PAUL J. MANAFORT, JR.,     )<br>)<br>)<br>*Defendant.*     )<br>) | Criminal No. 17-201-01 (ABJ) |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion to Dismiss Count Two of the Superseding Indictment pursuant to Federal Rules of Criminal Procedure 12(b)(3) and to Strike the Forfeiture Allegation, and any opposition and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**; and it is hereby **FURTHER ORDERED** that Count Two of the Superseding Indictment is **DISMISSED** and the **FORFEITURE ALLEGATION** is **STRICKEN.**

**SO ORDERED**.

Dated: _____     _____
                                  AMY BERMAN JACKSON
                                  United States District Judge