UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT PAUL J. MANAFORT, JR.'S MOTION FOR LEAVE TO FILE UNDER SEAL REPLY TO THE GOVERNMENT'S RESPONSE TO RENEWED MOTION FOR RECONSIDERATION OF CONDITIONS OF RELEASE

Defendant Paul J. Manafort, Jr., by and through counsel, moves for leave to file under seal this reply to the Government's response to the renewed motion for reconsideration of conditions of release. The renewed motion, and the Government's response, are themselves sealed pursuant to the Court's order, and this reply references issues that remain under seal.

The general policy is that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system; however, there is good cause to seal this reply. The defendant is seeking reconsideration of the conditions of release identified in the Court's December 15, 2017 Order. On February 22, 2018, the Court advised that Mr. Manafort could propose a different bond package if he chose. *See* Minute Order dated February 22, 2018. The submission of additional materials containing sensitive financial information, personal addresses, etc., has already been made, as such information is required for the Court to evaluate the conditions of release under 18 U.S.C Section 3142 and determine the least restrictive conditions that will

1

reasonably assure the defendant's appearance as required. *See United States v. Xulum*, 84 F.3d 441, 443 (D.C. Cir. 1996) (per curiam).

The defendant requests permission to submit a redacted version of this reply for docketing on the public record upon the conclusion of the bail modification issue.

WHEREFORE, the defendant moves for leave to file under seal the instant reply, and for permission to file a redacted version of the motion on the public docket upon the conclusion of the bail modification issue.

Dated: March 19, 2018                    Respectfully submitted,

                                         /s/
                                         Kevin M. Downing
                                         Law Office of Kevin M. Downing
                                         601 New Jersey Avenue, NW
                                         Suite 620
                                         Washington, DC 20001
                                         Tel: 202-754-1992
                                         Fax: None
                                         Email: kevindowning@kdowninglaw.com
                                         DC Bar # 1013984


                                         /s/
                                         Thomas E. Zehnle
                                         Law Office of Thomas E. Zehnle
                                         601 New Jersey Avenue, NW
                                         Suite 620
                                         Washington, DC 20001
                                         Tel: 202-368-4668
                                         Fax: None
                                         Email: tezehnle@gmail.com
                                         DC Bar # 415556