UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant | Crim. No. 17-201-1 (ABJ) |

**[Proposed] ORDER**

Upon consideration of the government's Unopposed Motion for Extension of Time in Which to File Responses to Defendant's Motions to Dismiss, it is hereby

**ORDERED** that the government's motion is GRANTED; it is further

**ORDERED** that the government's response to Doc. 235 is due by no later than April 2, 2018, and its responses to Docs. 236 and 237 are due by no later than April 4, 2018; and it is further

**ORDERED** that Manafort's reply in support of Doc. 235 must be filed no later than April 9, 2018, and any replies in support of Docs. 236 and 237 are due on April 11, 2018.

_____       _____
Date                                            HON. AMY BERMAN JACKSON
                                                     UNITED STATES DISTRICT JUDGE