IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>)<br>*Defendant.* )<br>) | Criminal No. 1:17-201-01 (ABJ) |

**[Proposed] <u>ORDER</u>**

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion to Compel Production of Unredacted Search and Seizure Warrant Affidavits, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: _____

_____
AMY BERMAN JACKSON
United States District Judge