# Attachment C

(Public)



U. S. Department of Justice

Office of the Deputy Attorney General

The Deputy Attorney General                          Washington, D.C. 20530

August 2, 2017

MEMORANDUM

FROM:     Rod J. Rosenstein
          Acting Attorney General

TO:       Robert S. Mueller, III
          Special Counsel

RE:       The Scope of Investigation and Definition of Authority

On May 17, 2017, I issued an order entitled "Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters," appointing you to serve as Special Counsel for the United States Department of Justice. Order No. 3915-2017 (the Order). The Order authorized you to conduct "the investigation confirmed by then-FBI Director James B. Comey in testimony before the House Permanent Select Committee on Intelligence on March 20, 2017, including: (1) any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump; and (2) any matters that arose or may arise directly from that investigation" (the Investigation). Order ¶¶ (b)(i) and (ii).

The May 17, 2017 order was worded categorically in order to permit its public release without confirming specific investigations involving specific individuals. This memorandum provides a more specific description of your authority. The following allegations were within the scope of the Investigation at the time of your appointment and are within the scope of the Order:



- Allegations that Paul Manafort:

    o Committed a crime or crimes by colluding with Russian government officials with respect to the Russian government's efforts to interfere with the 2016 election for President of the United States, in violation of United States law;

    o Committed a crime or crimes arising out of payments he received from the Ukrainian government before and during the tenure of President Viktor Yanukovych;



[redacted]

You therefore have authority to continue and complete the investigation of those matters, and additional matters described in 28 C.F.R. § 600.4(a). For additional matters that otherwise may have arisen or may arise directly from the Investigation, you should consult my office for a determination of whether such matters should be within the scope of your authority.

If you determine that additional jurisdiction is necessary in order to fully investigate and resolve the matters assigned, or to investigate new matters that come to light in the course of your investigation, you should follow the procedures set forth in 28 C.F.R. § 600.4(b).

[redacted]