# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:17-cr-00201-ABJ |
| ) | |
| ) | Judge Amy Berman Jackson |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| *Defendant.* ) | |

## [Proposed] ORDER

Upon consideration of Defendant's Unopposed Motion for Extension of Time To File a Reply Brief in Support of His Motion To Dismiss, it is hereby **ORDERED** that Defendant's motion is **GRANTED**, and that Defendant shall file his reply brief in support of his motion to dismiss the superseding indictment, Doc. 235, by April 12, 2018.

**SO ORDERED.**

Dated: _____

_____
AMY BERMAN JACKSON
United States District Judge

**TO:**

Robert S. Mueller III
Andrew Weissmann
Michael R. Dreeben
Greg D. Andres
Adam C. Jed
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 616-0800 (telephone)
(202) 616-8470 (fax)

*Attorneys for the United States of America*

Thomas C. Green
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8069 (telephone)
(202) 736-8711 (fax)
tcgreen@sidley.com

*Attorney for Richard W. Gates III*

Kevin M. Downing
Law Office of Kevin M. Downing
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
Telephone: (202) 754-1992
Email: kevindowning@kdowninglaw.com

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
Telephone: (202) 368-4668
Email: tezehnle@gmail.com

*Attorneys for Paul J. Manafort, Jr.*