# EXHIBIT A

**AFFIDAVITS PRODUCED SINCE RECEIPT OF MARCH 19, 2018 LETTER**[*]

| No. | Location/Item Searched | Redaction Status |
|---|---|---|
| 1 | In The Matter Of The Search Of The Premises Located [In Alexandria, Virginia] (Eastern District Of Virginia) (17-sw-449) | Redacted |
| 2 | In The Matter Of The Search Of [A Storage Locker Located In Alexandria, Virginia] (Eastern District of Virginia) (17-sw-294) | Redacted |
| 3 | In The Matter Of The Search Of Information Associated With Email Account pmanafort@dmpint.com (District of Columbia) (17-mj-00611) | Redacted |
| 4 | In The Matter Of The Search Of Information Associated With [Two Email Accounts] (District of Columbia) (17-mj-00612) | Unredacted |
| 5 | In The Matter Of The Search Of Hard Drive With Serial Number WXB1AA006666 (District of Columbia) (17-mj-496) | Unredacted |
| 6 | In The Matter Of The Seizure Of Funds From Accounts At Three Banks (District of Columbia) (17-mj-00783, 17-mj-00784, 17-mj-00785) | Unredacted |
| 7 | In The Matter Of The Search Of Information Associated With Five Telephone Numbers Controlled By AT&T (District of Columbia) (18-sc-609) | Redacted |

---

[*] Titles of some premises have been altered to conceal personal identifying information, *see* Fed. R. Crim. P. 49.1, and law-enforcement-sensitive information.