AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-cr-201-1 (ABJ) |
| Paul J. Manafort, Jr., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                .

Date:   April 6, 2018                                                                /s/ Michael R. Dreeben
*Attorney's signature*

Michael R. Dreeben (D.C. #370586)
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

MRD@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*