IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.     )<br>)<br>)<br>PAUL J. MANAFORT, JR.,     )<br>)<br>)<br>*Defendant.*     )<br>) | Criminal No. 1:17-201-01 (ABJ) |

### [Proposed] <u>ORDER</u>

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion for a Bill of Particulars, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: _____

                                                                                 _____
                                                                                 AMY BERMAN JACKSON
                                                                                  United States District Judge