UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br> v.   ) <br> ) <br> PAUL J. MANAFORT, JR.,   ) <br> ) <br>    Defendant.   ) | Crim. No. 17-201-01 (ABJ) |

**DEFENDANT PAUL J. MANAFORT, JR.'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SUPPRESS THE FRUITS OF THE SEARCH OF HIS RESIDENCE**

Paul J. Manafort, Jr. respectfully moves pursuant to Federal Rule of Criminal Procedure 45(b)(1) for an extension over the weekend, to and including Monday, April 9, 2018, to file his motion to suppress the fruits of the search of his residence. A proposed order accompanies this motion.

Dated: April 6, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001

(202) 368-4668
tezehnle@gmail.com