UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | Judge Amy Berman Jackson |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s motion pursuant to Federal Rule of Criminal Procedure 45(b)(1) for an extension of time to and including Monday, April 9, 2018, to file his motion to suppress the fruits of the search of his residence, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____          _____
                                                                    AMY BERMAN JACKSON
                                                                    United States District Judge