UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | Judge Amy Berman Jackson |
| Defendant. ) | |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s motion pursuant to Rule 12(b)(3)(C) and Rule 41(h) of the Federal Rules of Criminal Procedure to suppress evidence and all fruits thereof relating to the government's search of the storage unit located in Alexandria, Virginia, (the "Premises") and any opposition and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED** and it is hereby **FURTHER ORDERED** that all evidence seized from the Premises is hereby **SUPPRESSED**.

**SO ORDERED.**

Dated: _____       _____
                                                              AMY BERMAN JACKSON
                                                              United States District Judge