UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| PAUL J. MANAFORT, JR. | ) Crim. Action No. 17-0201-01 (ABJ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's renewed motion for reconsideration of his conditions of release [Dkt. # 230], the government's opposition [Dkt. # 238], and the materials previously submitted to the Court on this issue, the motion is hereby DENIED without prejudice. Upon review of all of the materials, the Court has concluded that the defendant may submit a revised bond package with a total unencumbered value of approximately $10 million that is drawn from the following assets:

- ███████████ Street, Arlington, VA (approximate unencumbered value ██ million);

- ███████ Street, New York, NY (approximate unencumbered value █ million);

- ███████ Drive, Palm Beach Gardens, FL (approximate unencumbered value █ million);

- ███████ Lane, Bridgehampton, NY (approximate unencumbered value █ million);

- █ Avenue (███████), New York, NY (approximate unencumbered value █ million), PROVIDED that defendant produces documents from the lender verifying that he is current on his mortgage obligation; and

- of the assets previously identified in Dkt. 70, some or all of the unencumbered cash (approximately █ million) and/or marketable securities (█ million) jointly held with Kathleen Manafort, PROVIDED that those assets are set aside in a separate account for which she alone has signatory authority.

As the Court has noted in prior orders, if real property is provided as security, it will be a condition of the defendant's release that he remain current on the mortgage obligations associated with that property and the property may not be further encumbered or transferred.

Assets that will not be acceptable for purposes of securing the defendant's release include:

- ▇▇▇▇ Street, Alexandria, VA, for the reasons stated in the Court's minute order dated February 22, 2018;

- ▇▇▇▇ Street, New York, NY, because, while the Court has indicated that it will accept assets that are subject to forfeiture in the event the defendant is convicted, this asset is the subject of the pending bank fraud charges in the Eastern District of Virginia, and therefore, it is more directly tied to allegations of criminal activity, and those allegations are not under the jurisdiction of this Court and could give rise to remedies outside of this Court's control; and

- The ▇▇▇▇ account # xxxx▇ owned by Andrea Manafort Shand and Christopher Ian Shand. Defendant himself has identified issues with this account in that not only has it already been seized, but one of the co-owners with rights to the account is an individual who is neither the defendant nor a blood relative of the defendant. *See* Def.'s Motion for Reconsideration of Conditions of Release [Dkt. # 153] at 8.

SO ORDERED.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: April 9, 2018