## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 17-201-1 (ABJ)** |
| **PAUL J. MANAFORT, JR.,** | |
| **Defendant** | |

### GOVERNMENT'S REPLY IN SUPPORT OF MOTION TO UNSEAL TRANSCRIPTS

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby files this reply in support of its motion (Doc. 222) to unseal the sealed portions of the transcripts of the status conferences held on January 16, 2018, and February 14, 2018. In his response to the government's motion, defendant Manafort states that he has no basis for determining whether to object to the unsealing of pages 11 through 14 of the February 14 transcript because those pages are redacted in the transcript provided to him. Doc. 262 at 1. The government has no objection to this Court's ordering the government to provide Manafort with the sealed portion of that transcript so that he can determine whether to object to its unsealing.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: April 9, 2018          By:   */s/ Greg Andres*
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*