UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE REGARDING
PORTION OF SEALED TRANSCRIPT OF FEBRUARY 14, 2018 HEARING

Defendant Paul J. Manafort, Jr., by and through counsel, hereby provides the following notice in response to the Court's Minute Order dated April 12, 2018. After being provided with pages 11-14 of the sealed transcript of the *ex parte* discussion between the Office of Special Counsel and the Court which occurred on February 14, 2018, the defendant has no objection to unsealing these pages.

Dated: April 13, 2018                                    Respectfully submitted,


                                                         _____/s/_____
                                                         Kevin M. Downing
                                                         (D.C. Bar No. 1013984)
                                                         Law Office of Kevin M. Downing
                                                         601 New Jersey Avenue NW
                                                         Suite 620
                                                         Washington, DC 20001
                                                         (202) 754-1992
                                                         kevindowning@kdowninglaw.com

/s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Defendant*
*Paul J. Manafort, Jr.*