AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cr-201-1 (ABJ) |
| Paul J. Manafort, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/17/2018

/s/ Elizabeth B. Prelogar
*Attorney's signature*

Elizabeth B. Prelogar (D.C. #1011890)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530
*Address*

EBP@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*