AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cr-201 (ABJ) |
| Paul J. Manafort Jr. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/18/2018

s/ Adam Jed
*Attorney's signature*

Adam C. Jed (NY Reg # 4978532)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530
*Address*

acj@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*