# EXHIBIT A

FD-1087 (Rev. 5-8-10)


OFFICIAL RECORD

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Search of 370 Holland Lane, Unit 3013, Alexandria, Virginia

**Date:** ▮▮▮▮▮▮▮

**Approved By:** ▮▮▮▮▮▮▮

**Drafted By:** ▮▮▮▮▮▮▮

**Case ID #:** ▮▮▮▮▮▮▮

**Full Investigation Initiated:** ▮▮▮▮▮▮▮

**Collected From:** ▮▮▮▮▮▮▮
370 Holland Lane
Unit 3013
Alexandria, Virginia

**Receipt Given?:** Yes

**Holding Office:** WASHINGTON FIELD

**Details:**

On 5/27/2017, a search was conducted at 370 Holland Lane, Unit 3013, Alexandria, Virginia pursuant to a Federal Search and Seizure Warrant obtained in the Eastern District of Virginia.

| Item Type | Description |
|---|---|
| 1B General | (U) Documents/ Binders<br>Collected On: 05/27/2017 07:09 PM EDT<br>Receipt Number: 1<br>Seizing Individual: ▮▮▮▮▮▮▮<br>Collected By: ▮▮▮▮▮▮▮<br>Location Area: Storage Unit 3013<br>Specific Location: File Cabinet |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title:  (U) Search of 370 Holland Lane, Unit 3013, Alexandria, Virginia
Re:  205B-WF-6832812, 05/31/2017

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  2
                  Seizing Individual: 
                  Collected By: 
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  3
                  Seizing Individual: 
                  Collected By: 
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  4
                  Seizing Individual: 
                  Collected By: 
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  5
                  Seizing Individual: 
                  Collected By: 
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  6
                  Seizing Individual: 
                  Collected By: 
                  Location Area:  Storage Unit 3013
                  Specific Location:  Bankers Boxes on Left Hand Side of Unit

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search of 370 Holland Lane, Unit 3013, Alexandria, Virginia
Re:  205B-WF-6832812, 05/31/2017

| | |
|---|---|
| 1B General | (U) Documents<br>Collected On:  05/27/2017 07:09 PM EDT<br>Receipt Number:  7<br>Seizing Individual:  ▮▮▮▮▮▮▮▮▮▮<br>Collected By:  ▮▮▮▮▮▮▮▮▮▮<br>Location Area:  Storage Unit 3013<br>Specific Location:  Bankers Boxes on Left Hand Side of Unit |
| 1B General | (U) Documents<br>Collected On:  05/27/2017 07:09 PM EDT<br>Receipt Number:  8<br>Seizing Individual:  ▮▮▮▮▮▮▮▮▮▮<br>Collected By:  ▮▮▮▮▮▮▮▮▮▮<br>Location Area:  Storage Unit 3013<br>Specific Location:  Boxes on Rear Wall |
| 1B General | (U) Documents<br>Collected On:  05/27/2017 07:09 PM EDT<br>Receipt Number:  9<br>Seizing Individual:  ▮▮▮▮▮▮▮▮▮▮<br>Collected By:  ▮▮▮▮▮▮▮▮▮▮<br>Location Area:  Storage Unit 3013<br>Specific Location:  Boxes on Rear Wall |

♦♦