# EXHIBIT B

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   STORAGE UNIT LOCATED @ 370 HOLLAND LANE, ALEXANDRIA, VA UNIT 3013

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

5/26/2017
Date

[signature redacted]
Signature

Witness

[signature]