UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant | Crim. No. 17-201-1 (ABJ)<br><br>**Filed Under Seal** |

**MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF THE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED FROM HIS RESIDENCE AND UNREDACTED COPIES OF THE SEARCH WARRANT**

Pursuant to LCrR 49(f)(6), the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby requests leave of the Court to file under seal (1) an unredacted version of the government's memorandum in opposition to defendant Paul J. Manafort, Jr.'s (Manafort) motion to suppress evidence obtained from his residence (Doc. 264); and (2) unredacted copies of the search warrant and related materials at issue in that motion. To respond fully to Manafort's arguments, the government's memorandum in opposition makes repeated references to portions of the search warrant materials that remain under seal. *See* Minute Order of Apr. 10, 2018 (granting Manafort's motion for leave to file partially redacted version of the warrant under seal, Doc. 265). The government has filed on the public docket a redacted version of its memorandum that blacks out those references, and now seeks leave of the Court to file the attached unredacted version under seal.

With respect to the attached warrant materials, the government believes that all references in its motion are to portions of the search warrant application and return that Manafort has already filed under seal in this Court. *See* Doc. 265 and accompanying exhibits. The government,

however, cannot be sure that this is true, because Manafort has not served copies of the sealed documents on government counsel. In an abundance of caution, and to ensure that any materials cited in the government's memorandum are properly before the Court, the government is therefore attaching to this motion a fully unredacted copy of the search warrant application and return.

For the foregoing reasons, the Court should grant the government leave to file under seal (1) an unredacted version of its memorandum in opposition to Manafort's motion to suppress evidence obtained from his residence and (2) an unredacted version of the search warrant application and return. A proposed order and the materials to be filed under seal accompany this motion.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: April 23, 2018        By:    */s/ Andrew Weissmann*
                                    Andrew Weissmann
                                    Greg D. Andres (D.D.C. Bar No. 459221)
                                    Scott A.C. Meisler
                                    U.S. Department of Justice
                                    Special Counsel's Office
                                    950 Pennsylvania Avenue NW
                                    Washington, D.C. 20530
                                    Telephone: (202) 616-0800

                                    *Attorneys for the United States of America*