UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  v.  )  )  PAUL J. MANAFORT, JR.,  )  )  Defendant.  ) | Crim. No. 17-201-01 (ABJ) |

**DEFENDANT PAUL J. MANAFORT, JR.'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE TO ATTEND BAPTISM AND RELATED RECEPTION**

Paul J. Manafort, Jr., by and through counsel, hereby moves the Court to temporarily modify his current conditions of release to permit him to be with his family for his grandson's baptism ceremony on May 19, 2018 and a reception celebrating that event later the same day. Counsel for Mr. Manafort have conferred with the Office of the Special Counsel (the "Special Counsel") and the Special Counsel has no objection to this request. The baptism of his grandson is of course an important religious and family event (Mr. Manafort is also an honorary godparent of his grandson). Therefore, Mr. Manafort requests that the Court permit him to travel by car on May 19, 2018 at 9:00 a.m. from his residence in Arlington, Virginia directly to the Catholic Church, located in Arlington, Virginia, where the baptism ceremony is scheduled to commence at 10:00 a.m., and, thereafter, directly to a family reception to be held at a private residence located in Arlington, Virginia. Following the reception, Mr. Manafort will immediately return directly to his residence, not later than 5:00 p.m. Specific addresses for the church and reception have been provided to Pretrial Services.

WHEREFORE, Mr. Manafort respectfully moves this Court to temporarily modify his current conditions of release on May 19, 2018, from 9:00 a.m. to 5:00 p.m., as outlined above.

2

Dated: May 11, 2018                                   Respectfully submitted,


  /s/_____
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com


  /s/_____
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

**[Proposed] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort's motion to modify his conditions of release to attend his grandson's baptism ceremony and related family reception on May 19, 2018 from 9:00 a.m. to 5:00 p.m. is GRANTED.

Dated: _____

_____
HON. AMY BERMAN JACKSON
United States District Judge