UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

**[Proposed] ORDER**

IT IS HEREBY ORDERED that Defendant Paul J. Manafort's motion to modify his conditions of release to attend his grandson's baptism ceremony and related family reception on May 19, 2018 from 9:00 a.m. to 5:00 p.m. is GRANTED.

Dated: _____

_____
HON. AMY BERMAN JACKSON
United States District Judge