UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 14 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,  )
)
v.  )
)  Crim. No. 17-201-01 (ABJ)
PAUL J. MANAFORT, JR.,  )
)
Defendant.  )

### ORDER

IT IS HEREBY ORDERED that Defendant Paul J. Manafort's motion to modify his conditions of release to attend his grandson's baptism ceremony and related family reception on May 19, 2018 from 9:00 a.m. to 5:00 p.m. is GRANTED.

Dated: 5/14/18

HON. AMY BERMAN JACKSON
United States District Judge