# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>**Defendant** | **Crim. No. 17-201-1 (ABJ)** |

## NOTICE OF APPEARANCE

Please note my appearance as counsel for the United States of America in this matter.

Dated: May 15, 2018         By:      */s/ Scott A.C. Meisler*
                                              Scott A.C. Meisler (D.D.C. Bar. No. D00306)
                                              Assistant Special Counsel
                                              U.S. Department of Justice
                                              Special Counsel's Office
                                              950 Pennsylvania Avenue NW
                                              Washington, D.C. 20530
                                              Telephone: (202) 616-0800
                                              Fax: n/a
                                              Email: SACM@usdoj.gov

                                              *Attorney for the United States of America*