# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
UNITED STATES OF AMERICA,       )
                             )
       v.                   )      Crim. Action No. 17-0201-01 (ABJ)
                             )
PAUL J. MANAFORT, JR.,       )
                             )
      Defendant.         )
_____)

## ORDER TO CORRECT CLERICAL ERROR
## IN MEMORANDUM OPINION AND ORDER

Since the Court has discovered that its Memorandum Opinion and Order of May 15, 2018

[Dkt. # 298] should be amended to correct a clerical error, it is ORDERED that the phrase "Code

of Federal Register" on page 26 of the Memorandum Opinion and Order is revised to:  "Code of

Federal Regulations."  A corrected Memorandum Opinion and Order will be docketed on this date.

All other aspects of the Memorandum Opinion and Order entered on May 15, 2018 remain

unchanged.

_____
AMY BERMAN JACKSON
United States District Judge

DATE:  May 16, 2018

1