UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr.,<br><br>Defendant. | Crim. No. 17-201-1 (ABJ) |

**GOVERNMENT'S RESPONSE TO COURT'S MINUTE ORDER OF MAY 18, 2018**

The United States, by and through Special Counsel Robert S. Mueller, III, hereby files its response to the Court's Minute Order, dated May 18, 2018. The government has no objection to the sureties proposed by the defendant. Nevertheless, for reasons explained in an *ex parte* filing submitted to the Court on this date, the government has moved the Court for leave to file a supplemental response to the defendant's renewed Motion for Reconsideration of Conditions of Release (Doc. 291) within ten days, by June 4, 2018.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: May 25, 2018        By: /s/ Andrew Weissmann

Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Senior Assistant Special Counsels
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*