UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT PAUL J. MANAFORT, JR.'S REPLY REGARDING SPECIAL COUNSEL'S PROPOSAL CONCERNING PLEDGING PROPERTIES

Defendant Paul J. Manafort, Jr., by and through counsel, hereby files this reply to the Special Counsel's proposal regarding the pledging of both the Washington State and New York properties, as directed by the Court in the Minute Order dated May 18, 2018. The defendant has no objection to the proposal.

Dated: May 25, 2018                                Respectfully submitted,


                                                                    /s/
                                                   Kevin M. Downing
                                                   (D.C. Bar No. 1013984)
                                                   Law Office of Kevin M. Downing
                                                   601 New Jersey Avenue NW
                                                   Suite 620
                                                   Washington, DC 20001
                                                   (202) 754-1992
                                                   kevindowning@kdowninglaw.com

/s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Defendant*
*Paul J. Manafort, Jr.*