# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>**Defendant.** | **Crim. No. 17-201-1 (ABJ)** |

## ORDER

This matter having come before the Court pursuant to the government's motion to revoke or revise the Court's Order releasing defendant Paul J. Manafort, Jr., to the Pretrial Services Agency's high-intensity supervision program, it is hereby

ORDERED that a hearing on the government's motion shall be held on [DATE] at [TIME]; and it is further

ORDERED that the parties shall be prepared to address at the hearing whether probable cause exists to believe that Manafort has violated a condition of his release by committing a federal crime and, if so, whether the Court's release order should be revoked or revised.

_____      _____
Date                                      HON. AMY BERMAN JACKSON
                                               UNITED STATES DISTRICT JUDGE