# EXHIBIT A

From: Person D1
Sent: Sunday, June 26, 2011, 7:47 AM
To: D2 Person D2 ; Paul Manafort <pmanafort@​ ​>
Subject: Fwd: Conf Call
Attachments: Conf Call Agenda 6-25-11.docx

Begin forwarded message:

**From:** "Paul Manafort" <pmanafort@​ ​>
**Date:** June 26, 2011 1:11:51 PM GMT+02:00
**To:** Person D1
**Subject: Conf Call**

D1

These times can work for me. You can reach me on 631 at 9:00am. You should set the conference call up for 9"30am. These are both NY times. The parties on my side would be Person A and Rick Gates. You can co-ordinate with Person A who will provide you with the details in order that you might add them to the conference call that you are setting up. Use the same 631 number for me on the conference call.
I am attaching the memo that comments on the revised goals, deliverables and terms of reference. On the conference call we should focus on the Goals and Deliverables. Once we have those worked out, you and I can finalize the contract terms.
Look forward to speaking with you tomorrow.
Best
Paul

On 6/26/11 3:44 AM, Person D1 wrote:

>Dear Paul,
>
>1. Were you able to open the link and see the broadcast?
>
>2. Best time for me on Monday is about 830 or 9 am your time for you and
>me to chat and about 9 or 930am your time for the conference call.
>
>
>Best
>
>D1

To:       Person D1
From:    Paul Manafort
Re:       Ukraine Communications Program – Conference Call Agenda
Date:    June 25, 2011

The purpose of this memorandum is to lay out a framework for our conference call that can result in a revised proposal by ▮

My objective would be to have a revised product from ▮ by June 30. This would then be the basis for a contract to be signed the week of July 4, assuming scope of work and budget are approved.

The ▮ proposal contains many services that might be desirable in a later contract. The initial contract needs to be more focused and specific in goals and deliverables.

Ukraine is looking for media coverage that focuses on what is happening in the country today. To date, most daily news media coverage is more "editorial" than objective in presentation. Reporters come to Ukraine with a bias that is not accurate and this bias is reflected in the subjects they pursue and the stories they file. Instead of reporting the changes occurring under Yanukovich, the western media usually focuses on what is not occurring or on negative stories promoted by former PM Tymoshenko.

The last 6 months of 2011 will see the implementation of reforms and the beginning of western investment of a serious nature. The EU DCFTA negotiations should be nearly complete during this same time. I expect that the IMF agreement will continue to be successfully implemented and important macro and fiscal reforms will be in place and ready to help modernize Ukraine's economy.

These are the stories that need to be told.

The goal of the program with ▮ is to educate the western media, expand the media awareness of what is really happening and establish mechanisms to maintain a constant flow of information into Europe and the US. Thus, the key objectives for the initial program center on building a new cadre of educated and knowledgeable reporters in western Europe, organizing a flow of information to Brussels and Washington, building a blog network that will be balanced in its commentary and interacting with current Ukrainian blogs to inject accurate information.

The first six months will be the foundation from which we will build a longer term communications strategy that will incorporate the other tools of the ▮ proposal. However, our initial focus should be on the print/electronic media and blogs that cover important current events. This coverage can be managed consistent with a strategy that I will provide to you that is the basis for the agenda of President Yanukovich.

As I indicated to you, the concept envisions that ▮ be an invisible participant in the early phase. We can discuss how to organize and manage this image, as well as we will cooperate practically on a day-to-day basis, in our conference call.

**CONFERENCE CALL AGENDA**

<u>Goals</u>
1. Promote the image of VY as a reformer and successful President
2. Promote reforms being implemented in Ukraine with focus on economic reforms, anti-corruption reforms and democratic reforms (new election law, Public documents law, etc). Compare Ukraine initiatives with western governments/NGO requirements.
3. Re-position Tymoshenko image in Europe from European democrat to populist, failed politician with little domestic support (squandered opportunities for reforms and democratic values), and someone that needs to be held accountable for her actions (in this context the criminal trial needs to be carefully explained)
4. Position VY vis-a-vis Russia (holding firm against Russian imperial aims for Ukraine) and Europe (committed to finalizing the agreements with EU to bring Ukraine into the European sphere)
5. Focus in on activity related to Ukraine's Independence Day – build media components around this day, which has profound meaning to Ukrainians.

<u>Deliverables</u>
1. Print/electronic media coverage in European and US. Establish system to provide information, educate reporters and generate more accurate news stories.
2. On-line media strategy – 24/7 focus (all goals and themes) - build and manage; interact with Ukrainian blogs;
3. World Business editorial news features (reforms/Ukraine and Europe/Russia)
4. Airline Distribution (internal and external) - at least twice a month
5. Implementation plan with timeline (how it will work practically and logistically)

<u>Contract</u>
1. Role of [redacted] as independent contractor.
2. Term - Six (6) month contract to roll-over to an additional twelve (12) month contract if not terminated by December 15, 2011
3. Contract to cover the EU and the US
4. Budget - It should be a fee-based contract, not project based. Initial budget should focus on the scope above and be much less expensive than presented in your full proposal.