# EXHIBIT D

**Subject:** Re: an urgent request ON IT
**From:** [Person D1]
**Date:** 9/19/12, 9:29 AM
**To:** Rick Gates <rgates@[redacted]>
**CC:** Paul Manafort <pmanafort@[redacted]> [Person D2]

And [Hapsburg Member] ALSO happy to speak to Senator [redacted] and ask hm to delay or tone down or stop the resolution

Sent from my iPad

On Sep 19, 2012, at 15:25, Rick Gates <rgates@[redacted]> wrote:

> On it. Thank you.
>
> **From:** [Person D1]
> **To:** Paul Manafort <pmanafort@[redacted]>
> **Cc:** Rick Gates <rgates@[redacted]> [Person D2]
> **Subject:** Re: an urgent request ON IT
>
> Am with [Hapsburg Member] now, who is speaking to [Hapsburg Member] who is getting ready for the wedding of his only daughter...BUT....he will talk to [Senator] yes. He is delighted to speak to [Senator] and try to calm things down and ask them to wait and tust him..Need rick to call me in three minutes so we can set this up, make it happen....
>
> [Hapsburg Member] says yes here is his personal and private mobile and [Senator] shd call him
>
> +[redacted]
>
> The Senator can dial him directly or [redacted] can put him on
>
> He will keep he phone open until midnight CET or six pm DC time
>
> He is very keen to delay and calm things down
>
> READY....
>
> Sent from my iPad
>
> On Sep 19, 2012, at 15:12, Paul Manafort <pmanafort@[redacted]> wrote:
>
>> Keep me posted on [redacted] call to [Senator] status
>>
>> **From:** Rick Gates <rgates@[redacted]>
>> **Date:** Wed, 19 Sep 2012 08:07:57 -0500

**To:** Paul Manafort <pmanafort@███>
**Subject:** Re: an urgent request ON IT

He was supposed to talk with [Exec. Official] yesterday but I have not heard back. Trying to reach him. I will brief him on the other items and see if he can call [Senator] as well.

---

**From:** Paul Manafort <pmanafort@███>
**To:** Rick Gates <rgates@███>
**Subject:** Re: an urgent request ON IT

Is █ calling [Senator]

---

**From:** Rick Gates <rgates@███>
**Date:** Wed, 19 Sep 2012 07:51:49 -0500
**To:** Paul Manafort <pmanafort@███>
**Subject:** FW: an urgent request ON IT

[D1]
Message was delivered to [Senator]'s CoS and he is now aware. Do we have a sense of what time █ will call [Senator]'s office? I am working on [Senator]'s office now. Please let me know.

Rick

---

**From:** Paul Manafort <pmanafort@███>
**To:** Rick Gates <rgates@███>  [Person D1]
**Cc:** [Person A], [Person D2]
**Subject:** Re: an urgent request ON IT

Rick
I would recommend that [Senator] be made aware of these facts and █ role as a designated representative of the President of the EP. We ought to try to make the connection from both ends. Have [Senator CoS] aware of █ and the importance of [Senator] talking to █ who has been tasked with the intermediary role. [Senator] should also be made aware of the fact that the US would be getting out front in a political way even further than the EP has gotten by passing this resolution.

Finally the points of my last email to you are relevant re [Senator] understanding the acceptability of holding the hearing but not passing any resolution at this time. █ should make this point to [Senator] as well.
P

---

**From:** Rick Gates <rgates@███>
**Date:** Wed, 19 Sep 2012 05:39:08 -0500
**To:** [Person D1]
**Cc:** Paul Manafort <pmanafort@███>
**Subject:** Re: an urgent request ON IT

[D1] –

The number for [Senator] is (202) ▮▮▮. You can also ask for his Chief of Staff ▮▮▮. If your guy is going to call [Senator] I suggest you have him call [Senator] too. This just as important since [Senator] is driving the legislation. [Senator]'s number is (202) ▮▮▮. Keep me posted.

**From:** Person D1
**To:** Dmytro Kuleba ▮▮▮ Oleg Voloshyn ▮▮▮
**Cc:** Paul Manafort <pmanafort@▮▮▮ Rick Gates <rgates@▮▮▮
Person A ▮▮▮ Person D2 ▮▮▮
**Subject:** Re: an urgent request ON IT

Ok i am on it.
Will see Chancellor and place the call to ▮ in 90 minutes
Rick is gettng me a direct line to [Senator]'s office.

D1

Sent from my iPad

**From:** Dmytro Kuleba ▮▮▮
**Date:** September 19, 2012 11:44:31 GMT+02:00
**To:** Person D1 ▮▮▮
**Cc:** Person A ▮▮▮ @dmpint.com>
**Subject:** an urgent request

Dear D1

We have an idea with regard to the draft res under consideration by Senate's foreign relations committe. Would it be possible to reach out to [Hapsburg Member] and ask him to make an early morning call to Senator ▮ with the following messages (more details in the attached files):

- After having exerted substantial pressure on Ukraine, the European Union is now pursuing the policy of engagement with Ukraine on the Tymoshenko case. In particular, the recent [Hapsburg Member] mission to Ukraine proved to be helpful and efficient leading to quite a number of very substantial and unprecedented achievements. The policy of engagement with Ukraine is far more efficient that the policy of the alienation of Ukraine.

- Yulia Tymoshenko exhausted national remedies and her application is now under consideration by the European Court for Human Rights (ECHR). Therefore, **proper assessment of the Tymoshenko case can only be done after ECHR delivers its highly authoritative judgment.**

- the discussion about situation in Ukraine can take place today but it is obvious that resolution calling for the relase of Ms Tymoshenko can be helpful if adopted **after the October elections,**

> > > not prior to them.
> > >
> > > Paul works through his channels and is sending the same messages. He also supports the above initiative. The issue is under Big Guy's personal control.
> > >
> > > As you understand, the matter is very urgent and we understand the time pressure but it would be fantastic if such a call could take place.
> > >
> > > Best regards,
> > >
> > > Dmytro
>
> > <senate.doc>
> > <res part 1.pdf>
> > <res part 2.pdf>