# **EXHIBIT E**

**Subject:** Re: DC Updates
**From:** Person D2
**Date:** 3/1/13, 6:31 AM
**To:** Rick Gates <rgates@        Person D1
**CC:** Paul Manafort <pmanafort@

Working on it now.

---

**From:** Rick Gates <rgates@
**Date:** Friday, 1 March 2013 05:01
**To:** Person D1                        Person D2
**Cc:** Paul Manafort <pmanafort@
**Subject:** DC Updates

Persons D1/D2 –
A few notes from my meeting with the principal this afternoon.
1. We have been offered the op/ed slot for the Hill on Monday. I spoke with ▮ and he is interested. Can one or both of you take a run at a first draft. I need this by 300pm DC time to get to ▮  He will review it.
2. He liked the idea of an apology letter to the members for the meetings he missed. I will draft that for his review.
3. Attached is the final agenda for his meetings tomorrow.

Let me know when you are free to discuss the op/ed draft.