# EXHIBIT F

**Subject:** Re: Draft Op Ed for Hill VERSION 2
**From:** Person D1
**Date:** 3/1/13, 10:35 AM
**To:** Paul Manafort <pmanafort@
**CC:** Rick Gates <rgates@          Person D2
Person A              @dmpint.com>

Thanks

Sent from my iPad

On Mar 1, 2013, at 15:05, Paul Manafort <pmanafort@            wrote:

> This is precisely what we need. Almost a waste not to use this on the FT, NYT, WSJ, WP, caliber newspapers….
> P
>
> **From:** Person D1
> **Date:** Friday, March 1, 2013 8:30 AM
> **To:** Paul manafort <pmanafort@            Rick Gates <rgates@          D2
>           , Person A
> **Subject:** Draft Op Ed for Hill VERSION 2
>
> Here we go. Hope this does the trick a bit better.
>
> ---
>
> **From:** Paul Manafort <pmanafort@
> **To:** Person D1          Rick Gates <rgates@        Person D2          Person A
>         @dmpint.com>
> **Sent:** Friday, 1 March 2013, 13:14
> **Subject:** Re: Draft Op Ed for Hill
>
> Person D1
>
> I don't like the tone of this op ed.
> The message is the right message but at this time it is too partisan for    It will damage his "non-partisan" image.
> The problem with the op ed is that it contains all of our core messages. It could be given by VY of the Foreign MInister.
> This op ed should be more focused and narrow.
> I recommend that you re-write it from the standpoint of Europe with the theme of Ukraine's importance to Europe as a part of the security umbrella provided by NATO. The messages can include energy security as well as continental defense.
> The piece should be more macro focusing on the big themes and the importance of Ukraine in those themes.
> P
>
> ---
>
> **From:** Person D1

**Reply-To:** ▓▓▓▓▓
**Date:** Friday, March 1, 2013 7:03 AM
**To:** Rick Gates <rgates@▓▓▓▓▓   Paul manafort <pmanafort@▓▓▓▓▓ Person D2 ▓▓▓▓▓, Person A
**Subject:** Draft Op Ed for Hill

Dear Rick

Here is the draft op ed for ▓▓ you requested. Please make sure he reads the final version and approves before it is sent. So far I have not contacted him, because you asked for a draft op ed by 3 pm.

Best

▓