# EXHIBIT G

**Subject:** ▮ Visit to US
**From:** Rick Gates <rgates@d▮▮▮▮▮▮▮▮▮▮
**Date:** 3/8/13, 11:32 PM
**To:** Paul Manafort <pmanafort@▮▮▮▮▮▮▮▮▮
**CC:** Person D2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >, Person D1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

P–
This email contains the following documents in regards to the ▮▮'s visit to the US.

1. Current agenda (as of 1100pm 3/8) – there are still some meetings to confirm but this will provide an overview on the meetings thus far. In addition, there is a point of contact for each of the meetings (either Company B    or Company A    )
2. Logistics Sheet – this document is just for our internal use. It has all of the logistical information and POCs for the trip.
3. ▮▮ Draft Carnegie Speech Points – need to be reviewed and modified

There are 3 additional items which will be coming over the weekend.
4. Congressional TPs
5. Briefing books for meetings
6. Draft Oped

─Attachments:────────────────────────────────────

▮▮  Agenda – as of 1100pm 3.8.13.docx                                  16.5 KB

▮▮  Visit POCs.docx                                                    61.8 KB

▮▮  Carnegie Speech [1].doc                                            40.0 KB

## Meeting Agenda
**Washington, DC – March 13th – 14th**

---

**Wednesday, March 13th**

1455       ██ **Arrival to Washington, DC**
Transfer to Hotel (if time permits)
VIP Transfer – ████ Embassy (will provide transportation during visit)

           HOTEL:      Willard Intercontinental
                      1401 Pennsylvania Avenue
                      Washington, DC 20004
                      (202) ██████

1630 – 1715      **Senator** ████████ **(D██)**
Chairman, ███████████████████████████████
Location:  Dirksen Senate Office Building ███
POC: Company B Employee

1700 – 1730      **Senate Foreign Relations Staff Briefing**
Location: Dirksen Senate Office Building, Room: TBD
POC: Co. A Employee

1930                 **TENTATIVE   Dinner with** ████ **Ambassador**
Location:  Villa Frienze

**Thursday, March 14th**

900 – 930        █████████████
Senior Policy Advisor, House ████████████
Location: U.S. Capitol – Room: H██
POC: Co. A Employee

1000 – 1045      **Congressman** ████████ **(R██)**
Chairman, ████████████████████
Location: ████ Rayburn House Office Building
POC: Co. A Employee

1215 – 1245      **Congressman** ████████ **(D██)**
Ranking Member, ████████████████████████████
████
Location: ██ Cannon House Office Building
POC: Company B Employee

TBC            **Congressman** ███████████ **(R-██)**
               Chairman, House ████████████████████
               ██████████

TBC            **Senator** ████████████
               Ranking Member, Senate ████████████

TBC            **Bloomberg Interview**

TBC            ██████████ **or** ████████
               White House ████████████████

TBC            ████████████
               US Department of State

1545 – 1600    **Carnegie Endowment for International Peace**
               Meeting with CEIP Board and Leadership
               Location:      Carnegie Endowment for International Peace
                              1779 Massachusetts Ave., NW
                              Washington, DC 20036
               ████████████
               ████████████████████████████

1600 – 1730    **Carnegie Endowment for International Peace**
               Speech – Hapsburg Member
               ████████████████████████████
               Brief Q&A following Speech

1730 – 1800    Carnegie Reception in Honor of Hapsburg Member

1800           Depart for Dulles Airport
               ████ Embassy to Provide Transportation

2020           Depart to ██████ via Paris