# EXHIBIT H

**Subject:** Re: R: Expedited Port Courtesis for [Hapsburg member]
**From:** [Person D2]
**Date:** 3/13/13, 11:25 AM
**To:** [redacted]
**CC:** [Company B] [Company B] [redacted]

Hi [redacted]

I just had a meeting with [Comp. B] and the team and that's what we will do. At every point there will be the relevant contact person to meet President [Haps. member] and facilitate access.

However, like everyone else, he will have to go through security/metal detectors etc.

We can discuss further details when I see you at 12:30pm.

Best, [D2]

---

**From:** [redacted]
**Date:** Wednesday, 13 March 2013 14:26
**To:** [Person D2]
**Cc:** [Company B], [Company B]
**Subject:** RE: R: Expedited Port Courtesis for [Hapsburg member]

Hy [D2]

It was a pleasure to talk to you.

Just a very last detail...we suggest you to agree with the counterparts of each meeting which will be the access point/address on the occasion of each meeting, in order to avoid any problem/delay to President [redacted]
Ideally, for each meeting you should be in contact with someone of the organizers who should possibly wait for President [redacted]'s car at an agreed access point/address at a certain time.
Our drivers know Washington very well and will be able to bring you anywhere, but the access to some institutional locations (like the Congress) could be tricky if no agreement has been taken in advance with someone coming and waiting from inside and it is not clear what is going to be the access point.
This is obviously just and advice from our side.

All the Best and see you in a couple of hours,

[redacted]

---

**From:** [Person D2]
**Sent:** Wednesday, March 13, 2013 9:34 AM

**To:** [Company B] [redacted]
**Cc:** [Company B]
**Subject:** Re: R: Expedited Port Courtesis for [Hapsburg member]

Thanks for the introduction, [Comp. B]

I just spoke to [redacted]   All in good hands.

See you shortly.

Best, [D2]

---

**From:** [Company B] [redacted]
**Date:** Wednesday, 13 March 2013 13:00
**To:** [redacted]
**Cc:** [Person D2]   [Company B] [redacted]
**Subject:** FW: R: Expedited Port Courtesis for [Hapsburg member]

Hi [redacted]

Per the emails below, we are coordinating Prime Minister [redacted]'s visit to Washington.  I am copying [Person D2] who works for the Prime Minister.  [D2] will be with the Prime Minister throughout his stay.  He needs to accompany you to the airport today to meet the Prime Minister so I am connecting you.

[D2]'s cell number is [redacted].

Please let me know if I can be off assistance on this matter.

Thank you so much.

[Comp B]

---

**From:** [Company B]
**Sent:** Tuesday, March 12, 2013 6:02 PM
**To:** [redacted]
**Cc:** [redacted] [Company B]
**Subject:** Re: R: Expedited Port Courtesis for [Hapsburg member]

Grazie mille
I am learning diplomacy
Are you or anyone coming to his talk?
[Comp B]

[Company B]
[redacted]

[redacted]

Company B

**From:** ███
**Sent:** Tuesday, March 12, 2013 05:48 PM
**To:** Company B
**Cc:** ███
**Subject:** R: Expedited Port Courtesis for Hapsburg member

Dear Comp B
thanks to your contact infos, we are now in touch with Hapsburg member's staff. Mi colleague ███ (reading in cc) will be at the airport and he will inform President ███ that the Ambassador is pleased to put a car at his for the whole stay in Washington.
Best. ███

_____



**Da:** Company B ███
**Inviato:** martedì 12 marzo 2013 15.28
**A:** ███
**Oggetto:** RE: Expedited Port Courtesis for Hapsburg member

███ –

Great to see you the other night.
Thank you for your assistance with Hapsburg member's arrival and departure from Dulles airport.
Additionally his office has reached out for transportation assistance during his time in DC.
I don't know if the Embassy has the capacity or desire to assist.
We are happy to figure something else out if you are unable to help.
His current schedule is below.

Hope to see you again tomorrow evening at Villa Firenze.

