# EXHIBIT I

From: Rick Gates <rgates@​███████>
Sent: Wednesday, January 29, 2014, 10:44 AM
To: Person D2 ███████
Cc: Person D1 ███████
Subject: Re: Items

---

Excellent. Thank you.

On Jan 29, 2014, at 7:44 AM, Person D2 ███████ wrote:

> ███ said yes.
>
> Working on piece today and should have draft by tomorrow.
>
> **From:** Person D1 ███████
> **Date:** Wednesday, 29 January 2014 14:41
> **To:** Rick Gates <rgates@​███████>
> **Cc:** Person D2 ███████
> **Subject:** Re: Items
>
> Sure
> But they will ask if that means they are renewed for the next 6 months or not....
>
>
> On Jan 29, 2014, at 1:31 PM, Rick Gates <rgates@​███████> wrote:
>
>> D1/D2 ███████
>> We have an assignment in regards to an oped that was published in the NYT yesterday which I am placing below. We need to have one of our friends write an oped that focuses on two things. A partial response to the NYT piece, and focus on the differences between a legitimate opposition and violent thugs such as:
>>
>> 1. There is a great difference between legitimate political protest which is non-violent and violent attacks on police officers and public buildings.
>> 2. The former is an essential component of democracy. The latter has no place in the political dialogue of democracy.
>> 3. The leaders of the Ukrainian opposition and the peaceful protestors in the Maidan need to distance themselves from violent extremists and completely repudiate their actions.
>> 4. These leaders cannot allow violent rightwing extremists to exercise a veto over their political decisions and the future of Ukraine.
>>
>> Let me know a time that you can Skype today to discuss. Thanks.