# EXHIBIT J

**From:** Person D1  
**Sent:** Tuesday, February 04, 2014, 4:35 AM  
**To:** Person D2  
**Bcc:** Person D1  
**Subject:** Fwd: Op ed for  
**Attachments:** Hapsburg member op ed for New York Times on ▮ doc

Please make the change and send on to rick and make sure they put ▮ contact details I am in a train

Sent from my iPad

Begin forwarded message:

> **From:** Person D1  
> **Date:** February 4, 2014 10:16:07 GMT+01:00  
> **To:** Person D2  
> **Cc:** Rick Gates <rgates@▮  
> **Subject:** Fwd: Op ed for ▮
>
> Haps. member has signed off with ony one change
> In the very last sentence he wants to strike the last few words on europe's future and end the piece wth the words GRASP IT.
> Who sends to NYT? Please advise
> D1
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> Person D1  
>> **Date:** February 4, 2014 9:30:10 GMT+01:00  
>>
>> Person D2  
>> **Subject:** Op ed for ▮
>>
>> Dear Haps. member,
>>
>> Please review this, as discussed, and then ask ▮ to call me or D2 today so we can tell her where to send it by 4 pm ▮ time to the New York Times.
>>
>> Thanks
>>
>> Un'abbraccio.
>> D1



**For The New York Times**

████████████████████████████████████████

By ███ Hapsburg member ███

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**For The New York Times**

████████████████████████████████████████



*The author,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *is a former* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Prime Minister* ▮▮▮▮

*The author,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *is a former*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Prime Minister* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