# EXHIBIT K

From: Rick Gates <rgates@███████████>
Sent: Tuesday, February 18, 2014, 10:13 PM
To: Person D1                              Person D2
Subject: Oped
Attachments: ███ OpEdv4.doc

Guys-

Below is the email from the NYT oped editor we received. Attached are the changes that I made to the oped based on these comments. Usual password. But please review it carefully and make any changes you deem necessary based on the points from the NYT. No pride of authorship here. Please make any changes and send back to me by 800am NY time if possible.

_____

███████ we're close to a decision and want to run it but some of this seems quite boilerplate frankly. what is the evidence that right-winters have truly infiltrated the ukraine democracy movement? and is the significant violence and disorder we've seen today in kiev and other cities changing/affecting Hapsburg member POV? please let us know soonest. thanks.

--
████████████

Deputy Editor, Op-Ed
The New York Times