# EXHIBIT L

From: Rick Gates <rgates@███████>
Sent: Thursday, February 20, 2014, 8:16 AM
To: Paul Manafort <pmanafort@dmpint.com>; Person D1    Person A    Person A    Person D2
Subject: NYT Oped - ███

The NYT has run the ███ oped.

http://www.nytimes.com/2014/███████████████████
███████████

███████████████████

By Hapsburg member ████████

- 





