# EXHIBIT N

| Date/Time* | From | To | Method | Type | Content | Source |
|---|---|---|---|---|---|---|
| 2/24/2018; 15:51 (UTC) | Paul Manafort | Person D1 | Telephone | Phone Call | Attempted phone call - No duration | Manafort Toll Records |
| 2/24/2018; 15:51 (UTC) | Paul Manafort | Person D1 | Telephone | Phone Call | 1 min, 24 second call | Manafort Toll Records |
| 2/24/2018; 15:53 (UTC) | Paul Manafort | Person D1 | WhatsApp | Chat | This is paul | Person D1 Production; Manafort iCloud Production |
| 2/25/2018; 18:41 (UTC) | Paul Manafort | Person D1 | Telephone | Phone Call | Attempted phone call - No duration | Manafort Toll Records |
| 2/26/2018; 23:56 (UTC) | Paul Manafort | Person D1 | WhatsApp | Chat | http://www.businessinsider.com/former-european-leaders-manafort-hapsburg-group-2018-2?r=UK&IR=T | Person D1 Production; Manafort iCloud Production |
| 2/26/2018; 23:57 (UTC) | Paul Manafort | Person D1 | WhatsApp | Chat | We should talk. I have made clear that they worked in Europe. | Person D1 Production; Manafort iCloud Production |
| 2/27/2018; 11:03 (UTC) | Paul Manafort | Person D1 | WhatsApp | Phone Call | Attempted phone call - No duration | Manafort iCloud Production |
| 2/27/2018; 11:31 (UTC) | Paul Manafort | Person D1 | Telephone | Phone Call | Attempted phone call - No duration | Manafort Toll Records |
| 2/28/2018; 01:49 (CEST) | Person A | Person D2 | WhatsApp | Chat | [Person D2], hi! How are you? Hope you are doing fine. ;)) | Person D2 Production |
| 2/28/2018; 01:51 (CEST) | Person A | Person D2 | WhatsApp | Chat | My friend P is trying to reach [Person D1] to brief him on what's going on. | Person D2 Production |
| 2/28/2018; 01:51 (CEST) | Person A | Person D2 | WhatsApp | Chat | If you have a chance to mention this to [Person D1] - would be great | Person D2 Production |

| Date/Time* | From | To | Method | Type | Content | Source |
|---|---|---|---|---|---|---|
| 2/28/2018; 01:53 (CEST) | Person A | Person D2 | WhatsApp | Chat | Basically P wants to give him a quick summary that he says to everybody (which is true) that our friends never lobbied in the US, and the purpose of the program was EU | Person D2 Production |
| 2/28/2018; 06:01 (CEST) | Person A | Person D2 | Telegram | Chat | Hey, how are you? This is [Person A]. | Person D2 Production |
| 2/28/2018; 06:01(CEST) | Person A | Person D2 | Telegram | Chat | Hope you are doing fine. | Person D2 Production |
| 2/28/2018; 06:01 (CEST) | Person A | Person D2 | Telegram | Chat | My friend P is trying to reach [D1] to brief him on what's going on | Person D2 Production |
| 2/28/2018; 06:02 (CEST) | Person A | Person D2 | Telegram | Chat | Basically P wants to give him a quick summary that he says to everybody (which is true) that our friends never lobbied in the US, and the purpose of the program was EU | Person D2 Production |
| 2/28/2018; 06:03 (CEST) | Person A | Person D2 | Telegram | Chat | If you have a chance to mention this to [Person D1]. - it would be great. It would be good to get them connected to discuss in person. P is his friend. | Person D2 Production |
| 4/4/2018; 13:00 (UTC) | Person A | Person D1 | WhatsApp | Chat | Hi. This is [Person A's first initial]. My friend P is looking for ways to connect to you to pass you several messages. Can we arrange that. | Person D1 Production |
| 4/4/2018; 08:53 (CEST) | Person A | Person D2 | WhatsApp | Chat | Hey. This is [Person A]. My friend P asked me again to help connect him with [Person D1]. Can you help? | Person D2 Production |
| 4/4/2018; 08:54 (CEST) | Person A | Person D2 | Telegram | Chat | Hey. My friend P has asked me again if there is any way to help connect him through [Person D1] | Person D2 Production |
| 4/4/2018; 08:54 (CEST) | Person A | Person D2 | Telegram | Chat | I tried him on all numbers. | Person D2 Production |

*UTC and CEST refer to Coordinated Universal Time and Central European Summer Time, respectively.