# Exhibit A

*Redaction Key*
HGM = Hapsburg Group Member
UO = Ukrainian Official

EYES ONLY MEMO FOR PAUL

Subject: Kick-Off Meeting of Project Habsburg

Date: July 12, 2012

1. [D2] and [D1] had a 5-hour meeting last night with [Hapsburg Group Member] and his chief of staff. Yesterday morning, on July 11, 2012, he met in Brussels together with [Hapsburg Group Member] and [Hapsburg Group Member]. <u>Both have accepted the offer, underground from now until December, and then as public members from January 2013 of the new</u> [redacted] [redacted]. But even better…

2. [Hapsburg Group Member], HGM and [Hapsburg Group Member] then also met yesterday in private with [European Official] in Brussels to discuss EU policy related to an issue on Khazakstan and WTO. Since [Hapsburg Group Member] brought them on board for our project before that meeting, they split the [European Official] meeting in half, and shifted from Khazakstan to Ukraine.

3. Here is how HGM reported to us, in a summary of this heavyweight meeting of himself and HGM and [Hapsburg Group Member] with [European Official]: "We compared Ukraine to Khazakstan, saying that it was not in EU's interest to lose either country to the new Russian empire Putin is trying to build, but that Khazakstan has already joined the Eurasian Union and Ukraine will not, provided Europe is there for Ukraine. We told him Yanukovich is really committed to Europe, and [European Official] said he knows that, and he agrees that Ukraine should not be "lost" to EU and that he has talked a lot to Yanukovich (in fact, [European Official] said Yanukovich is of the heads of state outside the EU he speaks to the most) and he likes and respects Yanukovich and he wishes they could finalise and sign the AA, but if he tried now while the Tymoshenko case is still big he would be rejected by the European Parliament. [European Official] told us he is really frustrated by the European Parliament. We mentioned that Ukraine are following EU guidelines on judicial and election reform and the laws have been approved by parliament but they really need help from EU to implement these things. They need know how. [European Official] told us that "anything you can do to help to assist them with reforms and these laws would be welcome because we really want Ukraine with us and not with the Russians." And he told HGM and [Hapsburg Group Member] and HGM that if they can do something for Ukraine and can help, "you will can have my support, to make things happen," basically urging them on. [Hapsburg Group Member] said: "Don't push back Ukraine." [European Official] replied: "The opposite. We need to embrace them."

4. I asked HGM if he thought [European Official] would be open to exploring whether some form of technical assistance from the European Commission could be announced in connection with reforms and he said yes, and that he was surprised how far they got [European Official] to go in their meeting yesterday. He said if Paul wants he can and will go back to [European Official] for another meeting.

5. We discussed an idea, which HGM said he could discuss with [Hapsburg Group Member], which was that [redacted] he

could ask officially [European Official] to provide some "technical assistance from the Commission" to help with judicial and electoral reforms, or at least the former, which we could then repackage as a EU cooperation step with Ukraine pre-election and [Hapsburg Group Member] could spin our way in public statements with media.
6. We agreed on Vienna, Berlin, Rome and Paris conferences, starring [HGM], [Hapsburg Group Member] and [HGM], with [UO] as featured Ukraine speaker. And media around these.
7. We agreed that [HGM] would start lunching the OSCE ▇ right away and begin that "bridge."
8. We agreed that [HGM] and [Hapsburg Group Member] and he would sign op-eds, be available to speak for major newspaper interviews that Paul's team and we would recommend or fix, they would be willing to issue statements or a report on free and fair elections in early October, plus plus… essentially ready to do all, as long as [Hapsburg Group Member]'s involvement is kept unofficial until ▇▇▇▇. And [HGM] and [HGM] stay under radar as well until ▇▇▇▇ emerges.
9. Next steps: [HGM] speaking to [Hapsburg Group Member] next few days, he asked me to speak to [HGM], and fix meeting for them as well, and he thinks [European Official] would do it but he prefers a conservative (CDU) in Germany and tow ait on [European Official]. He is also exploring French.
10. Our judgement is that from now through December we have [HGM], [HGM], [Hapsburg Group Member] and [HGM], and we add a German and French sometime in autumn or after election but use [European Official] meanwhile for Berlin event too.
11. Timetable and Work Plan now being developed by us, for your review and then to [HGM] for his review, but tentatively September 20/21 would suit [Hapsburg Group Member] for the Vienna conference.
12. Payments to each of the first three ([HGM], [HGM] and [Hapsburg Group Member]) are requested to their companies in their own individual EU countries from foreign company in places like Malta or Singapore, in [HGM]'s case even farther offshore if desired like BVI. He and [HGM] and [Hapsburg Group Member] are happy if they get generic consulting contracts from private sector companies that do not mention U, but they all intend to declare their income and pay taxes in their countries so they want to issue invoices. They asked for first half to be paid by August, and contracts in next 2 weeks. [HGM] may be more flexible.