# EXHIBIT 1

From: [Person D2]
Sent: Wednesday, March 13, 2013, 10:03 PM
To: [Person D1]
Subject: Great First Day
Attachments: ATT00001.rtf

All went superb.
Had an interesting meeting with 10 people from [Company B] and [Company A]. More on that when I see you.

Then meeting at [ ] embassy. Then picked up [Haps. mem.] and briefed him extensively on the drive in. I prepared a lovely folder for him with the sked, talking points, latest news on Vlasenko, Lutsenko, VY integration pledge, Klitchko call for sanctions etc. He was very pleased and also complimented us on the Carnegie speech.
Then meetings at the Senate Foreign Relations Committee… first with Republicans, then Democrats. [Haps. mem.] did well, reading off our talking points. The Republicans especially were quite Tymo heavy, with one [Senator] staffer dwelling a bit on it. But [Haps. mem.] was solid… urging inclusion, a "vigilant" Russia, trade opportunities etc. PJM later said he had received two calls right after the meetings, praising [Haps. mem.]

This was followed by a short meeting with PJM, who said he had already received two calls from the Hill praising [Haps. mem.] [Haps. mem.] had to leave for dinner with the ambassador and PJM and me then had drinks. He was in good form and is thrilled with our work and Habsburg.
Tomorrow we have about 10 meetings back to back… and then I fly Cattle Class back to LHR, rush to GTW to make the flight to Innsbruck. I too need some rest one day.

Call you tomorrow.
Ciao, [Person D2]