UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 13 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 17-0201-1 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the government's ex parte sealed Motion to Unseal Partially Certain Pleadings [Dkt. # 317], which seeks to partially unseal its May 25, 2018 motion [Dkt. # 308] for leave to file a supplemental response to defendant Paul J. Manafort, Jr.'s motion for reconsideration of his conditions of release. Upon review of the motion, it is ORDERED that the motion is GRANTED. The Clerk of Court is directed to file on the public docket the government's May 25, 2018 motion [Dkt. # 308] and the redacted versions of the exhibits to that motion [Dkt. # 317-2 through # 317-6]. The Clerk of Court is further directed to unseal government's June 6, 2018 ex parte motion [Dkt. # 317] itself.

SO ORDERED.



AMY BERMAN JACKSON
United States District Judge

Date: June 12, 2018