# EXHIBIT D

| Date/Time | From | To | Method | Type | Content | Source |
|---|---|---|---|---|---|---|
| 2/24/2018; 15:53 | Paul Manafort | ▮ | WhatsApp | Chat | This is paul | ▮ Production; Manafort iCloud Production |
| 2/26/2018; 23:56 | Paul Manafort | ▮ | WhatsApp | Chat | http://www.businessinsider.com/former-european-leaders-manafort-hapsburg-group-2018-2?r=UK&IR=T | ▮ Production; Manafort iCloud Production |
| 2/26/2018; 23:57 | Paul Manafort | ▮ | WhatsApp | Chat | We should talk. I have made clear that they worked in Europe. | ▮ Production; Manafort iCloud Production |
| 2/27/2018; 11:03 | Paul Manafort | ▮ | WhatsApp | Phone Call | Attempted phone call - No duration | Manafort iCloud Production |
| 2/28/2018; 01:49 | ▮ | ▮ | WhatsApp | Chat | ▮ hi! How are you? Hope you are doing fine. ;)) | ▮ Production |
| 2/28/2018; 01:51 | ▮ | ▮ | WhatsApp | Chat | My friend P is trying to reach ▮ to brief him on what's going on. | ▮ Production |
| 2/28/2018; 01:51 | ▮ | ▮ | WhatsApp | Chat | If you have a chance to mention this to ▮ - would be great | ▮ Production |
| 2/28/2018; 01:53 | ▮ | ▮ | WhatsApp | Chat | Basically P wants to give him a quick summary that he says to everybody (which is true) that our friends never lobbied in the US, and the purpose of the program was EU | ▮ Production |
| 2/28/2018; 06:01 | ▮ | ▮ | Telegram | Chat | Hey, how are you? This is ▮ | ▮ Production |
| 2/28/2018; 06:01 | ▮ | ▮ | Telegram | Chat | Hope you are doing fine. | ▮ Production |
| 2/28/2018; 06:01 | ▮ | ▮ | Telegram | Chat | My friend P is trying to reach ▮ to brief him on what's going on | ▮ Production |
| 2/28/2018; 06:02 | ▮ | ▮ | Telegram | Chat | Basically P wants to give him a quick summary that he says to everybody (which is true) that our friends never lobbied in the US, and the purpose of the program was EU | ▮ Production |
| 2/28/2018; 06:03 | ▮ | ▮ | Telegram | Chat | If you have a chance to mention this to ▮ - it would be great. It would be good to get them connected to discuss in person. P is his friend. | ▮ Production |
| 4/4/2018; 13:00 | ▮ | ▮ | WhatsApp | Chat | Hi. This is ▮ My friend P is looking for ways to connect to you to pass you several messages. Can we arrange that. | ▮ Production |
| 4/4/2018; 08:53 | ▮ | ▮ | WhatsApp | Chat | Hey. This is ▮ My friend P asked me again to help connect him with ▮ Can you help? | ▮ Production |
| 4/4/2018; 08:54 | ▮ | ▮ | Telegram | Chat | Hey. My friend P has asked me again if there is any way to help connect him through ▮ | ▮ Production |
| 4/4/2018; 08:54 | ▮ | ▮ | Telegram | Chat | I tried him on all numbers. | ▮ Production |