# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 17-201-1 (ABJ) |

## NOTICE IN RESPONSE TO THE COURT'S ORDER OF JUNE 12, 2018

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby notifies the Court that on June 13, 2018, the government transmitted to counsel for Manafort the information it was ordered to disclose by the Court's June 12, 2018, Order granting in part and denying in part the defendant's motion for a bill of particulars, Doc. 321.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: June 13, 2018     By:     */s/ Andrew Weissmann*
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*