**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PAUL J. MANAFORT, JR.**<br><br>**Defendant.** | **Crim. No. 17-201-1 (ABJ)** |

**NOTICE OF SUBMISSION**

Pursuant to the Court's July 5, 2018 Minute Order, the United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully submits this Notice of Submission, along with a copy of the less redacted version of the search warrant and application for the warrant search of defendant Paul J. Manafort's residence, as publically available on the docket in the Eastern District of Virginia, 1:17-sw-0449-TCB-1. The attached version is also the same as the one the government submitted on May 31, 2018, in *In The Matter Of The Application Of The Associated Press, et al.*, No. 18-mc-41-ABJ (D.D.C. 2018). Government counsel spoke with defense counsel and sent them a draft of this submission last week; we have not heard back from them.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: July 9, 2018　　　　　　　By:　　__/s/_ Andrew Weissmann_____
　　　　　　　　　　　　　　　　　　　Andrew Weissmann
　　　　　　　　　　　　　　　　　　　Greg D. Andres (D.D.C. Bar No. 459221)
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Special Counsel's Office
　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-0800

　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*