UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAUL J. MANAFORT, JR.'S
RESPONSE TO COURT'S MINUTE ORDER OF JULY 5, 2018**

Paul J. Manafort, Jr., by and through counsel, hereby responds to the Court's minute order of July 5, 2018 and, while recognizing the issue is moot due to the unilateral actions of the Special Counsel, files this objection to the public filing in this Court of the less-redacted version of the search warrant and application that has already been filed publicly in the Eastern District of Virginia.

On June 4, 2018, Mr. Manafort objected to the public filing of these same documents. The Special Counsel then sought leave to file the documents publicly in the Eastern District of Virginia without giving notice to Mr. Manafort. For this reason, Mr. Manafort cannot agree that the public filing in the Eastern District of Virginia justifies such a filing in this Court.

WHEREFORE, Mr. Manafort files his objection to the public filing in this Court of the

less-redacted version of the search warrant and application that has already been filed publicly in

the Eastern District of Virginia.

Dated: July 9, 2018                                      Respectfully submitted,


                                                         /s/
                                                         Kevin M. Downing
                                                         (D.C. Bar No. 1013984)
                                                         Law Office of Kevin M. Downing
                                                         601 New Jersey Avenue NW
                                                         Suite 620
                                                         Washington, DC 20001
                                                         (202) 754-1992
                                                         kevindowning@kdowninglaw.com


                                                         /s/
                                                         Thomas E. Zehnle
                                                         (D.C. Bar No. 415556)
                                                         Law Office of Thomas E. Zehnle
                                                         601 New Jersey Avenue NW
                                                         Suite 620
                                                         Washington, DC 20001
                                                         (202) 368-4668
                                                         tezehnle@gmail.com


                                                         /s/
                                                         Richard W. Westling
                                                         (D.C. Bar No. 990496)
                                                         Epstein Becker & Green, P.C.
                                                         1227 25th Street, N.W.
                                                         Washington, DC 20037
                                                         Tel: 202-861-1868
                                                         Fax: 202-296-2882
                                                         Email: rwestling@ebglaw.com