# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### ORDER

In his recently filed motion to continue his July 25th trial, defendant correctly recites that he is currently housed at the Northern Neck Regional Jail in Warsaw, Virginia – a site which is located more than 100 miles from Alexandria and the District of Columbia. Defendant also avers that the terms of his pretrial detention at Northern Neck have made it difficult to prepare for trial in this document heavy bank and tax fraud case.

To ensure that defendant has access to his counsel and can adequately prepare his defense,

It is hereby **ORDERED** that the United States Marshal for the Eastern District of Virginia shall promptly transport the defendant from Northern Neck Regional Jail to the Alexandria Detention Center where he shall remain pending trial.

It is further **ORDERED** that the United States Marshal shall notify chambers as soon as the defendant arrives at the Alexandria Detention Center.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
July 10, 2018

T. S. Ellis, III
United States District Judge