# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
|  | ) |
| PAUL J. MANAFORT, JR., | ) |
|  | ) |
|  | ) |
| *Defendant.* | ) |
|  | ) |

Criminal No. 1:18-cr-00083-TSE

Judge T. S. Ellis, III

Trial Date: July 25, 2018

## DEFENDANT PAUL J. MANAFORT JR.'S RESPONSE TO THE
## COURT'S JULY 10, 2018 ORDER RELATING TO HIS PLACE OF DETENTION

Defendant Paul J. Manafort, Jr., by and through counsel, files this response to the Court's July 10, 2018 Order relating to his place of detention. (Dkt. 113). Earlier today, the Court issued an order addressing some of the concerns raised by Mr. Manafort in his motion to continue the trial. (Dkt. 109). In that motion, one issue Mr. Manafort raised was the effect of his detention on the pace of trial preparation.

The Court endeavored to address some of those concerns in its July 10, 2018 Order by having Mr. Manafort relocated to the Alexandria Detention Center. However, the concerns underlying the request for a continuance, while specifically noting the substantial distance between Northern Neck Regional Jail and Alexandria, were, at bottom, aimed more at the difficulty of preparing for trial given Mr. Manafort's detention versus his prior status on pretrial release.

In light of Mr. Manafort's continuing detention and after further reflection, issues of distance and inconvenience must yield to concerns about his safety and, more importantly, the

challenges he will face in adjusting to a new place of confinement and the changing circumstances of detention two weeks before trial.  With these considerations in mind, Mr. Manafort respectfully asks the Court to permit him to remain in his current place of detention.

WHEREFORE, Mr. Manafort respectfully requests that the Court rescind its order directing that he be moved and permit him to remain at the Northern Neck Regional Jail.

Dated: July 10, 2018                        Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2018, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:


Andrew A. Weissman
Greg D. Andres
Uzo Asonye
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
         GDA@usdoj.gov
         UEA@usdoj.gov


                                         s/ Jay R. Nanavati
                                        Jay R. Nanavati (VSB No. 44391)
                                        Kostelanetz & Fink LLP
                                        601 New Jersey Avenue NW
                                        Suite 620
                                        Washington, DC 20001
                                        (202) 875-8000
                                        jnanavati@kflaw.com

                                        *Counsel for Defendant Paul J. Manafort, Jr.*

3