**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **PAUL J. MANAFORT, JR.,** | **Crim. No. 17-201-1 (ABJ)** |
| **Defendant.** | |

<u>**NOTICE OF SUBMISSION OF JOINT PROPOSED JURY QUESTIONNAIRE**</u>

Pursuant to the Court's Scheduling Order dated March 1, 2018 (Doc. 217 ¶ 5), the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby submits the attached joint proposed written jury questionnaire.  The only difference between the parties is noted in footnote one to question 41.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: June 13, 2018          By:          /s/ Andrew Weissmann
                                             Andrew Weissmann
                                             Greg D. Andres (D.D.C. Bar No. 459221)
                                             Special Counsel's Office
                                             950 Pennsylvania Avenue NW
                                             Washington, DC 20530
                                             Telephone: (202) 616-0800

                                             *Attorneys for the United States of America*

# JURY QUESTIONNAIRE

### Instructions for Jury Questionnaire

This questionnaire is designed to obtain information about your background as it is related to your service as a juror in this case. Its use will substantially shorten the jury selection process. The purpose of these questions is to determine whether prospective jurors can impartially decide this case based solely on the evidence presented at trial and the instructions on the law given by the presiding judge. All information contained in this questionnaire will be kept confidential and under seal.

Please write your assigned juror number at the top of each page.  Respond to each question. Your candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

You are sworn to give true and complete answers and those answers will be available only to the Court and the parties in this case. You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors.

Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

**PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK INK**

Juror Number: _____

## **Personal Information**

    1.  Name:  _____

    2.  Sex: _____

    3.  Date of Birth: _____

    4.  Place of Birth: _____

## **Residence**

    5.  Address:  _____

    6.  How long have you lived in the District of Columbia?:  _____

## **Family Background**

    7.  Please indicate your marital status:

            _____ Single and never married
            _____ Currently married and have been for _____ years
            _____ Single, but married in the past for _____ years
            _____ Widowed, but married in the past for _____ years
            _____ Other: _____

## **Employment**

    8.  Are you employed?

       _____ Yes           _____ No

       A.  If employed, what is your current occupation / job title? _____

       _____

       B.  Name of employer: _____

       C.  How long have you been employed at your current job?_____

Juror Number: _____

9. If unemployed, please describe other responsibilities that you have (childcare, school, etc.)

_____

_____

10. If you are retired or between jobs, what type of work had you been doing?

_____

_____

11. Is your spouse or companion who lives with you employed?

_____ Yes              _____ No

A.  If employed, what is their current occupation / job title? _____

_____

B.  Name of spouse's or companion's employer: _____

_____


**Education**

12. Check the highest level of education for you and your spouse or companion:

| | You | Spouse/ Companion | |
|---|---|---|---|
| A.  Grade school or less | _____ | _____ | |
| B.  Some high school | _____ | _____ | |
| C.  High school graduate | _____ | _____ | |
| D.  Technical or business school | _____ | _____ | |
| E.  Some college | _____ | _____ | |
| F.  College degree | _____ | _____ | |
| G.  Graduate degree (and describe area) | _____ | _____ | Area: _____ |

13. If you are presently a student, please describe briefly your area of study: _____

_____

_____

Juror Number: _____

14. Do you have any difficulty speaking, understanding, reading or writing the English language?

_____ Yes             _____ No

A.  If yes, please explain the degree of difficulty:  _____

_____

_____


## News/Media

15. What is your main source for news? [Check the one you rely on the most.]

_____ Newspapers/Magazines
_____ TV or Radio
_____ Internet/Social media websites

16. Please list any newspapers, magazines, TV or radio shows, or Internet or social media websites that you read, watch, or listen to on a regular basis:

_____

_____

_____


## Military Service

17. Have you or your spouse or companion ever served in the armed forces?

_____ Yes             _____ No

A.  If yes, please answer the following, both as to yourself and/or your spouse or companion:

|  | You | Spouse/Companion |
|---|---|---|
| Branch and highest rank or rate | _____ | _____ |
| Dates of Service | _____ | _____ |

Juror Number: _____

**Home Ownership and Financing**

18. Have you ever had a foreign bank account?

_____ Yes            _____ No

19. Do you or your spouse own a home?

_____ Yes            _____ No

**Criminal Justice Experience**

20. Have you, or has any member of your family or close friend or relative, ever been the victim of or witness to a crime, whether or not that crime was reported to law enforcement authorities?

