**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>Defendant. | **Crim. No. 17-201-1 (ABJ)** |

### NOTICE IN RESPONSE TO THE COURT'S MINUTE ORDER OF JULY 18, 2018

Pursuant to the Court's Minute Order of July 18, 2018, the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby notifies the Court that the government does not oppose the defendant receiving the sealed, unredacted version of the Court's Memorandum Opinion and Order of July 18, 2018 (Doc. 356).

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: July 19, 2018     By:     */s/ Andrew Weissmann*
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*