UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAUL J. MANAFORT, JR.'S RESPONSE TO THE SPECIAL COUNSEL'S MOTION TO EXCLUDE EVIDENCE OR ARGUMENT**

Paul J. Manafort, Jr., by and through counsel, hereby submits his response to the Special Counsel's motion to exclude evidence or argument.  (Doc. 341).  In the motion, the Special Counsel argues that Mr. Manafort should be precluded from offering evidence or argument at trial: (1) concerning selective or vindictive prosecution or the motive and mandate of the Special Counsel leading this prosecution, or (2) suggesting that any investigation of Mr. Manafort that preceded the Special Counsel's appointment was resolved with a decision to not prosecute him.

Mr. Manafort does not intend to offer evidence or argument with regard to selective prosecution, vindictive prosecution, or the Special Counsel's authority to prosecute this action.  However, Mr. Manafort reserves his right to question witnesses with regard to proffer agreements, plea agreements, cooperation agreements, and/or immunity agreements that the Special Counsel has entered into with certain witnesses and the reasons and motivations as to why those witnesses have chosen to testify as part of the Special Counsel's case.  These witnesses' answers may provide some insight into the Special Counsel's motive for prosecuting this case against Mr. Manafort where the Special Counsel has, for example, sought immunity for individuals who the Special Counsel could otherwise have prosecuted.  Therefore, out of an abundance of caution, Mr.

Manafort raises this issue to ensure that Mr. Manafort's right to robust cross-examination of the witnesses at trial is protected.

Lastly, Mr. Manafort does not intend to offer evidence or argument in support of a theory that he was the subject of a prior criminal investigation that was resolved with a decision that he not be prosecuted. However, depending on the evidence adduced at trial, Mr. Manafort reserves the right to offer evidence to rebut any argument by the Special Counsel that this investigation is a continuation of the prior investigation.

Dated: July 23, 2018               Respectfully submitted,

    /s/_____
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

    /s/_____
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

    /s/_____ _____
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com