UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT PRETRIAL STATEMENT

Paul J. Manafort, Jr., by and through counsel, hereby moves for an extension of time, from August 1, 2018 to August 27, 2018, to submit a Joint Pretrial Statement. The reason for this request is that Mr. Manafort's trial in the matter of *United States v. Paul J. Manafort, Jr.*, Case No. 18-cr-0083 (TSE) (E.D.Va.), is scheduled to commence tomorrow, July 31, 2018 and, as a result of time-consuming trial preparation for that matter (which the Special Counsel has estimated will last approximately three weeks), Mr. Manafort requires additional time to confer with the Special Counsel regarding the contents of the Joint Pretrial Statement in this matter. Defense counsel has conferred with the Office of Special Counsel. The Special Counsel consents to a one week extension of the deadline to submit a Joint Pretrial Order but objects to the longer extension Mr. Manafort seeks in this motion.

WHEREFORE, Mr. Manafort respectfully moves the Court for extension of time, to August 27, 2018, to submit a Joint Pretrial Statement.

Dated: July 30, 2018                                        Respectfully submitted,

        /s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

        /s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

        /s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com