UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 17-201-1 (ABJ) |

STATUS REPORT

The United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully submits this status report pursuant to the Court's Order of July 18, 2018, to "return to defendant any paper documents and electronic devices that [the government] has determined are irrelevant to the case by August 17, 2018." Doc. 355. As described in the attached letter to defense counsel, the government is prepared to return all original paper and physical devices, which are available for pick up at the Special Counsel's Office.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: August 9, 2018        By:        */s/ Andrew Weissmann*
Andrew Weissmann
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*