

**U.S. Department of Justice**

*The Special Counsel's Office*

Washington, D.C. 20530

August 9, 2018

**By Email**

Kevin M. Downing, Esq.
Law Offices of Kevin Downing
601 New Jersey Avenue /Suite 620
Washington, D.C. 20001
(kevindowning@kdowninglaw.com)
(Counsel for Paul J. Manafort, Jr.)

      Re: *United States v. Paul J. Manafort, Jr.*,
         Crim. No. 17-201 (ABJ)

Dear Mr. Downing:

    Pursuant to the Court's July 18, 2018 order, the Government is prepared to return all original paper documents, relevant and irrelevant, as well as all original physical devices, seized at your client's condominium.

    The Government has attempted to coordinate a time and location to return these items to the defense. After numerous unanswered emails and telephone calls, the Government attempted to deliver the items at both the Law Offices of Kevin Downing and Kostelanetz and Fink, LLP, on Wednesday August 8, 2018. Both of these efforts were unsuccessful, as no one was present to accept the delivery.

    The Government has exhausted its resources in an effort to accommodate the defense. Please know the Government has no further plans to deliver these items; however, they are available for pick up at the Special Counsel's Office.

    As previously agreed upon, should the defense pick up these items, it will not argue at the trial, the absence of the original record.

- *Physical Devices Seized at Client's Condominium*

| Attachment # | Device |
|---|---|
| 1B47 | Pack of 4 DVD discs, "Hyatt Regency Kyiv" |
| 1B48 | 1 Black external hard drive "simpletech" logo. SN: unknown; BOM No: 96200-41001-103 |
| 1B49 | 1 Blue external hard drive - "WD" logo SN: WXEX08L16461 |
| 1B59 | 512 MB Sandisk SD Card from Nikon Cool Pics FN-1 |
| 1B60 | 32GB Transcend SD card located in Go Pro Hero 2 |
| 1B61 | 1 8G Transcend SD card; 1 32GB SD card Nikon D-7000 |
| 1B62 | 1GB Sandisk card from Casio EXILIM camera |
| 1B63 | Black Sony stick 32GB located in a Sony camera |
| 1B64 | 16GB San Disk SD Card from Nikon D-90 |
| 1B65 | Micro SD 64G - found in Nikon I camera |
| 1B66 | 16 GB Sandisk SD card from Nikon Cool Pics S-9700 |
| 1B67 | 1 16GB Sony memory stick pro located in Sony handicam |
| 1B68 | iPod, 64 GB, SN: CC0J326HDT78 |
| 1B69 | 32GB Transcend 32GB SD card located in Panasonic HCV700M video camera |
| 1B70 | 2 16MB Lexar compact flash cards; 1 Viking 128MB compact flash card; 1 San Disk 4GB SD card; 1 San Disk 256MB memory stick; 1 8MB Sony mega memory stick; 1G4 MB Sony memory stick; 1 16GB Sony memory stick |
| 1B71 | 2GB Polaroid SD card located in Casio camera |
| 1B72 | 8GB Sony memory stick located in Sony cyber shot in black pouch + black mesh bag |
| 1B73 | Lexar 1GB SD card located in Casio EX-Z1200, in black mesh bag |
| 1B74 | 4 GB memory stick, Sony, located in Sony cyber shot in black Sony pouch |
| 1B75 | 4GB San Disk SD card located in Canon power shot XS210 in black camera bag |
| 1B76 | G Drive Slim, 500GB; SN: 39C5UMJS |
| 1B77 | RMK_MacBook_Air_Western Digital WD7500BPKX-00HPJT0 750GB hard drive, S/N WX41A9617H6L, containing memory dump and image of a 500GB solid state drive from an Apple MacBook Air model A1466, S/N C1MRN0B0H569 |
| 1B78 | Western Digital external hard drive, SN: WX71A73D8297 |
| 1B81 | iPad - 64GB SN: DLXFGN92DKNY |
| 1B82 | iomega hard drive; model 31905000; SN: G6AB360309 |

| Attachment # | Device |
|---|---|
| 1B83 | Mobile Mate SD+ memory card reader - San disk; Memorex 8GB MegaTravel Drive, w/case - in Ziploc bag |
| 1B84 | iomega hard drive; model# 31847300 SN: W3BK514053, in black case |
| 1B85 | (6) Six blue thumbdrives; (2) Two pink thumbdrives |
| 1B86 | HP Mobile USB Drive; Kit#D0549A, Drive Spare #348648-001 Cable Spare #348649-001 |
| 1B87 | Seagate Go Flex hard drive S/N: NA052PLX |
| 1B88 | iPad - 64GB serial#: V50217R8ETV |
| 1B89 | iPhone in black and orange case IMEI: 355878060761889 |
| 1B90 | Sony micro vault pro - 5GB SN: 1004279, located in blue case |
| 1B91 | DEWF_COMBO1: A 1TB HGST HDD, S/N: JR100X4M1SASVE containing forensic images and device extractions from rooms: C, F, K, and Q |
| 1B96 | iomega portable hard drive 1TB SN 6VAB3700GE |

Very truly yours,

ROBERT S. MUELLER, III
Special Counsel

By: /s/
_____

Andrew Weissmann
(202) 514-1746