UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant. | Crim. No. 17-201-2 (ABJ) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On May 9, 2018, the Court ordered the parties to file a status report by no later than August 12, 2018. Accordingly, the parties provide the following update: (1) the defendant has testified in *United States v. Manafort*, 1:18 Cr. 83 (TSE), a trial which is ongoing in the Eastern District of Virginia; (2) the defendant continues to meet with the Special Counsel's Office as required by his Plea Agreement; and (3) the investigation, which includes the possible continued need for assistance from the defendant as required by his Plea Agreement, is ongoing.

2. Accordingly, the parties respectfully request that they provide a joint status report within ninety days, no later than November 10, 2018. A proposed Order is attached.

*Attorney for Richard W. Gates III*
Respectfully submitted,

ROBERT S. MUELLER, III
/s/ *Thomas C. Green*     Special Counsel
Thomas C. Green (D.C. Bar No. 14498)
Sidley Austin LLP     /s/ *Andrew Weissmann*
1501 K Street, N.W.     Andrew Weissmann
Washington, D.C. 20005     Greg D. Andres (D.D.C. Bar No. 459221)
tcgreen@sidley.com     U.S. Department of Justice
(202) 736-8069 (telephone)     Special Counsel's Office
(202) 736-8711 (fax)     950 Pennsylvania Avenue NW

Washington, D.C. 20530  
Telephone: (202) 616-0800

*Attorneys for the United States of America*