UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant. | Crim. No. 17-201-2 (ABJ) |

### ORDER

Upon consideration of the representations made in the May 14, 2018 Joint Status Report and for good cause shown, it is this _____ day of _____, 2018,

ORDERED that the parties file a joint status report by no later than November 10, 2018, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE