UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 18-0041 (ABJ) |

## ORDER

A coalition of media organizations has filed an application seeking access to materials generated in connection with an ongoing criminal investigation. The Court has issued several orders in this matter to date, and therefore, it will not repeat all of the procedural and factual background.

With respect to what the Media Coalition has denoted as the "Warrant Materials," the Court has reviewed the proposed redactions to the five warrant applications submitted to the Court in camera by the Office of Special Counsel in response to the Order dated July 9, 2018 [Dkt. # 14], as well as the response of defendant Paul Manafort to that Order [Dkt. # 11]. The Court is prepared to rule on most of the redactions, but it has questions concerning whether some of the subject matter proposed to be redacted may have been revealed during the course of the pending trial in the Eastern District of Virginia.

Therefore, the Office of Special Counsel and Manafort are hereby ORDERED to inform the Court by two business days after the conclusion of the trial whether either party has any continuing objection to the unsealing of the redacted material in the portions of the warrant applications listed below:

<u>17-mj-612 - Warrant for Search of Email Accounts</u>

    The two email addresses (\_\_\_@\_\_\_.com) at issue in the application

    Affidavit in Support of the Application ("Aff.") ¶ 6

    Aff. ¶ 13

    The names of the vendors in Aff. ¶ 18

    Aff. ¶ 20, page 12, lines 7–8

    Att. B, section II (c), page 28

<u>17-mj-496 - Warrant for Search of Hard Drive</u>

    Aff. ¶ 10

    Aff. ¶ 15

    Aff. ¶ 17, page 10, lines 12–15

<u>17-mj-783, 17-mj-784, and 17-mj-785 - Warrants for Seizure of Bank Funds</u>

    Aff. ¶ 10

    Aff. ¶ 27

    Aff. ¶¶ 31–36

    Aff. ¶ 49

    Aff. ¶ 51

    Aff. ¶ 54

    Aff. ¶ 60, specifically, the name of the entity at the end of line 3, carried over to line 4 (and repeated thereafter)

    Aff. ¶ 61, including fn. 9

    Aff. ¶ 65

    Aff. ¶ 67

The Office of Special Counsel and Manafort are FURTHER ORDERED to inform the Court if any other information proposed to be redacted from the Warrant Materials that has not been specifically identified in this order is now a matter of public record and may be revealed in response to the pending application.

With respect to what the applicants have referred to as "Manafort materials," i.e., sealed trial transcripts, pleadings, and the warrant applications for the storage unit and the Alexandria residence, and upon consideration of the response submitted by defendant Manafort, it is ORDERED that the motion to unseal the transcript of the January 22, 2018 hearing is GRANTED IN PART and DENIED IN PART.  The Court has endeavored to redact all specific references to the defendant's finances, but general comments about an order that was already on the public record need not remain sealed.

Upon consideration of the response submitted by defendant Richard Gates, filed in *United States v. Manafort*, 17-CR-0201 (ABJ) [Dkt. # 365], it is FURTHER ORDERED that the motion to unseal the transcripts of February 7, 2018 and February 14, 2018 is GRANTED IN PART and DENIED IN PART.  Portions of the transcripts that reflect attorney-client privileged communication, private financial information, and home addresses will remain redacted.

It is FURTHER ORDERED that the motion to unseal the filing at [Dkt. # 167] is GRANTED IN PART and DENIED IN PART.  Portions of the filing that reflect the names and home addresses of non-parties will remain redacted.

As for the two search warrant applications submitted to the U.S. District Court for the Eastern District of Virginia for a storage unit and the defendant's residence, on July 9, 2018, the Court denied the Media Coalition's request to unseal any materials that were still being withheld from defendant Manafort at that time for the reasons set forth in its May 29, 2018 Order

[Dkt. # 312] in the criminal case. *See* Order [Dkt. # 14] at 2, citing *United States v. Manafort*, 17-CR-0201, Order [Dkt. # 312]. It is ORDERED that the Office of Special Counsel must inform the Court within two business days of the conclusion of trial in the Eastern District of Virginia whether either of those warrant applications has been unsealed by the court in the Eastern District of Virginia, and if not, whether they have been provided to the defendant in full, and whether there is any material in the redacted portions of those warrants that became a matter of public record during the trial.

Finally, the Court notes that a copy of this order will be filed in *United States v. Manafort*, 17-CR-0201, to facilitate the further unsealing of transcripts and filings on the docket in that case consistent with this order.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: August 10, 2018