UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT PAUL J. MANAFORT, JR.'S SECOND MOTION FOR AN EXTENSION OF TIME TO SUBMIT A JOINT PRETRIAL STATEMENT**

Paul J. Manafort, Jr., by and through counsel, hereby moves for an extension of time, from August 20, 2018 to August 27, 2018, to submit a Joint Pretrial Statement.  The reason for this request is that Mr. Manafort's trial before the Honorable T.S. Ellis, III in the matter of *United States v. Paul J. Manafort, Jr.*, Case No. 18-cr-0083 (TSE) (E.D.Va.), has continued through the date of this motion and it is unknown when the jury will return a verdict.  The trial before Judge Ellis has not allowed defense counsel sufficient time to confer with the Special Counsel's Office regarding the Joint Pretrial Statement currently due to be filed by August 20, 2018.

In addition to the delay caused by the length of the trial before Judge Ellis, the Court's Scheduling Order (Doc. 217) requires Mr. Manafort, among other things, to review the exhibits that Special Counsel intends to offer during trial, identify objections to specific exhibits, and submit argument as to the basis for each objection.  To date, the Special Counsel has provided counsel with well over 1000 proposed exhibits—most of which have not been a part of the trial

before Judge Ellis—and review of these materials will be time-consuming. This task simply cannot be accomplished while Mr. Manafort's legal team is engaged in trial before Judge Ellis.[1]

Counsel are mindful of the Court's statements in its Minute Order of July 31, 2018, granting Mr. Manafort's initial request for an extension of time to submit the Joint Pretrial Order. Counsel seek this additional extension to allow them to devote the appropriate amount of time and attention to the Joint Pretrial Statement and to ensure that it complies with the Court requirements. As noted above, without this additional time, counsel will be unable to do so.

Defense counsel has conferred with the Special Counsel's Office regarding this request for adjournment. The Special Counsel opposes this request.

WHEREFORE, Mr. Manafort respectfully moves the Court for an extension of time, from August 20, 2018 to August 27, 2018, to submit a Joint Pretrial Statement.

Dated: August 16, 2018                                          Respectfully submitted,

                                                                /s/_____
                                                                Kevin M. Downing
                                                                (D.C. Bar No. 1013984)
                                                                Law Office of Kevin M. Downing
                                                                601 New Jersey Avenue NW
                                                                Suite 620
                                                                Washington, DC 20001
                                                                (202) 754-1992
                                                                kevindowning@kdowninglaw.com

---

[1] It is worth noting that during the ongoing trial before Judge Ellis, the Special Counsel's Office amended its exhibit list three times and approximately one-third of the exhibits that the government initially included in its proposed exhibit list were not introduced. While trying to identify all exhibits in advance is admittedly a difficult task, this history strongly suggests that defense counsel's review of more than one-thousand proposed exhibits for this case–many of which may be irrelevant for the trial set before this Court—would take time away from necessary trial preparation.

       /s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

       /s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

3