AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cr-201 (ABJ) |
| PAUL J. MANAFORT, JR., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 8/22/2018

/s/ Jeannie S. Rhee
*Attorney's signature*

Jeannie S. Rhee
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

JSR@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*