# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**,<br><br>Defendant. | **Case No. 1:17-cr-201-1 (ABJ)** |

## NOTICE

In response to the Court's Order of August 10, 2018 (Doc. 369), the government has reviewed the warrants and has confirmed that they have not been unsealed by the court in the Eastern District of Virginia and that the redacted warrants have been provided to the defendant. Moreover, the government has reviewed whether there is any material in the redacted portions of those warrants that became a matter of public record during the trial. As a result of that review, the government is filing versions of those warrants that no longer redact information that was made public in the Eastern District of Virginia trial.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: August 22, 2018      By:   */s/ Andrew Weissmann*
Andrew Weissmann
Jeannie S. Rhee (D.D.C. Bar No. 464127)
Greg D. Andres (D.D.C. Bar No. 459221)
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorneys for the United States of America*