UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**PAUL J. MANAFORT, JR.'S NOTICE OF WAIVER OF APPEARANCE
AND MOTION FOR ORDER THAT HE NOT BE TRANSPORTED**

Pursuant to Fed. R. Crim. P. 43(a), Paul J. Manafort, Jr., by and through counsel, hereby waives his right to appear in court other than for his trial and any potential sentencing and moves the Court for an order that he not be transported to court other than for his trial and any potential sentencing. Mr. Manafort, having been advised of his right to be present at all stages of the proceedings, agrees that his interests shall be represented at any pretrial proceedings by the presence of his attorneys.

WHEREFORE, Mr. Manafort waives his right to appear in court other than for his trial and any potential sentencing and moves the Court for an order that he not be transported to court other than for his trial and any potential sentencing.

Dated: August 26, 2018

Respectfully submitted,

/s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620

2

Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

  /s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

  /s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com