UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

### PAUL J. MANAFORT, JR.'S WAIVER OF APPEARANCE
### FOR PRETRIAL PROCEEDINGS

I, Paul J. Manafort, Jr., submit this written waiver of my right to appear at all pretrial proceedings in this case. I wish to appear in this case solely for jury selection proceedings, the jury trial, and any potential sentencing hearing.

I have been advised of my right to be present at all stages of these proceedings and, with a full and complete understanding of my rights, have agreed that my interests will be represented at all pretrial proceeding by the presence of my attorneys. I waive my right to appear at all pretrial proceedings because of the time involved in having the U.S. Marshal Service transport me to and from the courthouse for each pretrial appearance.

Dated: August 27, 2018                         Respectfully submitted,

                                                */s/ Paul J. Manafort, Jr.*
                                                Paul J. Manafort, Jr.