# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, Jr.,**<br><br>**Defendant.** | **Case No. 17-cr-201-1 (ABJ)** |

## JOINT STATEMENT OF THE CASE

The grand jury has charged Paul J. Manafort, Jr., in a seven-count indictment. Those charges are:

- Conspiring between approximately 2006 and 2017 to defraud and commit offenses against the United States, including conspiring to violate the Foreign Agents Registration Act (FARA), to make false and misleading statements to the Department of Justice, to file false tax returns, and to fail to file with the Department of the Treasury required reports of foreign bank accounts (Count One);

- Conspiring to launder money from approximately 2006 through 2016 (Count Two);

- Acting between approximately 2008 and 2014 as an agent of a foreign principal without registering, in violation of FARA (Count Three);

- In approximately November 2016 and February 2017, making false and misleading statements to the Department of Justice (Counts Four and Five); and

- Between February and April 2018, attempting to tamper with witnesses and conspiring to witness tamper (Count Six and Seven).

                                                      Respectfully submitted,

| Paul J. Manafort, Jr., | ROBERT S. MUELLER, III |
|---|---|
| Defendant | Special Counsel |

By: _____   By: _____

Kevin Downing, Esq.  
Tom Zehnle, Esq.  
Jay Nanavati, Esq.  
Counsel for Defendant

Andrew Weissmann  
Greg D. Andres  
Senior Assistant Special Counsels