# **EXHIBIT G**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**,<br><br>Defendant. | **Crim. No. 17-cr-201 (ABJ)** |

## VERDICT FORM

**COUNT 1 (Conspiracy against the United States)**:

As to Count 1 of the indictment, charging defendant Paul J. Manafort, Jr., with conspiracy to defraud the United States and commit an offense against the United States, we unanimously find the defendant:

Guilty _____    Not Guilty _____

(If your verdict as to Count 1 is not guilty, proceed immediately to Count 2. If your verdict as to Count 1 is guilty, complete the following section.)

With respect to Count 1, we unanimously find that the defendant conspired to (check all that apply):

_____    Defraud the United States

_____    Act as an unregistered agent of a foreign principal

_____    Make false and misleading statements in connection with a Foreign Agent Registration Act (FARA) Filing

_____    Make false statements to the government

_____    Fail to file a report of foreign bank and financial account (FBAR)

1

**COUNT 2 (Conspiracy to Launder Money):**

As to Count 2 of the indictment, charging defendant Paul J. Manafort, Jr., with conspiracy to launder money, we unanimously find the defendant:

Guilty _____    Not Guilty _____

(If your verdict as to Count 2 is not guilty, proceed immediately to Count 3. If your verdict as to Count 2 is guilty, complete the following section.)

With respect to Count 2, we unanimously find that the defendant conspired to (check all that apply):

_____    Transmit or transfer funds internationally to promote a specified unlawful activity, that is, a violation of FARA

_____    Launder proceeds of a FARA violation in order to evade tax

_____    Launder proceeds of a FARA violation in order to conceal their nature, location, source, ownership, or control

2

**COUNT 3 (Unregistered Agent of a Foreign Principal)**:

As to Count 3 of the indictment, charging defendant Paul J. Manafort, Jr., with acting as an agent of a foreign principal without registering with the Department of Justice, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 4 (False and Misleading FARA Statements)**:

As to Count 4 of the indictment, charging defendant Paul J. Manafort, Jr., with making a false or misleading statement in a document filed under the provisions of FARA and omitting a material fact necessary to make the statements in the document not misleading, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 5 (False Statements)**:

As to Count 5 of the indictment, charging defendant Paul J. Manafort, Jr., with making a false statement, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 6 (Attempted Witness Tampering)**:

As to Count 6 of the indictment, charging defendant Paul J. Manafort, Jr., with attempted witness tampering, we unanimously find the defendant:

Guilty _____   Not Guilty _____

**COUNT 7 (Conspiracy to Witness Tamper)**:

As to Count 7 of the indictment, charging defendant Paul J. Manafort, Jr., with conspiracy to witness tamper, we unanimously find the defendant:

Guilty _____   Not Guilty _____