UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE REGARDING
APPEARANCE ON DATE THAT JURY QUESTIONNAIRES ARE COMPLETED

Defendant Paul J. Manafort, Jr., by and through counsel, hereby provides notice
that pursuant to his waiver of appearance for pretrial proceedings (Dkt. # 387) he does not
wish to appear on the date that the jury questionnaires are to be completed.

Dated: August 28, 2018                          Respectfully submitted,

                                                  /s/
                                                Kevin M. Downing
                                                (D.C. Bar No. 1013984)
                                                Law Office of Kevin M. Downing
                                                601 New Jersey Avenue NW
                                                Suite 620
                                                Washington, DC 20001
                                                (202) 754-1992
                                                kevindowning@kdowninglaw.com

                                                  /s/
                                                Thomas E. Zehnle
                                                (D.C. Bar No. 415556)
                                                Law Office of Thomas E. Zehnle
                                                601 New Jersey Avenue NW
                                                Suite 620
                                                Washington, DC 20001
                                                (202) 368-4668
                                                tezehnle@gmail.com

                                        /s/_____
                                        Richard W. Westling
                                        (D.C. Bar No. 990496)
                                        Epstein Becker & Green, P.C.
                                        1227 25th Street, N.W.
                                        Washington, DC 20037
                                        Tel: 202-861-1868
                                        Fax: 202-296-2882
                                        Email: rwestling@ebglaw.com

                                        *Counsel for Defendant*
                                        *Paul J. Manafort, Jr.*