# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) ) PAUL J. MANAFORT, JR., ) ) ) *Defendant.* ) ) | Criminal No. 17-201-01 (ABJ) |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion for a Change of Venue and any opposition and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**; and it is hereby **FURTHER ORDERED** that the trial in this matter will take place at Roanoke, Virginia in the Western District of Virginia**.**

**SO ORDERED**.

Dated: _____          _____
                                       AMY BERMAN JACKSON
                                       United States District Judge