UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| Defendant. | ) |

### PAUL J. MANAFORT, JR.'S WAIVER OF APPEARANCE ON DATE THAT JURY QUESTIONNAIRES ARE TO BE COMPLETED

In response to the Court's minute order of August 30, 2018 I, Paul J. Manafort, Jr., submit this written waiver of my right to appear on the date that the jury questionnaires are to be completed.

I have been advised of my right to be present at all stages of these proceedings and, with a full and complete understanding of my rights, have agreed that my interests will be represented at the proceeding described above by the presence of my attorneys. I waive my right to appear because of the time involved in having the U.S. Marshal Service transport me to and from the courthouse.

Dated: September 1, 2018               Respectfully submitted,

                                       _____
                                       Paul J. Manafort, Jr.