Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No.: 17-CR-201-1 |
| vs. ) | |
| ) | **FILED** |
| PAUL J. MANAFORT, JR. ) | SEP 14 2018 |
| ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## WAIVER OF INDICTMENT

I, _____PAUL J. MANAFORT, JR._____, the above-named defendant, who is accused of

18:371 and 3551 et seq.; Conspiracy Against the United States.

18:371 and 3551 et seq.; Conspiracy to Obstruct Justice.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____September 14, 2018_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____  Date: _____9/14/2018_____
Amy Berman Jackson
United States District Judge