CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 17-CR-201-1 |
| ) | |
| PAUL J. MANAFORT, JR. ) | |
| ) | |

**FILED**
**SEP 14 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
~~Assistant United States attorney~~ Senior Assistant Special Counsel

Approved:

_____   Date: 9/14/2018
Amy Berman Jackson
United States District Judge