# United States Court of Appeals
### For The District of Columbia Circuit

**No. 18-3037**  **September Term, 2018**

1:17-cr-00201-ABJ-1

Filed On: September 24, 2018 [1752234]

United States of America,

    Appellee

  v.

Paul John Manafort, Jr.,

    Appellant

## MANDATE

In accordance with the judgment of July 31, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken R. Meadows
Deputy Clerk

Link to the judgment filed July 31, 2018