# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 18-3037                                          September Term, 2017
                                                     FILED ON: JULY 31, 2018

UNITED STATES OF AMERICA,
    APPELLEE

v.

PAUL JOHN MANAFORT, JR.,
    APPELLANT

On Appeal of a Pretrial Detention Order
(No. 1:17-cr-00201-1)

Before: TATEL, GRIFFITH and WILKINS, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact of the parties. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's detention order appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/

Ken Meadows
Deputy Clerk

Date: July 31, 2018

Opinion for the court filed by Circuit Judge Wilkins.