## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR., et al.,<br><br>Defendants. | Crim. No. 17-201 (ABJ) |

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Kyle R. Freeny as counsel for the Government in the above-captioned matter.

                                      Respectfully submitted,

                                      ROBERT S. MUELLER, III
                                      Special Counsel

Dated: October 17, 2018        By:   /s/ Kyle R. Freeny
                                      U.S. Department of Justice
                                      Special Counsel's Office
                                      950 Pennsylvania Avenue N.W.
                                      Washington, D.C. 20530
                                      Telephone: (202) 616-0800

                                      *Attorney for the United States of America*