AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cr-201-1 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UBS Bank USA.

Date: 11/02/2018

/s/ Stephanie L. Brooker
*Attorney's signature*

Stephanie L. Brooker (#475321)
*Printed name and bar number*

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Address*

sbrooker@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 530-4216
*FAX number*