## <u>LOCAL CRIMINAL RULE 44.6 CERTIFICATION</u>

I, the undersigned, counsel of record for UBS Bank USA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of UBS Bank USA, which have any outstanding securities in the hands of the public:

UBS Bank USA is a federally regulated, Utah industrial bank.  It is a 100% owned subsidiary of UBS Americas Inc.  UBS Americas Inc. is a 100% owned subsidiary of UBS Americas Holding LLC.  UBS Americas Holding LLC is a 100% owned subsidiary of UBS AG.  UBS AG is a 100% owned subsidiary of UBS Group AG, which is a publicly-traded company formed under the laws of Switzerland.

These representations are made in order that judges of this Court may determine the need for recusal.

<u>/s/ Stephanie L. Brooker</u>
Stephanie L. Brooker
(D.C. Bar No. 475321)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

*Attorney of Record for UBS Bank USA*