# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>PAUL J. MANAFORT, JR.,   )<br>)<br>*Defendant.*   )<br>) | Criminal No. 17-201 (ABJ) |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Defendant Paul J. Manafort, Jr. and the United States of America, by and through counsel, jointly move this Court for an extension of the time to file a joint status report. At the hearing on September 14, 2018, the Court ordered the parties to submit a joint status report on November 16, 2018. The parties have been meeting since the hearing date. The parties believe a brief extension of the status report date, until November 26, 2018, will allow them to provide the Court with a report that will be of greater assistance in the Court's management of this matter.

WHEREFORE, the parties request that the Court extend the time for filing the joint status report to November 26, 2018.

Dated: November 15, 2018                    Respectfully submitted,

                                                       /s/
                                          Kevin M. Downing
                                          (D.C. Bar No. 1013984)
                                          Law Office of Kevin M. Downing
                                          601 New Jersey Avenue NW, Suite 620
                                          Washington, DC 20001
                                          (202) 754-1992
                                          kevindowning@kdowninglaw.com

/s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

/s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*


ROBERT S. MUELLER, III
Special Counsel

*/s/ Andrew Weissmann*
Andrew Weissmann
Greg D. Andres
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for United States of America*