## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT PAUL J. MANAFORT, JR.'S WAIVER OF HIS APPEARANCE AT THE NOVEMBER 30, 2018 SCHEDULING CONFERENCE

In response to the Court's November 28, 2018 minute order setting a scheduling conference in the captioned matter, I, Paul J. Manafort, Jr., submit this written waiver of my right to appear at the scheduling conference on November 30, 2018.

I have been advised by my counsel of my right to be present at all stages of these proceedings and, with a full and complete understanding of my rights, have agreed that my interests will be represented at the proceeding described by the presence of my attorneys. I waive my right to appear because of the time involved in having the U.S. Marshal Service transport me to and from the courthouse.

Dated: November 28, 2018                Respectfully submitted,

                                        /s/ Paul J. Manafort, Jr.
                                        Paul J. Manafort, Jr.

1