**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**<br><br>**Defendant.** | **Crim. No. 17-201 (ABJ)** |

**GOVERNMENT'S MOTION FOR PERMISSION TO OBTAIN**
**SEALED PORTIONS OF NOVEMBER 30, 2018, TRANSCRIPT**

The United States of America, by and through Special Counsel Robert S. Mueller III, respectfully moves for permission to obtain a copy of the November 30, 2018 scheduling conference transcript, including all sealed portions. The United States does not seek to unseal the transcript to the public.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: December 4, 2018          By:     \_\_/s/\_\_ *Andrew Weissmann*\_\_\_
Andrew Weissmann
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**<br><br>Defendant. | **Crim. No. 17-201 (ABJ)** |

## ORDER

Upon consideration of the government's motion for permission to obtain sealed portions of the November 30, 2018 transcript, it is hereby

ORDERED that the government's motion is GRANTED; and

IT IS FURTHER ORDERED that the court reporter may provide the government with a copy of the November 30, 2018 transcript.

Date: December ____, 2018            _____
                                     Hon. Amy Berman Jackson
                                     United States District Judge