# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.**<br><br>**Defendant.** | **Crim. No. 17-201 (ABJ)** |

## **ORDER**

Upon consideration of the government's motion for permission to obtain sealed portions of the November 30, 2018 transcript, it is hereby

ORDERED that the government's motion is GRANTED; and

IT IS FURTHER ORDERED that the court reporter may provide the government with a copy of the November 30, 2018 transcript.

Date: December \_\_\_\_, 2018         _____
                                    Hon. Amy Berman Jackson
                                    United States District Judge