UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 17-201-01 (ABJ) |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAUL J. MANAFORT, JR.'S WAIVER OF HIS
APPEARANCE AT THE DECEMBER 11, 2018 SCHEDULING CONFERENCE**

In response to the Court's December 10, 2018 minute order setting a scheduling conference in the captioned matter, I, Paul J. Manafort, Jr., submit this written waiver of my right to appear at the scheduling conference on December 11, 2018.

I have been advised by my counsel of my right to be present at all stages of these proceedings and, with a full and complete understanding of my rights, have agreed that my interests will be represented at the proceeding described by the presence of my attorneys. I waive my right to appear because of the time involved in having the U.S. Marshal Service transport me to and from the courthouse.

Dated: December 10, 2018                     Respectfully submitted,

                                             _____
                                             Paul J. Manafort, Jr.

1