# Exhibit 1

**Beneficiary Information**

| | Amount | Date / Time | Originating Information | Reference Numbers |
|---|---|---|---|---|
| Account:****0789 | 125,000.00 | Date Posted: | | Fed Ref#: 334 |
| | | 06/26/17 | Bank: | |
| | | Received: | EAGLEBANK | Global Ref#: |
| ORIGINATOR INFORMATION | | 06/26/17 | | 2601 |
| | | 15:58:55 | | |

**Beneficiary Information**

| | Amount | Date / Time | Originating Information | Reference Numbers |
|---|---|---|---|---|
| Account:****0789 | 500,000.00 | Date Posted: | PAUL MANAFORT | Fed Ref#: 2171 |
| | | 08/2/17 | Bank: | |
| RE: PAUL MANAFORT – ORIGINATOR INFORMATION: 8952 | | Received: | THE FEDERAL SAVINGS BANK | Global Ref#: |
| | | 08/2/17 | | 3901 |
| | | 14:03:25 | | |

Grand Jury Material Subject to Fed. R. Crim. P. 6(e)

Confidential Treatment Requested

# Exhibit 2

# EAGLEBANK

# Wire Confirmation

The wire transfer request below has been submitted.The template created with the transfer request has been created successfully.
The balances shown below are recorded at the time of the request.

## Schedule Information

| | |
|---|---|
| Confirmation: | 9965 |
| Approval status: | 1 of 1 received |
| Transmitted: | 06/26/2017 03:24:23 PM (ET) |
| Transmitted by: | MA11 |

## Debit Information

| | |
|---|---|
| Template name: | |
| | MMSC SECONDARY - *7107 - Checking - $132,087.56 |
| Account: | (Balance as of: 06/26/2017 03:14:59 PM (ET) Not a guarantee of available funds.) |
| Wire type: | Domestic wire |
| Security code: | |
| Send on date: | 06/26/2017 |
| Amount: | $125,000.00 |
| Currency: | USD |

## Recipient Information

| | |
|---|---|
| Bank ID type: | ABA |
| Bank ID: | 0116 |
| Recipient account: (If appropriate enter the IBAN) | 0789 |
| Bank name: | CITIBANK NA |
| Bank address 1: | |
| Bank address 2: | WASHINGTON, DC 20004 |
| Bank address 3: | |
| Recipient name: | |
| Recipient address 1: | |
| Recipient address 2: | |
| Recipient address 3: | |
| Additional information for recipient: | |

## First Intermediary Information

Bank ID type:
Bank ID:
Intermediary account: (If appropriate enter the IBAN)

Bank name:
Bank address 1:
Bank address 2:
Bank address 3:

## Second Intermediary Information

Bank ID type:
Bank ID:
Intermediary account: (If appropriate
enter the IBAN)
Bank name:
Bank address 1:
Bank address 2:
Bank address 3:

## Wire Initiator Information

Wire Initiator name:
Wire Initiator address 1:
Wire Initiator address 2:
Wire Initiator address 3:



advice.txt

EagleBank

Outgoing Wire - Advice of Debit

Date   06/26/2017                    Wire Create Time (PST): 1258
_____

Account #        : ****17107
Name             : ███████████████
Amount           : $125,000.00
GFX Reference    : ███████████b700
Beneficiary Bank: CITIBANK FSB WASH
███████9116
Beneficiary:
███████████████████████████████

████████████████████

Beneficiary Info (OBI):
████████████████████████████████████

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Other Info:

Fed Reference Number
IMAD: ████████████9221
OMAD: ██████████████████FT01

Fees will be charged as per respective fee schedules.

This message is for the sole use of the intended recipient, and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact
the sender by phone or fax and destroy all copies of the original message.

Page 1

advice.txt
Please do not respond to this email address as it is an unmonitored mailbox.

