# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>PAUL J. MANAFORT, JR.,  )<br>)<br>  *Defendant.*    )<br>) | Criminal No. 17-201 (ABJ) |

## PAUL J. MANAFORT, JR.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS REPLY TO THE SPECIAL COUNSEL'S DECLARATION IN SUPPORT OF ITS BREACH DETERMINATION

Defendant Paul J. Manafort, Jr., by and through counsel, moves this Court for an extension of time to file a reply to the Special Counsel's Declaration in Support of Its Breach Determination. The Court previously set a briefing schedule and defendant's reply is currently due on January 18, 2019. For the reasons stated below, defendant asks the Court for an extension to January 23, 2019.

On January 14, 2019, the Office of Special Counsel ("OSC") filed a declaration in support of its breach determination. The declaration is 31-pages long and has more than 800 pages of exhibits. Defense counsel are seeking an extension in order to have sufficient time to review the lengthy filing and to confer about it and any proposed reply with Mr. Manafort prior to filing. The Court has set a hearing, should it be necessary, for January 25, 2019. Defendant recognizes that the requested extension leaves a very short time between the filing date and the planned hearing date. While defendant continues to believe the Court can resolve the issues presented without a hearing, defendant also understands the requested extension may necessitate a delay in the hearing if the Court determines a hearing is necessary.

Defense counsel has conferred with the OSC about the requested extension. The OSC has stated it consents to defendant's request and does not oppose this motion.

**WHEREFORE**, Mr. Manafort requests that the Court extend the time for filing his reply to the OSC's Declaration in Support of its Breach Determination to January 23, 2019.

Dated: January 16, 2018                                  Respectfully submitted,

/s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

/s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

/s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*