# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>PAUL J. MANAFORT, JR.,     )<br>)<br>*Defendant.*    )<br>) | Criminal No. 17-201 (ABJ) |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s Unopposed Motion for an Extension of Time to File his Reply to the Special Counsel's Declaration in Support of Its Breach Determination, it is hereby **ORDERED** that the motion is **GRANTED** and that the defendant's reply is due on January 23, 2019.

**SO ORDERED.**

Dated: _____          _____
                                                                    AMY BERMAN JACKSON
                                                                    United States District Judge