**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-201 (ABJ) |
| ) | |
| PAUL J. MANAFORT, JR., ) | **UNDER SEAL** |
| ) | |
| *Defendant.* ) | |

**DEFENDANT PAUL J. MANAFORT JR.'S**
**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to LCrR 49(f)(6), Defendant Paul J. Manafort, Jr., by and through counsel, hereby requests leave of the Court to file Mr. Manafort's Reply to the Office of Special Counsel's Declaration in Support of its Breach Determination under seal. Mr. Manafort further seeks permission to file a redacted version of the response into the public docket with the Court's approval.

The Office of Special Counsel filed its Declaration in Support of its Breach Determination under seal along with numerous exhibits. Because Mr. Manafort's reply refers to the Special Counsel's sealed filing and the sealed exhibits, Mr. Manafort seeks leave to file his reply under seal. Mr. Manafort is consulting with the government on proposed redactions to his reply and, once redaction process is complete, is prepared to file a redacted copy into the public record with the Court's permission.

WHEREFORE, Mr. Manafort requests that his reply be filed under seal and that the Court allow him to file a redacted version on the public docket after the Court rules on this motion. A proposed order accompanies this motion.

Dated: January 23, 2019                                  Respectfully submitted,

 /s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

 /s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

 /s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*