**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-201 (ABJ) |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| *Defendant.* ) | |

### DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE OF WAIVER OF APPEARANCE AND MOTION FOR ORDER THAT HE NOT BE TRANSPORTED

Pursuant to Fed. R. Crim. P. 43(a), Paul J. Manafort, Jr., by and through counsel, hereby waives his right to appear at the hearing set for January 25, 2019, at 9:30 a.m., and moves the Court for an order that he not be transported to court.

Mr. Manafort, having been advised of his right to be present at all stages of the proceedings, agrees that his interests shall be represented at the hearing by the presence of his attorneys. Mr. Manafort waives his right to appear because of the time involved in having the U.S. Marshals Service transport him to court. Counsel will file a waiver signed by Mr. Manafort as soon as possible and not later than January 24, 2019.

WHEREFORE, Mr. Manafort waives his right to appear at the hearing set for January 25, 2019, at 9:30 a.m., and moves the Court for an order that he not be transported to court.

Dated: January 23, 2019                    Respectfully submitted,

    /s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

    /s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

    /s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 17-201 (ABJ) |
| PAUL J. MANAFORT, JR., | ) ) ) | |
| *Defendant.* | ) ) | |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s notice of waiver of appearance at the hearing set for January 25, 2019, at 9:30 a.m., and his motion for an order that he not be transported to court, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____

_____
AMY BERMAN JACKSON
United States District Judge