# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 17-201 (ABJ) |
| PAUL J. MANAFORT, JR., | ) ) ) | |
| *Defendant.* | ) ) | |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s notice of waiver of appearance at the hearing set for January 25, 2019, at 9:30 a.m., and his motion for an order that he not be transported to court, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____          _____
                                     AMY BERMAN JACKSON
                                     United States District Judge