**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 17-201 (ABJ) |
| PAUL J. MANAFORT, JR., | ) ) ) | |
| *Defendant.* | ) ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S MOTION FOR AN ORDER PERMITTING HIM TO WEAR A SUIT AT COURT APPEARANCES

Paul J. Manafort, Jr., through counsel, hereby moves the Court for an order permitting him to wear a suit for the hearing on January 25, 2019, and at all subsequent court appearances.

WHEREFORE, Mr. Manafort asks the Court to grant his motion and to enter an appropriate order.

Dated: January 23, 2019                    Respectfully submitted,

                                           /s/
                                           Kevin M. Downing
                                           (D.C. Bar No. 1013984)
                                           Law Office of Kevin M. Downing
                                           601 New Jersey Avenue NW
                                           Suite 620
                                           Washington, DC 20001
                                           (202) 754-1992
                                           kevindowning@kdowninglaw.com

    /s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

    /s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com