UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>PAUL J. MANAFORT, JR.,  )<br>)<br>*Defendant.*  )<br>) | Criminal No. 17-201 (ABJ) |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion for an Order Permitting Him to Wear a Suit at Court Appearances, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____                              _____
                                                            AMY BERMAN JACKSON
                                                            United States District Judge