UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 17-0201-01 (ABJ) |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Motion for Order [Dkt. # 484], the motion is GRANTED. It is ORDERED that defendant is permitted to wear a suit at the January 25, 2019 hearing and any future court appearances in this matter.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: January 24, 2019