# Exhibit A



1 message

Thu, Sep 14, 2017 at 6:15 PM

To: Paul Manafort

Paul:

This is about as barebones as I can make it.

Let me know.

📄 **Note.pdf**
189K

**PROMISSORY NOTE SECURED**

$125,000.00                                                                 Palm Beach Gardens, Florida
                                                                            Date:  September 14, 2017

FOR VALUE RECEIVED, the undersigned promises to pay to the order of ▇▇▇▇ ▇▇▇▇▇▇ ("**Payee**") in Fort Lauderdale, Florida, or at such other place as the holder of this Note shall designate by written notice to the undersigned, the sum of ONE HUNDRED AND TWENTY FIVE THOUSAND DOLLARS  ($125,000.00), in lawful money of the United States, with interest thereon from and including the date of this Note, but not including the date this Note is paid.  Simple interest shall accrue at the rate of 5% per annum.  Payments shall be made pursuant to the following schedule:

March 15, 2018 -        $65,624.98;

June 15, 2018 -         $32,812.49;

September 15, 2018 -    $32,812.49.

 Principal and interest shall be payable to the Payee in lawful money of the United States.

In the event this Note is not paid when due, the undersigned promises to pay, in addition to the unpaid principal sum, together with all accrued interest, all costs of collection including reasonable attorney's fees.

The undersigned hereby waives presentment and demand for payment, notice of dishonor, protest and notice of protest of this Note.

This Note shall be deemed to have been entered in the State of Florida and any dispute arising hereunder shall be commenced in a court having appropriate jurisdiction within the State of Florida.

                                            By:  _____
                                                 Paul Manafort
                                                 Dated:

