**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>**Defendant.** | Crim. No. 17-201-1 (ABJ) |

## JOINT RESPONSE TO COURT'S FEBRUARY 14, 2019 ORDER

The United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, file this submission pursuant to the Court's Minute Order dated February 14, 2019, directing the parties to file their proposed redactions to the transcript from the February 13, 2019 sealed hearing. Pursuant to the Court's direction, the parties have come to agreement on proposed redactions, filed under seal as Attachment A; the defense expects to file a motion with respect to additional material that can be unredacted. Additionally, the government includes a version with the proposed redactions applied, filed under seal as Attachment B.

Dated: February 15, 2019

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

/s/
Kevin M. Downing (D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

/s/ Andrew Weissmann
Andrew Weissmann
Jeannie S. Rhee (D.D.C. Bar No. 464127)
Greg D. Andres (D.D.C. Bar No. 459221)
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*

/s/
Thomas E. Zehnle (D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

/s/
Richard W. Westling (D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

*Attorneys for defendant, Paul J. Manafort, Jr.*