## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>   *Defendant.* )<br>) | Criminal No. 17-201 (ABJ) |

### PAUL J. MANAFORT, JR.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS SENTENCING MEMORANDUM

Defendant Paul J. Manafort, Jr., by and through counsel, moves this Court for an extension of the time to file his Sentencing Memorandum from February 22, 2019 until February 25, 2019. In support of his motion, defendant states as follows:

The Court previously established a February 22, 2019 deadline for the submission of sentencing memoranda. With that date in mind, defense counsel have been diligently preparing the pleading and reviewing drafts with Mr. Manafort. However, due to the current weather in the Washington, D.C. area, it will be difficult to get a final draft to Mr. Manafort and to ensure sufficient time to get his input, incorporate it, and to have him review the final product prior to the filing deadline. As a result, Mr. Manafort asks for an extension of the time to file his Sentencing Memorandum until February 25, 2019.

Defense counsel has conferred with the OSC about the requested extension. The OSC has stated it does object to this request.

**WHEREFORE**, Mr. Manafort requests that the Court extend the time for filing his Sentencing Memorandum to February 25, 2019.

Dated: February 20, 2018

Respectfully submitted,

/s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

/s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

/s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*