## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) PAUL J. MANAFORT, JR., ) ) *Defendant.* ) ) | Criminal No. 17-201 (ABJ) |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Unopposed Motion for an Extension of Time to File his Sentencing Memorandum, it is hereby **ORDERED** that the motion is **GRANTED** and that the defendant's Sentencing Memorandum is due on February 25, 2019.

**SO ORDERED.**

Dated: _____          _____
                                                                                 AMY BERMAN JACKSON
                                                                                 United States District Judge