**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PAUL J. MANAFORT, JR.,**<br><br><br>**Defendant.** | **Crim. No. 17-201-1 (ABJ)**<br><br>**Filed Under Seal** |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to LCrR 49(f)(6), the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby requests leave of the Court to file under seal its Supplemental Memorandum with respect to the Court's February 13, 2019 ruling.  The government seeks to seal its Supplemental Memorandum because the content relates to ongoing law enforcement investigations, and public disclosure of certain information in the submission could unduly risk harming those efforts.  *See, e.g.*, *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 579 (4th Cir. 2004) ("[A] compelling governmental interest exists in protecting the integrity of an ongoing law enforcement investigation."); *Washington Post v. Robinson*, 935 F.2d 282, 291 (D.C. Cir. 1991) (recognizing that situations where "the release of a plea agreement may threaten an ongoing criminal investigation" can justify sealing, but finding no risk of harm on the facts of that case).

A proposed order accompanies this motion.

Respectfully submitted,


ROBERT S. MUELLER III
Special Counsel

Dated: February 26, 2019                 By:     */s/ Andrew Weissmann*

Andrew Weissmann
Jeannie S. Rhee (D.D.C. Bar No. 464127)
Greg D. Andres (D.D.C. Bar No. 459221)
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*