# Exhibit A

# REDACTED

# Exhibit B

# REDACTED

# Exhibit C

**REDACTED**

# Exhibit D

# REDACTED