**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　) | Criminal No. 17-201 (ABJ) |
| ) | |
| PAUL J. MANAFORT, JR.,　) | **UNDER SEAL** |
| ) | |
| *Defendant.*　) | |
| ) | |

**DEFENDANT PAUL J. MANAFORT JR.'S**
**MOTION  FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to LCrR 49(f)(6), Defendant Paul J. Manafort, Jr., by and through counsel, hereby requests leave of the Court to file his Reply and Motion to Reconsider Based on the Special Counsel's Supplemental Memorandum with Respect to the Court's February 13, 2019 Ruling under seal.  Mr. Manafort further seeks permission to file a redacted version of the response into the public docket with the Court's approval.

The Office of Special Counsel filed its Supplemental Memorandum under seal along with several exhibits.  Because Mr. Manafort's reply refers to material previously sealed by the Court, Mr. Manafort seeks leave to file his reply under seal.  Mr. Manafort will consult with the government on proposed redactions to his reply and, once redaction process is complete, is prepared to file a redacted copy into the public record with the Court's permission.

**WHEREFORE**, Mr. Manafort requests that his reply and motion to reconsider be filed under seal and that the Court allow him to file a redacted version on the public docket after the Court rules on this motion.  A proposed order accompanies this motion.

Dated: March 1, 2019                                        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　  /s/
　　　　　　　　　　　　　　　　　　　　　Kevin M. Downing
　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 1013984)
　　　　　　　　　　　　　　　　　　　　　Law Office of Kevin M. Downing
　　　　　　　　　　　　　　　　　　　　　601 New Jersey Avenue NW, Suite 620
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 754-1992
　　　　　　　　　　　　　　　　　　　　　kevindowning@kdowninglaw.com

　　　　　　　　　　　　　　　　　　　　　  /s/
　　　　　　　　　　　　　　　　　　　　　Thomas E. Zehnle
　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 415556)
　　　　　　　　　　　　　　　　　　　　　Law Office of Thomas E. Zehnle
　　　　　　　　　　　　　　　　　　　　　601 New Jersey Avenue NW, Suite 620
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　(202) 368-4668
　　　　　　　　　　　　　　　　　　　　　tezehnle@gmail.com

　　　　　　　　　　　　　　　　　　　　　  /s/
　　　　　　　　　　　　　　　　　　　　　Richard W. Westling
　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 990496)
　　　　　　　　　　　　　　　　　　　　　Epstein Becker & Green, P.C.
　　　　　　　　　　　　　　　　　　　　　1227 25th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　　Tel: 202-861-1868
　　　　　　　　　　　　　　　　　　　　　Fax: 202-296-2882
　　　　　　　　　　　　　　　　　　　　　Email: rwestling@ebglaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Paul J. Manafort, Jr.*