UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) | |
| PAUL J. MANAFORT, JR., | ) ) ) | Case No. 1:17-cr-00201-1-ABJ |
| Defendant. | ) ) ) | |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | ) ) ) ) ) | Case No. 1:18-mc-00167-ABJ |

**UNITED STATES' DECLARATION OF NOTICE AND PUBLICATION**

The United States of America, by and through its undersigned attorneys, respectfully files this Declaration of Notice and Publication[1] to inform the Court of notice provided to persons who may have an interest in this criminal forfeiture action and of notice made by publication. In accordance with the October 10, 2018, Consent Order of Forfeiture, 21 U.S.C. § 853(n)(1), and Federal Rule of Criminal Procedure 32.2(b)(6), the United States published notice of the October 10, 2018 Consent Order of Forfeiture, and, to the extent practicable, provided direct written notice to any persons known to have an alleged interest in the Forfeited Assets enumerated therein. As set forth in the Affidavit of Elvira Amantaeva and its attachments (Exhibit A), the United States published notice on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on October 13, 2018 and ending on November 11, 2018. The Amantaeva Affidavit also identifies the persons and entities

---

[1] This Declaration is being filed in both the main action, *United States v. Paul J. Manafort, Jr.,* Case No. 1:17-cr-00201-1-ABJ, and under the miscellaneous case number opened by the court for ancillary proceedings, *In Re: Petitions for Relief Concerning Consent Order of Forfeiture*, Case No. 1:18-mc-00167-ABJ.

to which the United States provided direct written notice and explains that the notice included a complete list of all the properties being forfeited, provided detailed instructions advising potential claimants of the procedures required under 21 U.S.C. § 853(n) to file petitions, and advised that petitions must be filed within thirty (30) days of the receipt of the notice or thirty (30) days of the last publication of the notice, whichever is earlier.  A copy of the October 10, 2018 Consent Order of Forfeiture was also provided along with the direct notice.  *Id.*

        Respectfully Submitted,

        ROBERT S. MUELLER, III
        Special Counsel

        By: */s/ Andrew Weissmann*
        Andrew Weissmann
        Jeannie S. Rhee (D.D.C. Bar No. 464127)
        Greg D. Andres (D.D.C. Bar No. 459221)
        U.S. Department of Justice
        Special Counsel's Office
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530
        Telephone: (202) 616-0800

        By: */s/ Daniel H. Claman*
        Daniel H. Claman
        Money Laundering and
        Asset Recovery Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, N.W., Suite 10100
        Washington, D.C. 20530
        Telephone: (202) 514-1263
        Counsel for the United States of America