**EXHIBIT A**

**Affidavit of Elvira Amantaeva**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:17-cr-00201-1-ABJ |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | Case No. 1:18-mc-00167-ABJ |

**AFFIDAVIT OF ELVIRA AMANTAEVA IN SUPPORT OF THE UNITED STATES'
DECLARATION OF NOTICE AND PUBLICATION**

I, Elvira Amantaeva, declare as follows:

1. I am employed by Forfeiture Support Associates (FSA), as a paralegal. In that capacity, I am assigned to the Money Laundering and Asset Recovery Section (MLARS) of the Criminal Division of the United States Department of Justice.

2. This affidavit is submitted in support of the Declaration of Notice and Publication in *United States v. Paul J. Manafort, Jr.,* Case No. 1:17-cr-00201-1-ABJ, and the related ancillary proceedings *In Re: Petitions for Relief Concerning Consent Order of Forfeiture*, Case No. 1:18-mc-00167-ABJ in the United States District Court for the District of Columbia.

3. My work includes assisting MLARS attorneys in their litigation of the matters referred to herein in paragraph 2. The facts contained in this affidavit consist of my knowledge and the results of inquiries I have made of other government and government contract personnel.

1

4. In accordance with the October 10, 2018, Consent Order of Forfeiture, 21 U.S.C. § 853(n)(1), and Federal Rule of Criminal Procedure 32.2(b)(6), notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 13, 2018, and ending on November 11, 2018, as set forth in Attachment 1.

5. In accordance with the October 10, 2018, Consent Order of Forfeiture, 21 U.S.C. § 853(n)(1), and Federal Rule of Criminal Procedure 32.2(b)(6), the United States provided direct written notice of this action (the "Notice") by FedEx delivery to the known addresses of the persons and entities (or their authorized representatives) reasonably appearing to be a potential claimant to contest forfeiture in the ancillary proceedings. The Notice included a complete list of all the properties being forfeited and detailed instructions advising potential claimants of the procedures required under 21 U.S.C. § 853(n) to file petitions. The Notice advised that petitions must be filed within thirty (30) days of the receipt of the notice or thirty (30) days of the last publication of the notice, whichever is earlier. Attachment 2 is a true and correct copy of a representative example of the Notice sent as direct written notice of the order of forfeiture.

6. A copy of the October 10, 2018, Consent Order of Forfeiture in this case was also sent with each Notice.

7. Attachment 3 is a chart compiled by MLARS detailing when the Notice Documents were sent and when they were delivered. A copy of the Notice was also sent to certain individuals and entities (or their authorized representatives) by electronic mail, as also referenced in Attachment 3. Attachment 3 does not list the specific addresses of individuals to

which notices were sent in order to protect the privacy of the listed individuals.[1]  Records of the delivery are kept by the Government and can be provided as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 03/11/2019 in Washington, D.C.

By: _____
Elvira Amantaeva

---

[1] Pursuant to Fed. R. Civ. P. 5.2, individuals believed to be minors are identified by initials only.

3



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 13, 2018 and November 11, 2018. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Paul J. Manafort, Jr.

**Court Case No:** 1:17-CR-201
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/13/2018 | 24.0 | Verified |
| 2 | 10/14/2018 | 24.0 | Verified |
| 3 | 10/15/2018 | 24.0 | Verified |
| 4 | 10/16/2018 | 24.0 | Verified |
| 5 | 10/17/2018 | 24.0 | Verified |
| 6 | 10/18/2018 | 24.0 | Verified |
| 7 | 10/19/2018 | 24.0 | Verified |
| 8 | 10/20/2018 | 24.0 | Verified |
| 9 | 10/21/2018 | 24.0 | Verified |
| 10 | 10/22/2018 | 24.0 | Verified |
| 11 | 10/23/2018 | 24.0 | Verified |
| 12 | 10/24/2018 | 24.0 | Verified |
| 13 | 10/25/2018 | 24.0 | Verified |
| 14 | 10/26/2018 | 24.0 | Verified |
| 15 | 10/27/2018 | 24.0 | Verified |
| 16 | 10/28/2018 | 24.0 | Verified |
| 17 | 10/29/2018 | 24.0 | Verified |
| 18 | 10/30/2018 | 24.0 | Verified |
| 19 | 10/31/2018 | 24.0 | Verified |
| 20 | 11/01/2018 | 24.0 | Verified |
| 21 | 11/02/2018 | 24.0 | Verified |
| 22 | 11/03/2018 | 24.0 | Verified |
| 23 | 11/04/2018 | 24.0 | Verified |
| 24 | 11/05/2018 | 24.0 | Verified |
| 25 | 11/06/2018 | 24.0 | Verified |
| 26 | 11/07/2018 | 24.0 | Verified |
| 27 | 11/08/2018 | 24.0 | Verified |
| 28 | 11/09/2018 | 24.0 | Verified |
| 29 | 11/10/2018 | 24.0 | Verified |
| 30 | 11/11/2018 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# COURT CASE NUMBER: 1:17-CR-201; NOTICE OF FORFEITURE

