UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 1 3 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 17-0201-01 (ABJ) |
| ) | |
| PAUL J. MANAFORT, JR., ) | *** SEALED *** |
| ) | |
| Defendant. ) | |

## ORDER

In light of the information set forth in Attachments 6 and 7 to Attachment F to the Government's Sentencing Memorandum [Dkt. # 529-1], in particular, the communications dated January 25, 2018, found on pages 26–27 of Attachment 6, Kevin M. Downing, counsel for defendant Manafort, is hereby ORDERED to appear before the Court at 2:30 pm on March 22, 2019 to show cause why the Court should not institute proceedings against him under Fed. R. Crim. Pro. 42 alleging a past violation of this Court's November 8, 2017 Order [Dkt. # 38].

The parties are FURTHER ORDERED to inform the Court by March 19, 2019 of their positions on whether this order, Attachment F, and Attachments 6 and 7 to Attachment F may be unsealed and placed on the public record in full or in part.

AMY BERMAN JACKSON
United States District Judge

DATE: March 13, 2019