# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 17-cr-201-1 (ABJ)** |
| v. | : | |
| | : | |
| **PAUL J. MANAFORT, JR.,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Deborah Curtis, at telephone number 202-252-6920, hereby informs the Court that she is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY:   /s/ *Deborah A. Curtis*
DEBORAH A. CURTIS
Assistant United States Attorney
CA Bar No. 172208
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 252-6920
deborah.curtis@usdoj.gov