# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 17-cr-201-1 (ABJ)** |
| v. : | |
| : | |
| **PAUL J. MANAFORT, JR.,** : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Jonathan Kravis, at telephone number 202-252-6886, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

BY: /s/ *Jonathan Kravis*
JONATHAN KRAVIS
Assistant United States Attorney
D.C. Bar No. 973780
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 252-6886
jonathan.kravis3@usdoj.gov