# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR., et al.,<br><br>Defendants. | Crim. No. 17-201 (ABJ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Michael Dreeben as counsel for the Government in the above-captioned matter.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: March 25, 2019

*/s/ Michael Dreeben*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*