**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 17-201 (ABJ)** |
| **PAUL J. MANAFORT, JR., et al.,** | |
| **Defendants.** | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Adam Jed as counsel for the Government in the above-captioned matter.


Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: March 25, 2019                    */s/ Adam Jed*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*