**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PAUL J. MANAFORT, JR., et al.,**<br><br>**Defendants.** | **Crim. No. 17-201 (ABJ)** |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of

Jeannie Rhee as counsel for the Government in the above-captioned matter.


Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: March 25, 2019          */s/ Jeannie Rhee*
                               U.S. Department of Justice
                               Special Counsel's Office
                               950 Pennsylvania Avenue NW
                               Washington, D.C. 20530
                               Telephone: (202) 616-0800
                               *Attorney for the United States of America*