# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 17-201 (ABJ) |
| PAUL J. MANAFORT, JR., | ) ) | **UNDER SEAL** |
| *Defendant.* | ) ) ) | |

## DEFENDANT PAUL J. MANAFORT JR.'S
## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to LCrR 49(f)(6), Defendant Paul J. Manafort, Jr., by and through counsel, hereby requests leave of the Court to file documents under seal. On March 4, 2019, Mr. Manafort filed a Motion to Reconsider under seal (Doc. 538-1). At that time, the Court directed the parties to confer regarding the filing of a redacted version of the Motion to Reconsider. Because the issues related to redaction address matters currently under seal, Mr. Manafort requests leave to file the documents described below under seal.

The parties have exchanged proposed redactions, but have been unable to agree on the redactions. As a result, Mr. Manafort seeks to file the three unredacted versions of the Motion to Reconsider under seal in an effort to assist the Court in ruling on what redactions are appropriate. Mr. Manafort is filing the following under seal: (1) a version with Mr. Manafort's proposed redactions marked (Attachment A); a version with the Special Counsel's proposed redactions marked (Attachment B); and a comparison document (Attachment C), which shows Mr. Manafort's proposed redactions in red boxes and the Special Counsel proposed redactions in

yellow highlighting. Finally, Attachment D to this motion is a version of the Motion to Reconsider with the redactions proposed by the government – the most extensive set of redactions – applied to the document. Mr. Manafort proposes to file Attachment D into the public docket, pending the Court's resolution of the disputed redactions.

**WHEREFORE**, Mr. Manafort requests that these documents be filed under seal and the Court permit the filing of Attachment D on the public docket pending the Court's resolution of the disputed redactions. A proposed order accompanies this motion.

Dated: March 28, 2019                                          Respectfully submitted,

/s/
Kevin M. Downing
(D.C. Bar No. 1013984)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

/s/
Thomas E. Zehnle
(D.C. Bar No. 415556)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW, Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

/s/
Richard W. Westling
(D.C. Bar No. 990496)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-296-2882
Email: rwestling@ebglaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*