## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL MANAFORT, JR.,**<br><br>**Defendant.** | **Crim. No. 17-CR-201-01 (ABJ)** |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully moves for leave to file under seal its response to the Court order dated April 17, 2019. The government's response contains information about communications between government attorneys and counsel for a witness regarding a topic that was discussed in a sealed proceeding.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney

        By: /s/
        Jonathan Kravis
        Deborah Curtis
        Zia Faruqui
        Assistant United States Attorneys
        555 Fourth Street NW
        Washington, D.C. 20530