**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **Case No. 17-cr-201-1-ABJ** |
| ) | |
| **PAUL J. MANAFORT, JR.,**   ) | |
| ) | |
| **Defendant.**   ) | |
| _____ ) | |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the United States of America.


Date:  May 17, 2019                 */s/Daniel H.Claman*
                                             Daniel H. Claman (VSB #36482)
                                             Money Laundering and
                                                  Asset Recovery Section
                                             Criminal Division
                                             U.S. Department of Justice
                                             1400 New York Avenue, N.W., Suite 10100
                                             Washington, D.C. 20530
                                             Daniel.Claman@usdoj.gov
                                             Telephone:  (202) 514-1263