Best,
`Comp B`

### Wednesday, March 13th

| | | |
|---|---|---|
| 1455 | | **Arrival to Washington, DC** |
| | | Transfer to Hotel (if time permits) |
| | | VIP Transfer – ▮ Embassy (will provide transportation during visit) |
| | | HOTEL: ▮ |
| 1700 – 1730 | | **Senate Foreign Relations Committee** |
| | | Staff Briefing (Minority – Republicans) |
| | | Location: Dirksen Senate Office Building - Room: TBD |
| | | POC: `Company A` |
| 1730 – 1800 | | **Senate Foreign Relations Committee** |
| | | Staff Briefing (Majority – Democrats) |
| | | Staff Director ▮ |
| | | Location: Dirksen Senate Office Building – Room TBD |
| | | POC: `Company B` |
| 1815 | | **Meeting with Paul and `D2`** |
| | | Willard Intercontinental Hotel |
| 1900 | | **Dinner with ▮ Ambassador** |
| | | Location: Villa Frienze |

### Thursday, March 14th

| | | |
|---|---|---|
| 900 – 930 | | ▮ |
| | | Senior Policy Advisor, House `Representative` ▮ |
| | | Location: U.S. Capitol – Room: ▮ |
| | | POC: `Company A` |
| 1000 – 1045 | | **Congressman ▮ (R▮)** |
| | | Chairman, House ▮ |
| | | Location: ▮ Rayburn House Office Building |
| | | POC: `Company A` |

| | | |
|---|---|---|
| 1215 – 1245 | **Congressman ▓▓▓▓▓ (D▓▓)** | |

Ranking Member, ▓▓▓▓▓

Location:   ▓ Cannon House Office Building
POC: Company B

1330 – 1430   **Bloomberg Interview**
1399 New York Ave NW
Washington, DC 20005
POC: Company B

1500 – 1530   **Congressman ▓▓▓▓▓ (R-▓▓)**
Member, House Foreign ▓▓▓▓▓

Location:   ▓ Cannon House Office Building
POC: Company B

1545 – 1600   **Carnegie Endowment for International Peace**
Meeting with CEIP Board and Leadership
Location:    Carnegie Endowment for International Peace
            1779 Massachusetts Ave., NW
            Washington, DC 20036
            (202) 483-7600
POC: ▓▓▓▓▓

1600 – 1730   **Carnegie Endowment for International Peace**
Speech – Hapsburg member ▓▓▓▓▓
Brief Q&A following Speech

1730 – 1815   Carnegie Reception in Honor of Hapsburg member

1815          Depart for Dulles Airport
              ▓▓▓ Embassy to Provide Transportation

2020          Depart to ▓▓▓▓ via Paris

Company B
▓▓▓▓▓
▓▓▓▓▓
▓▓▓▓▓
▓▓▓▓▓

---

**From:** ▓▓▓▓▓
**Sent:** Thursday, March 07, 2013 4:04 PM

**To:** Company B
**Subject:** R: Expedited Port Courtesis for Hapsburg member

Actually, it seems that we shall meet tonight at Villa Firenze…



---

**Da:** Company B
**Inviato:** giovedì 7 marzo 2013 15.47
**A:**
**Cc:**
**Oggetto:** RE: Expedited Port Courtesis for Hapsburg member

Millie grazie
Soon
Comp B

---

**From:**
**Sent:** Thursday, March 07, 2013 9:53 AM
**To:** Company B
**Cc:**
**Subject:** R: Expedited Port Courtesis for Hapsburg member

Thanks a lot. My colleagues reading in cc will contact her today.
Look forward to see you soon.



**Da:** Company B
**Inviato:** giovedì 7 marzo 2013 9.47
**A:**
**Oggetto:** RE: Expedited Port Courtesis for Hapsburg member

His NY office is not coordinating the visit. He is doing it through his foundation. ▮▮▮▮▮ is the point of contact.
E-mail:
Mobile:

---

**From:**
**Sent:** Wednesday, March 06, 2013 2:33 PM
**To:** Company B
**Subject:** R: Expedited Port Courtesis for Hapsburg member

Dear Comp B
with all great pleasure we shall provide all the necessary airport assistance to Hapsburg member ▮▮. I only kindly ask you to provide me with the contacts of the person who got in touch with you in order to get all the necessary details (and to avoid possible duplications with his staff in New York).

Best, ▮▮

_____



-----Messaggio originale-----
Da: Company B

```
Inviato: mercoledì 6 marzo 2013 11.30
A: ▮▮▮▮▮▮▮▮▮▮▮
Oggetto: Expedited Port Courtesis for [Hapsburg member]

▮▮▮ -

Former Prime Minister [Hapsburg member] will be traveling to Washington, DC next week.
During his trip he will be meeting with US Government officials and Members of
Congress to discuss his work ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮ and to offer insights about EU-US relations and Russia.
[Hapsburg member] is scheduled to arrive Dulles at 2:55p on Wednesday, March 13 and will
depart on Thursday, March 14 at 8:20p.
Could the Embassy assist with his trip by requesting expedited port courtesis
through the e-gov system for [Hapsburg member]?

Best,
[Comp B]

Sent from my iPad
```

—image001.jpg—

—Attachments:—

image001.jpg                                                                                    4.6 KB