_____ Yes            _____ No

A.  If yes, please provide the following information for each person and incident:

Relationship  Type of Crime  Victim / Witness?  Police Report?  Was Anyone Caught?  Outcome?

_____

_____

_____

_____

21. Have you, or has any member of your family or close friend or relative, ever been accused of, arrested for, or charged with a crime?

_____ Yes            _____ No

A.  If yes, please provide the following:

Relationship (myself, dad, etc.)   Crime Charged   Case Outcome?

_____

_____

_____

_____

Juror Number: _____

A.  If yes, please provide a brief description of the alleged crime(s) and the events leading up to the accusation, arrest, or charge:

_____

_____

_____

_____

B.  If yes, do you feel that you, your family member, close friend, or relative were/was treated fairly by the criminal justice system?

_____

_____

_____

_____

_____

22. Have you, or has any member of your family or close friend or relative, ever been audited by the Internal Revenue Service?

_____ Yes               _____ No

A.  If yes, please provide the following:

Relationship (myself, dad, etc.)   Date of Audit   Outcome?

_____

_____

_____

_____

B.  If yes, do you feel that you, your family member, close friend, or relative were/was treated fairly by the Internal Revenue Service?

_____

_____

_____

_____

Juror Number: _____

23. Apart from jury service, have you ever been involved in any legal proceeding, in any capacity, for example as a plaintiff, defendant, victim, lawyer, witness, or expert?

_____ Yes               _____ No

A.  If yes, please state when and explain why you appeared in court:

_____

_____

_____

B.  If yes, did the legal process in that instance operate fairly in your opinion?

_____

_____

_____

**Jury Service**

24. Have you ever served as a juror at a trial in a federal, state, or local court prior to today?

_____ Yes               _____ No

A.  If yes, without disclosing the verdict that you reached, please complete the following for each trial on which you served as a juror:

| Criminal or Civil? | Type of Allegations? | When did you serve? | Where did you serve? | Did the jury reach a unanimous verdict or, if permitted by the applicable law, a majority verdict? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

25. Have you ever served as a juror on a grand jury in federal or state court?

_____ Yes               _____ No

Juror Number: _____

    A.  If yes, when and where: _____

    B.  If yes, was the grand jury on which you served able to reach agreement on the issuance of true bills?

        _____ Yes        _____ No

    C.  If your answer to the prior question is no, describe the nature of the case or cases on which the grand jury on which you served was unable to reach agreement on the issuance of true bills.

_____

_____

_____

**Law Enforcement**

26.  Have you, or any members of your family, ever been employed by any law enforcement agency, such as: a police department, sheriff's department, constable's office, the Federal Bureau of Investigation (FBI), the Drug Enforcement Administration (DEA), the Bureau of Alcohol Tobacco and Firearms (ATF), the U.S. Marshal's Service, the U.S. Park Police, a United States Attorney's Office, the United States Department of Justice, a District or State's Attorney's Office, a probation or parole office, the Bureau of Prisons, or any other state, local, or federal law enforcement agency or private security force?

        _____ Yes        _____ No

    A.  If yes, for each person (yourself or family member) please indicate the law enforcement office or agency, the period of time employed, if known, and a general description of the job duties:

_____

_____

_____

_____

Juror Number: _____

    B.  If yes, would the law enforcement employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____

_____

_____

Have you, or any members of your family, ever been employed by the Internal Revenue Service?

    _____ Yes        _____ No

    A.  If yes, for each person (yourself or family member) please indicate the period of time employed, if known, and a general description of the job duties:

_____

_____

_____

    B.  If yes, would the employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____

_____

_____

27.  A number of witnesses may be either federal or state law enforcement officers.  Would you tend to believe or to disbelieve the testimony of any law enforcement witness merely because that person is a law enforcement officer?