Questions related to this email should be directed to your local EagleBank wire department at ███████████

# Exhibit 3

Redacted

# Exhibit 4

Redacted

# Exhibit 5

**Redacted**

# Exhibit 6

**EAGLEBANK**

June 30, 2016

Page 2
7107



EAGLEBANK

July 31, 2016

Page 2
7107





August 31, 2016

Page 5
7107



**ƎAGLEBANK**



September 30, 2016

Page 2
7107

**EAGLEBANK**



October 31, 2016

Page 2
7107

**EAGLEBANK**

November 30, 2016

Page 2
7107



# Exhibit 7

**Redacted**

# Exhibit 8

**Redacted**

# Exhibit 9

**Redacted**

# Exhibit 10

**Redacted**

# Exhibit 11

# DMP INTERNATIONAL, LLC
## SCHEDULE OF ASSETS AND LIABILITIES
### (INCOME TAX BASIS)
DECEMBER 31, 2016

## NOTES AND LOANS RECEIVABLE

**NOTES AND LOANS RECEIVABLE**
  **OTHER LOANS**

| | | | |
|---|---|---|---|
| | $ | 20,000 | |
| | | 29,200 | |
| **TOTAL OTHER LOANS** | | | $ 49,200 |
| | | | |
| **DUE FROM AFFILIATES** | | | |
| PAUL AND KATHLEEN MANAFORT | $ | 1,821,356 | |
| **TOTAL DUE FROM AFFILIATES** | | | $ 1,821,356 |
| **TOTAL NOTES AND LOANS RECEIVABLE** | | | $ 1,870,556 |
| **TOTAL NOTES AND LOANS RECEIVABLE** | | | $ 1,870,556 |

FOR DISCUSSION PURPOSES ONLY, SUBJECT TO FINAL REVIEW
D R A F T

# Exhibit 12



☆ Paul Manafort · 6/26/2017 5:46:17 PM(UTC+0)
What do you need on
Source Extraction: File System

☆ 6/26/2017 5:46:24 PM(UTC+0)
will do. just need citibank, na address
Source Extraction: File System

☆ 6/26/2017 11:16:48 PM(UTC+0)
its high, its long and its gone!
Source Extraction: File System

☆ Paul Manafort · 6/27/2017 12:20:22 PM(UTC+0)
TY
Source Extraction: File System

☆ Paul Manafort · 6/27/2017 3:06:53 PM(UTC+0)
I need track #
Source Extraction: File System

☆ 6/27/2017 3:15:56 PM(UTC+0)
driving. give me 30
Source Extraction: File System

☆ Paul Manafort · 6/27/2017 4:32:48 PM(UTC+0)
Ty
Source Extraction: File System

☆ 6/27/2017 5:54:59 PM(UTC+0)
GFX# 0700
Source Extraction: File System

☆ 6/27/2017 6:41:21 PM(UTC+0)
Citi Bank Internal #
# 0221
Source Extraction: File System



☆ 　Paul Manafort　　　　　　　　　　　　　　　6/27/2017 6:58:21 PM(UTC+0)

Which is the tracking number?
Whois the sending party?
Source Extraction: File System

☆ 　　　　　　　　　　　　　　　　　　　　　　6/27/2017 7:55:49 PM(UTC+0)

the second #. confirmed it left bank
Source Extraction: File System

☆ 　Paul Manafort　　　　　　　　　　　　　　　6/27/2017 8:25:21 PM(UTC+0)

So I give the recipient the second number?
Who is the sending party
Source Extraction: File System

☆ 　　　　　　　　　　　　　　　　　　　　　　6/27/2017 8:26:23 PM(UTC+0)

yes thats correct. the first number was internal reference from sending bank. Should be there by now?
Source Extraction: File System

☆ 　　　　　　　　　　　　　　　　　　　　　　6/27/2017 9:36:54 PM(UTC+0)

Eagle Bank. headquartered in Maryland but they use VA branch
Source Extraction: File System

# Exhibit 13

## PROMISSORY NOTE SECURED

$125,000.00                                                                    Palm Beach Gardens, Florida
                                                                               Date: September 14, 2017

FOR VALUE RECEIVED, the undersigned promises to pay to the order of ▉▉▉▉
▉▉▉▉▉▉ "**Payee**") in Fort Lauderdale, Florida, or at such other place as the holder of this Note shall designate by written notice to the undersigned, the sum of ONE HUNDRED AND TWENTY FIVE THOUSAND DOLLARS ($125,000.00), in lawful money of the United States, with interest thereon from and including the date of this Note, but not including the date this Note is paid. Simple interest shall accrue at the rate of 5% per annum. Payments shall be made pursuant to the following schedule:

March 15, 2018 -        $65,624.98;

June 15, 2018 -         $32,812.49;

September 15, 2018 - $32,812.49.