Notice is hereby given that on October 10, 2018, in the case of <u>U.S. v. Paul J. Manafort, Jr.</u>, Court Case Number 1:17-CR-201, the United States District Court for the District of Columbia entered an Order condemning and forfeiting the following property to the United States of America:

a) The real property and premises commonly known as 377 Union Street, Brooklyn, New York 11231 (Block 429, Lot 65), including all appurtenances, improvements, and attachments thereon, and any property traceable thereto; (19-FBI-000041).

b) The real property and premises commonly known as 29 Howard Street, #4D, New York, New York 10013 (Block 209, Lot 1104), including all appurtenances, improvements, and attachments thereon, and any property traceable thereto; (19-FBI-000042).

c) The real property and premises commonly known as 174 Jobs Lane, Water Mill, New York 11976, including all appurtenances, improvements, and attachments thereon, and any property traceable thereto, (APN: Section 134, Block 1, Lot 48.006); (19-FBI-000043).

d) All funds held in account number XXXXXX0969 at The Federal Savings Bank, and any property traceable thereto; (19-FBI-000046).

e) All funds seized from account number XXXXXXXXXX1388 at Capital One N.A., and any property traceable thereto; (18-FBI-001604).

f) All funds seized from account number XXXXXX9952 at The Federal Savings Bank, and any property traceable thereto; (18-FBI-001606).

g) Northwestern Mutual Universal Life Insurance Policy XXXX8327 and any property traceable thereto; (19-FBI-000048).

h) The real property and premises commonly known as 123 Baxter Street, #5D, New York, New York 10016, (APN: Block 206, Lot 1122; (19-FBI-000044).

i) The real property and premises commonly known as 721 Fifth Avenue, #43G, New York, NY 10022, (APN: Block 1292, Lot 1112); (19-FBI-000045).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 13, 2018) of this

Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 333 Constitution Ave., NW, Washington, DC 20001, and a copy served upon Trial Attorney Daniel Claman and Andrew Weissman, 1400 New York Avenue, NW, Suite 10100, Washington, DC 20530. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Trial Attorney Daniel Claman and Andrew Weissman, 1400 New York Avenue, NW, Suite 10100, Washington, DC 20530. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

Attachment 2 - Amantaeva Affidavit

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17-cr-201-1   (ABJ) |
| v. | : | |
| PAUL J. MANAFORT, JR., | : | |
| Defendant. | : | |

### NOTICE OF FORFEITURE

**TO:**

**DATE:**

Notice is hereby given that on October 10, 2018, in the above-captioned case, the United States District Court for the District of Columbia entered a Preliminary Order of Forfeiture as to Defendant Paul J. Manafort, Jr., forfeiting to the United States of America the following assets:

a) The real property and premises commonly known as 377 Union Street, Brooklyn, New York 11231 (Block 429, Lot 65), including all appurtenances, improvements, and attachments thereon, and any property traceable thereto, described more fully in Attachment A;

b) The real property and premises commonly known as 29 Howard Street, #4D, New York, New York 10013 (Block 209, Lot 1104), including all appurtenances, improvements, and attachments thereon, and any property traceable thereto, described more fully in Attachment B;

c) The real property and premises commonly known as 174 Jobs Lane, Water Mill, New York 11976, including all appurtenances, improvements, and attachments thereon, and any property traceable thereto, described more fully in Attachment C;