    _____ Yes        _____ No

    A.  If yes, please explain why you would be more or less willing to believe such a witness and why:

_____

_____

_____

9

Juror Number: _____

28. In this case, the United States is represented by the United States Department of Justice through Special Counsel Robert S. Mueller, III.  Is there anything regarding the Special Counsel's Office that would prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____ Yes             _____ No

A.  If yes, please explain why:

_____

_____

_____

_____

## Work Experience

29. Have you, or any members of your immediate family, ever been employed as an auditor, mortgage officer, tax preparer, or accountant?

_____ Yes             _____ No

A.  If yes, for each person (yourself or family member) please indicate the period of time employed, if known, and a general description of the job duties:

_____

_____

_____

B.  If yes, would the employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____

_____

_____

_____

10

Juror Number: _____

30. Have you, or any member of your immediate family, ever worked as an employee of a bank or financial institution?

_____ Yes                 _____ No

    A.  If yes, for each person (yourself or family member) please indicate the period of time employed, if known, and a general description of the job duties:

_____

_____

_____

_____

    B.  If yes, would the employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case based solely on the evidence presented and the Court's instructions on the law?

_____

_____

_____

_____

31. Have you, or any member of your immediate family, ever worked in the legal profession, either as a lawyer, paralegal, or in a law office, including a prosecutor's or public defender's office?

_____ Yes                 _____ No

    A.  If yes, please explain:

_____

_____

_____

_____

Juror Number: _____

      B.  If yes, would the legal employment that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case solely on the evidence presented and the Court's instructions on the law:

_____

_____

_____

32.  Have you, or any member of your immediate family, had any legal training, including law courses, paralegal programs, or on-the-job training?

      _____ Yes          _____ No

      A.  If yes, please explain:

_____

_____

_____

_____

      B.  If yes, would the legal training that you described in the previous question prevent or hinder you in any way from rendering a fair and impartial verdict in this case solely on the evidence presented and the Court's instructions on the law:

_____

_____

_____

_____

**<u>Nature of the Evidence and the Charged Crimes</u>**

33.  The indictment charges the defendant with conspiracy involving filing false tax returns and failing to report foreign bank accounts;money laundering conspiracy, and failing to register as a foreign agent, making false statements to the government, and attempting to tamper with a witness (and related conspiracy offenses).  Is there anything about the nature of those charges that would make it difficult to be a fair and impartial juror in this case?

      _____ Yes          _____ No

Juror Number: _____

    A.  If yes, please explain:

_____

_____

_____

34. The indictment charges that certain of the income involved in the tax conspiracy and
money laundering conspiracy charges was derived from lobbying, political consulting,
and public relations work.  Is there anything about the nature of those charges that would
make it difficult to be a fair and impartial juror in this case?

    _____ Yes           _____ No

    A.  If yes, please explain:

_____

_____

_____

35. The indictment charges that certain of the income involved in the charges was derived
from work for Ukrainian government officials, politicians, and political parties.  Is there
anything about the nature of those allegations that would make it difficult to be a fair and
impartial juror in this case?

    _____ Yes           _____ No

    A.  If yes, please explain:

_____

_____

_____

36. Some of the witnesses in this case may be individuals who were involved in crimes
themselves.  They would testify pursuant to a cooperation agreement with the
government or an immunity order.  Is there anything that will prevent you from
evaluating their testimony fairly and impartially in accordance with the Court's
instructions?

    _____ Yes           _____ No

Juror Number: _____

    A.  If yes, please explain:

_____

_____

_____


## Knowledge of the Case

37.  This case has received significant publicity in the media.  Have you seen, read, or heard anything at all about this case in any form of media, including newspaper, television, radio, or internet?

    _____ Yes            _____ No

    A.  If yes, please explain (i) what you have seen, read, or heard, (ii) the source of that information, and (iii) when that occurred:

_____

_____

_____

_____

_____

_____

    B.  If yes, has the news coverage or other information you have seen, read, or heard about this case caused you to form an opinion about the defendant's guilt or innocence?