Principal and interest shall be payable to the Payee in lawful money of the United States.

In the event this Note is not paid when due, the undersigned promises to pay, in addition to the unpaid principal sum, together with all accrued interest, all costs of collection including reasonable attorney's fees.

The undersigned hereby waives presentment and demand for payment, notice of dishonor, protest and notice of protest of this Note.

This Note shall be deemed to have been entered in the State of Florida and any dispute arising hereunder shall be commenced in a court having appropriate jurisdiction within the State of Florida.

By: _____

Paul Manafort
Dated:

# Exhibit 14

**From:** Paul Manafort
**Sent:** Sunday, September 24, 2017 10:55 AM
**To:**
**Subject:** 2017 Income

This is income for 2017.
I had the vendor pay directly to
I made the payment this way because of complications in my banking. I will explain to you when I meet.
will be sending me the 1099s at the appropriate time.
Pls enter as income for me for 2017 in your ledger.
Thank you
Paul

**From:**
**Date:** Thursday, September 21, 2017 at 2:40 PM
**To:** Paul Manafort
**Subject:** Was Good Talking Yesterday

As you are aware, on June 26, 2017,                                          paid $125,000.00 to
                                        on your behalf.

We will get you the tax documents you need as required.

Let me know if you have any questions.

Look forward to seeing you again sometime in the next few weeks.

1

# Exhibit 15

Redacted

# Exhibit 16

Redacted

# Exhibit 17

From:
Sent:              Tuesday, October 30, 2018 4:21 PM
To:
Subject:           Re: Spoke with PM
Attachments:       Note.pdf

Paul borrowed $125k from him last year.  I dont have the signed version, but attached is the draft which I think was signed without change.

████████made the interest payments this year (I think current).

Is there even anything that you need to have done with it?


On Tue, Oct 30, 2018 at 4:12 PM ███████████████████████████ wrote:
  I am not aware of any note from that name. What is it?


> On Oct 30, 2018, at 4:10 PM, ████████████████████████ wrote:
>
> He asked how you handled the $125k note from ████████
>
> Also, I am seeing him on Saturday.  Do you need me to take anything to him?
>
████

## PROMISSORY NOTE SECURED

$125,000.00

Palm Beach Gardens, Florida
Date:  September 14, 2017


FOR VALUE RECEIVED, the undersigned promises to pay to the order of ▮▮▮▮▮ ("Payee") in Fort Lauderdale, Florida, or at such other place as the holder of this Note shall designate by written notice to the undersigned, the sum of ONE HUNDRED AND TWENTY FIVE THOUSAND DOLLARS ($125,000.00), in lawful money of the United States, with interest thereon from and including the date of this Note, but not including the date this Note is paid. Simple interest shall accrue at the rate of 5% per annum.  Payments shall be made pursuant to the following schedule:

March 15, 2018 -     $65,624.98;

June 15, 2018 -      $32,812.49;

September 15, 2018 - $32,812.49.

Principal and interest shall be payable to the Payee in lawful money of the United States.

In the event this Note is not paid when due, the undersigned promises to pay, in addition to the unpaid principal sum, together with all accrued interest, all costs of collection including reasonable attorney's fees.

The undersigned hereby waives presentment and demand for payment, notice of dishonor, protest and notice of protest of this Note.

This Note shall be deemed to have been entered in the State of Florida and any dispute arising hereunder shall be commenced in a court having appropriate jurisdiction within the State of Florida.