d) All funds held in account number 0002030969 at The Federal Savings Bank, and any property traceable thereto;

e) All funds seized from account number 00001373931388 at Capital One N.A., and any property traceable thereto;

    f) All funds seized from account number 0002029952 at The Federal Savings Bank, and any property traceable thereto;

    g) Northwestern Mutual Universal Life Insurance Policy 18268327 and any property traceable thereto;

    h) The real property and premises commonly known as 123 Baxter Street, #5D, New York, New York 10016, described more fully in Attachment D; and

    i) The real property and premises commonly known as 721 Fifth Avenue, #43G, New York, NY 10022, described more fully in Attachment E.

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of each of the forfeited assets as provided by law.

Any person claiming a legal right, title, or interest in any of the property described above must petition the United States District Court for the District of Columbia for a hearing to adjudicate the validity of the alleged legal interest in this property. The petition must be filed within thirty (30) days of the receipt of this notice or thirty (30) days of the last publication of this notice, whichever is earlier. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the particular property or properties in which the petitioner claims a legal right, title, or interest; the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties; the time and circumstances of the petitioner's acquisition of the right, title, or interest in each property; any additional facts supporting the petitioner's claim; and the relief sought.

Your petition must be filed with the United States District Court for the District of Columbia in Criminal Case No. 17-201 (ABJ) at the following address:

Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

A copy of the petition should be served on Andrew Weissmann, Special Counsel's Office, 950 Pennsylvania Avenue N.W., Washington D.C. 20530, and Daniel Claman, Money Laundering and Asset Recovery Section, 1400 New York Avenue, N.W., Suite 10100, Washington D.C. 20530.

Pursuant to 21 U.S.C. § 853(n)(2), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT, pursuant to 21 U.S.C. § 853(n), to testify at the hearing and to present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title or interest in the property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the

defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture, the Court shall amend the Preliminary Order of Forfeiture in accordance with its determination.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE, OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND THE PROPERTY FORFEITED TO THE UNITED STATES OF AMERICA. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

DATED:

> ROBERT S. MUELLER, III
> Special Counsel
>
> ＿/s/ Andrew Weissmann＿＿＿＿
> ANDREW WEISSMANN
> Assistant Special Counsel

## Attachment 3 to Amantaeva Affidavit

## Record of Direct Notice

| TRACKING # | SENT | NOTICE TO | C/O | DELIVERED | EMAIL |
|---|---|---|---|---|---|
| xxxxxxxx6416 | 11/2/18 | 29 Howard Street Condominium | c/o Gayle Pollack, Morrison Cohen LLP 909 Third Ave, New York, NY 10022 | 11/6/18 | 11/2/18 |
| xxxxxxxx0015 | 02/08/19 | All Concrete Corp. | | 02/11/19 | 02/08/19 |
| xxxxxxxx9131 | 10/31/18 | Andrea Manafort | | 11/2/18 | 10/31/18 |
| xxxxxxxx4249 | 11/1/18 | Baxter Street Condominium/ Solstice Residential Group LLC | c/o Daniel Suleiman Solstice Residential Group LLC 257 Park Avenue South, Suite 303 New York, NY 10010 | 11/6/18 | 11/2/18 |
| xxxxxxxx5940 | 11/2/18 | Christopher Doyle | | 11/7/18 | 02/11/18 |
| xxxxxxxx4620 | 02/14/19 | Christopher Shand | | 02/15/19 | |
| xxxxxxxx2370 | 10/11/18 | Citizens Bank | c/o Helen Cantwell, Debevoise and Plimpton LLP 919 Third Ave New York, NY 10022 | 10/12/18 | 10/11/18 |
| xxxxxxxx2381 | 10/11/18 | Clay Batchelor | | 10/12/18 | 10/11/18 |
| xxxxxxxx4845 | 10/31/18 | Collin Bond | | 11/5/18 | 10/31/18 |
| xxxxxxxx8849 | 02/19/19 | Dennis Manafort | | 02/20/19 | |
| xxxxxxxx3281 | 10/31/18 | E.B., c/o Irene and Jay Bond | | 11/6/18 | 10/31/18 |
| xxxxxxxx3281 | 10/31/18 | Irene Bond | | 11/6/18 | 10/31/18 |
| xxxxxxxx3281 | 10/31/18 | Jay Bond | | 11/6/18 | 10/31/18 |
| xxxxxxxx2349 | 11/2/18 | First Republic Bank | Attn: Edward Dobranski 111 Pine Street, San Francisco, CA 94111 | 11/6/18 | 11/2/18 |