    _____ Yes            _____ No

    C.  If yes, please explain:

_____

_____

_____

_____

Juror Number: _____

    D.  Would you be able to put to one side everything you have seen, read, or heard about this case and not consider that information at all and decide the case fairly and impartially based solely on the evidence presented and the Court's instructions of law?

_____

_____

_____

38. Have you, any member of your immediate family, or any close personal friend ever run for or held a political office in the federal, state, or local government?

    _____ Yes          _____ No

    A.  If yes, would anything about that person's running for or holding political office cause you to form an opinion about the defendant's guilt or innocence?

    _____ Yes          _____ No

    B.  If yes, please explain:

_____

_____

_____

39. Have you ever been a volunteer, member, or contributor to a political campaign or political party? [1]

    _____ Yes          _____ No

_____

[1] The defense proposes to add an additional question after 41:

    42. Did you vote in the 2016 Presidential Election?

    _____ Yes          _____ No

The government opposes the request.

Juror Number: _____

      A.  If yes, would anything about that experience cause you to form an opinion about the defendant's guilt or innocence?

      _____ Yes             _____ No

      B.  If yes, please explain:

_____

_____

_____

40.  Do you, any member of your immediate family, or any close personal friend have any connection to Ukraine?

      _____ Yes             _____ No

      A.  If yes, would anything about that connection to Ukraine cause you to form an opinion about the defendant's guilt or innocence?

      _____ Yes             _____ No

      B.  If yes, please explain:

_____

_____

_____

16

Juror Number: _____

## Miscellaneous

41. The following is a partial list of individuals who <u>may</u> be associated with this case.  Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them?  If yes, please circle the name(s) with which you have such a connection and explain that connection in the space below:

____**[list to be provided]**_____

_____

_____

_____

42. The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense unless and until the government has proven each element of that offense beyond a reasonable doubt.  Would you find it difficult for any reason to obey that instruction?

_____ Yes              _____ No

A.  If yes, please explain:

_____

_____

_____

43. If you are selected as a juror in this case, would it be difficult for you to disregard any ideas, notions, or beliefs about the law you may hold and render a fair and impartial verdict based solely on the evidence presented and the Court's instructions of law?

_____

_____

_____

44. Do you suffer from any physical or mental condition(s) that would affect your ability to pay close and careful attention to the evidence and to render an impartial verdict?

_____ Yes                    _____ No

A.  If yes, please explain:

_____

_____

_____

45. This trial may run for approximately three weeks.  In this respect, you should know that it is unlawful for an employer to discharge, threaten to discharge, intimidate, or coerce any employee because of the employee's jury service.  Given this, is there any truly exigent circumstance that would preclude you from serving on this jury?

_____ Yes                    _____ No

A.  If yes, please explain:

_____

_____

_____

46. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial?

_____ Yes                    _____ No

A.  If yes, please explain:

_____

_____

_____

Juror Number: _____

47. Is there anything about the nature of this case, including specifically that (i) it involves allegations of conspiracy including filing false tax returns, money laundering conspiracy, false statements, and attempting to tamper with witnesses and (ii) it involves allegations relating to payments for lobbying work on behalf of Ukrainian politicians, that would prevent or hinder you in any way from rendering a fair and impartial verdict based solely on the evidence presented and the Court's instructions of law?

\_\_\_\_\_ Yes            \_\_\_\_\_ No

A.  If yes, please explain:

_____

_____

_____

48. Is there anything about the nature of the questions in this questionnaire that suggests to you that you will not be able to sit as fair and impartial?

\_\_\_\_\_ Yes            \_\_\_\_\_ No

A.  If yes, please explain:

_____

_____

_____

49. Do you know of any other reason why you cannot sit as a juror in this case and judge evidence presented fairly and impartially and apply the law as instructed by the Court?

\_\_\_\_\_ Yes            \_\_\_\_\_ No

A.  If yes, please explain:

_____

_____

_____

_____

Juror Number: _____

I, _____, hereby declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions myself.

Executed in the District of Columbia, on this _____ day of _____, 2018.


_____
Signature