By: _____

Paul Manafort
Dated:

# Exhibit 18

**Redacted**

# Exhibit 19

**Redacted**

# Exhibit 100

**Manafort Proffer**

**EDVA (Guilty Verdicts on Counts 1-5, 12, 25, 27)**

Counts 1-5 (7206(1))

-I told my bookkeeper and accountants about income that passed into my U.S. bank accounts

- I did not reveal to them the income that went from my Cypriot bank accounts to vendors in the U.S. for my personal benefit.

-My individual income tax returns thereby underreported my income, and I knew that they were false when I filed them.

-I removed my signature authority over the various Cypriot bank accounts but I continued to exercise control over the accounts by instructing Rick Gates how to transfer the monies in those accounts.

-When my accountants asked me if I had any foreign bank accounts, I answered "no." As a result, Schedule B of my Form 1040 Individual Income Tax Returns was false, and I knew that it was false when I filed it.

Counts 11-14 (FBAR)

-when my accountants asked me if I had any foreign bank accounts, I answered "no." As a result, I caused my accountants to fail to file annual FBAR forms, and I knew that I was required to file them.

Counts 24-25 (Citizens Howard Street)

-I submitted a false 2014 DMI tax return to Citizens in support of my loan application. It was false in that it reported a $1.5 million debt to Peranova. I knew that this was not a bona fide loan and was actually income in a prior year.

-I then caused Rick Gates and others to create and send false documentation to Citizens showing that the Peranova loan had been forgiven in 2015.

-I falsely represented to Citizens that Howard Street was a second home for Jeff Yohai and Jessica and was not a rental property, when I knew that they were renting out the property.

Counts 26-27 (Banc of California)

-I caused to be submitted to the Banc of California a falsified 2015 DMI P&L that overstated income by $4 million.

Count 28 (Citizens Union Street)

-

I caused Jeff Yohai to submit on my behalf a falsified 2016 DMI YTD P&L that overstated income by more than $2 million.

Counts 29-32 (FSB)

-I caused to be submitted to FSB doctored P&Ls for DMI for 2015 and 2016, which overstated income by $4 million and $3.5 million

-I also falsely represented to FSB that a $300,000 delinquency on my DMI AMEX card was not DMI's but rather was Rick Gates's personal expenditure and had Rick Gates submit a false letter in support.

FARA

-I failed to register as an agent of a foreign principal.

-I knew that my representation of the Party of Regions within the United States, including a meeting with a U.S. Congressman, required me to file a FARA statement.

-I also aided and abetted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, in their failure to register as agents of a foreign principal.

-I assisted them in using a nominee client, the ECFMU, to create the appearance that they qualified for the LDA exemption to FARA when we all knew that their true client was the Party of Regions.

-I caused false statements to be made to the DOJ FARA office of the National Security Division of the DOJ.

-I knew that DMI's representation of the Party of Regions included meetings and outreach within the United States. I also knew that Rick Gates and I arranged and facilitated communications with U.S. officials and media outlets.

-I also knew that, although DMI had a written 30-day document retention policy, Rick Gates and I had and could have produced documents that were older than 30 days.

-I together with Rick Gates, failed to file Foreign agent registration forms.

Count 2 (Conspiracy to Launder Money)

-I, together with Rick Gates, conducted financial transactions by sending money from Cyprus to the United States to pay for my personal expenditures and investments, knowing that the money came from my consulting work in Ukraine for which I did not register under FARA.

-The transactions were not reported to the bookkeeper or accountants and were therefore not reported on my federal income tax returns thereby underreporting my taxable income

Count 3 (Failure to Register under FARA)

-I failed to register as an agent of a foreign principal. I knew that my representation of the Party of Regions within the United States, including a meeting with a U.S. Congressman, required me

to file a FARA statement, as did my role in supervising the activity of U.S. consultants who conducted lobbying activity in the U.S. and assisting in those activities.

-I also aided and abetted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, in their failure to register as agents of a foreign principal by representing that the ECFMU was their client when the true client was the Party of Regions.

Count 5 (False Statements (1001))

-I made the false statements described in Count 4 to the FARA office, which is a part of the Executive Branch of the U.S. government.