| | | | | | |
|---|---|---|---|---|---|
| xxxxxxxx1361 | 11/2/18 | Genesis Capital Master Fund II, LLC | c/o E. Martin Estrada, Munger, Tolles & Olson LLP 350 South Grand Ave, 50th Floor Los Angeles, CA 90071 | 11/5/18 | 11/2/18 |
| xxxxxxxx2590 | 10/31/18 | Jesand, LLC | c/o Kathleen Manafort | 11/5/18 | |
| xxxxxxxx5335 | 10/31/18 | Jesand, LLC | c/o National Registered Agents, Inc 160 Greentree Dr., Ste. 101 Dover, DE 19904 | 11/2/18 | |
| xxxxxxxx1240 | 10/31/18 | Jesand, LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 43 West 43rd St. Ste 141 New yOrk, NY 10036 | 11/2/18 | 10/31/18 |
| xxxxxxxx0869 | 10/31/18 | Jesand, LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 365 South Street, Morristown, NJ 0796 | 11/5/18 | 10/31/18 |
| xxxxxxxx0380 | 11/2/18 | Jessica Manafort | c/o Andrew Mancilla Mancilla and Fantone, LLP 260 Madison Avenue, 22nd Floor, New York, New York 10016 | 11/6/18 | 11/2/18 |
| xxxxxxxx6470 | 11/20/18 | Joseph Swolsky, Colleene Knorek | c/o Lori J. Braverman LORI J. BRAVERMAN, ESQ., ATTORNEY AT LAW 280 Riverside Drive, New York, NY | 11/21/18 | 11/20/18 |
| xxxxxxxx2590 | 10/31/18 | Kathleen Bond Manafort | | 11/5/18 | |

| | | | | | |
|---|---|---|---|---|---|
| xxxxxxx7205 | 11/2/18 | MC Brooklyn Holdings LLC | c/o Cogency Global 850 New Burton Road, Suite 201 Dover, DE 19904 | 11/6/18 | |
| xxxxxxx2331 | 11/2/18 | MC Brooklyn Holdings LLC | c/o Corporation Service Company 80 State Street Albany, NY 12207 | 11/7/18 | |
| xxxxxxx4792 | 11/2/18 | MC Brooklyn Holdings LLC | c/o Kathleen Bond Manafort | 11/8/18 | |
| xxxxxxx6076 | 11/2/18 | MC Brooklyn Holdings LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 43 West 43rd St. Ste 141 New York, NY 10036 | 11/6/18 | 11/2/18 |
| xxxxxxx0318 | 11/2/18 | MC Brooklyn Holdings LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 365 South Street, Morristown, NJ 0796 | 11/7/18 | 11/2/18 |
| xxxxxxx0380 | 11/2/18 | MC Brooklyn Holdings LLC | c/o Andrew Mancilla Mancilla and Fantone, LLP 260 Madison Avenue, 22nd Floor, New York, New York 10016 | 11/6/18 | 11/2/18 |
| xxxxxxx0380 | 11/2/18 | MC Soho Holdings | c/o Andrew Mancilla Mancilla and Fantone, LLP 260 Madison Avenue, 22nd Floor, New York, New York 10016 | 11/6/18 | 11/2/18 |
| xxxxxxx4792 | 11/2/18 | MC Soho Holdings LLC | c/o Kathleen Bond Manafort | 11/8/18 | |
| xxxxxxx6076 | 11/2/18 | MC Soho Holdings LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 43 West 43rd St. Ste 141 New York, NY 10036 | 11/6/18 | 11/2/18 |