Witness tampering

-In response to press reports concerning the Superseding Indictment I attempted to contact Mr. ▮▮▮▮▮, a former consultant that I had worked with regarding Ukraine political issues, through a group known as the Hapsburg Group

-I left a message for Mr. ▮▮▮▮▮ emphasizing that his group was working in Europe.

- I contacted KK and requested that he reach out to Mr. ▮▮▮▮▮ and another member of the Hapsburg group to do the same

-knowing that Mr. ▮▮▮▮▮ and the members of the Hapsburg group also directed their Ukrainian outreach into the United States and previously including meeting with members of the U.S. government.

# Exhibit 101

Redacted

# Exhibit 200

Redacted

# Exhibit 201

Redacted

# Exhibit 202

**Redacted**

# Exhibit 203

Redacted

# Exhibit 204

**Redacted**

# Exhibit 205

**Redacted**

# Exhibit 206

**Redacted**

# Exhibit 207

**Redacted**

# Exhibit 208

Redacted

# Exhibit 209

**Redacted**

# Exhibit 210

**Redacted**

# Exhibit 211

**Redacted**

# Exhibit 212

**Redacted**

# Exhibit 213



# Exhibit 214

Redacted

# Exhibit 215

**Redacted**

# Exhibit 216

Redacted

# Exhibit 217

Redacted

# Exhibit 218



**From:** Paul Manafort
**To:**
**Subject:**
**Date:** Friday, March 9, 2018 3:02:44 PM
**Attachments:** Dr 4 KK.docx
KK Note on Dr 4.docx

I am attaching several documents:



1. Draft 4 of _____ that you created. This includes edits from KK

Thank you
Paul

KK Note on Dr 4



# Exhibit 219

**From:** Paul Manafort
**Sent:** Friday, May 4, 2018 3:49 PM
**To:**
**Subject:** Maybe this will help

Maybe ▮ will see some value in this.
P

# Exhibit 220



On Mar 26, 2018, at 5:03 PM, Paul Manafort ███████████ wrote:

Did you send this to ██ or should I do so?















# Exhibit 221

**Redacted**

# Exhibit 222

Redacted

# Exhibit 223

Redacted

# Exhibit 224

Redacted

# Exhibit 225

Redacted

# Exhibit 226

**Redacted**

# Exhibit 227

Redacted

# Exhibit 228

**Redacted**

# Exhibit 229

**Redacted**

# Exhibit 230

Redacted

# Exhibit 231

**Redacted**

# Exhibit 232

**Redacted**

# Exhibit 233

**Redacted**

# Exhibit 234

**Redacted**

# Exhibit 235

**Redacted**

# Exhibit 236

Redacted

# Exhibit 238

**Redacted**

# Exhibit 300

Redacted

# Exhibit 301

**Redacted**

# Exhibit 400

**Redacted**

# Exhibit 401

**Redacted**

# Exhibit 402

**Redacted**

# Exhibit 403

Redacted

# Exhibit 404





182708 - Word

Info

## Info

182708

**Protect Document**
Control what types of changes people can make to this document.

Protect Document ▾

**Inspect Document**
Before publishing this file, be aware that it contains:
▪ Document properties and author's name

Check for Issues ▾

**Manage Document**
Check in, check out, and recover unsaved changes.
There are no unsaved changes.

Manage Document ▾

| Properties ▾ | |
|---|---|
| Size | 13.7KB |
| Pages | 1 |
| Words | 180 |
| Total Editing Time | 27 Minutes |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |

**Related Dates**
| Last Modified | 5/15/2018 12:23 PM |
| Created | 5/15/2018 11:49 AM |
| Last Printed | |

**Related People**
Author
paul manafort
Add an author

Last Modified By
paul manafort

**Related Documents**
Open File Location

**Show All Properties**

Info
New
Open
Save
Save As
Print
Share
Export
Close

Account
Options

# Exhibit 405





| | | If I see POTUS one on one next week am I ok to remind him of our relationship? | 5/26/2018 3:20:24 AM(UTC+0) |

Paul Manafort
Yes
5/26/2018 3:29:59 AM(UTC+0)

Paul Manafort
Even if not one on one
5/26/2018 3:30:20 AM(UTC+0)

# Exhibit 406

Redacted