| | | | | | |
|---|---|---|---|---|---|
| xxxxxxxx0318 | 11/2/18 | MC Soho Holdings LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 365 South Street, Morristown, NJ 07960 | 11/7/18 | 11/2/18 |
| xxxxxxxx6651 | 11/2/18 | National Bancorp Holdings, Inc. | c/o Corey B. Rubenstein, Jeremy Margolis Loeb & Loeb LLP 321 North Clark St., Ste 2300 | 11/7/18 | 11/2/18 |
| xxxxxxxx3236 | 11/2/18 | National Bancorp Holdings, Inc. | c/o Seetha Ramachandran, Schulte Roth & Zabel, LLP 919 Third Avenue New York, NY 10022 | 11/5/18 | 11/2/18 |
| xxxxxxxx2360 | 11/02/18 | The Federal Savings Bank | c/o Corey B. Rubenstein, Jeremy Margolis Loeb & Loeb LLP 321 North Clark St., Ste 2300 | 10/11/18 | 11/02/18 |
| xxxxxxxx9237 | 11/1/18 | Northwestern Mutual Life Insurance | Attn: Rodd Schneider 720 E. Wisconsin Avenue Milwaukee, WI 53202 | 11/7/18 | 11/01/18 |
| xxxxxxxx5306 | 02/14/19 | Patrick Bond | | 02/19/19 | 10/31/18 |
| xxxxxxxx9153 | 10/31/18 | Scott Adler | | 11/2/18 | 10/31/18 |
| xxxxxxxx8636 | 10/31/18 | Stacy and Randy Bond | | 11/5/18 | 10/31/18 |
| xxxxxxxx8469 | 10/31/18 | Starr Manafort | | 11/6/18 | 10/31/18 |
| xxxxxxxx2590 | 10/31/18 | Summerbreeze, LLC | c/o Kathleen Manafort | 11/5/18 | |
| xxxxxxxx1240 | 10/31/18 | Summerbreeze, LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 43 West 43rd St. Ste 141 New York, NY 10036 | 11/2/18 | 10/31/18 |

| | | | | | |
|---|---|---|---|---|---|
| xxxxxxxx0869 | 10/31/18 | Summerbreeze, LLC | c/o Bruce Baldinger The Law Offices of Bruce Baldinger 365 South Street, Morristown, NJ 0796 | 11/5/18 | 10/31/18 |
| xxxxxxxx2360 | 10/11/18 | The Federal Savings Bank | c/o Corey Rubenstein, Loeb & Loeb, LLP 321 North Clark St., Ste 2300 Chicago, IL 60654 | 10/12/18 | 10/11/18 |
| xxxxxxxx8190 | 10/31/18 | Thomas Bond | | 11/6/18 | 10/31/18 |
| xxxxxxxx3879 | 11/2/18 | Trump Tower Condominium | c/o The Trump Organization, Attn: Sonja Talesnik 725 Fifth Avenue New York, NY 10022 | 11/6/18 | 11/2/18 |
| xxxxxxxx1200 | 11/2/18 | Trump Tower Condominium | c/o Robert T. Holland, Esq., Trump Tower Condominium Belkin Burden Wenig & Goldman, LLP 270 Madison Ave, New York, NY 10016 | 11/6/18 | 11/2/18 |
| xxxxxxxx2392 | 10/11/18 | Trustee of the Manafort 2008 Irrevocable Trust | c/o William Clayton Batchelor Wright & Batchelor LLP 1601 18th Street, NW Washington, DC 20009 | 10/12/18 | 10/11/18 |
| xxxxxxxx2359 | 10/11/18 | UBS Bank USA | c/o Stephanie Brooker, Gibson, Dunn and Crutcher LLP 1050 Connecticut Ave NW Washington, DC 20036 | 10/12/18 | 10/11/18 |

| xxxxxxxx8100 | 11/2/18 | Woodlawn, LLC | c/o Keith Berglund 149 S Barrington Ave Los Angeles, CA 90049 | 11/6/18 | 11/2/18 |
| xxxxxxxx6294 | 11/2/18 | Woodlawn, LLC | c/o Joseph Rappa | 11/6/18 | 11/02/18 |
| xxxxxxxx1929 | 11/2/18 | Woodlawn, LLC | c/o Joel R. Isaacson, Law Offices of J. R. Isaacson 10550 Willshire Blvd, Ste 902 Los Angeles, CA 90024 | 11/5/18 | 11/2/18 |