UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 17-cr-201-1-ABJ |
| PAUL J. MANAFORT, JR., | ) ) ) | |
| Defendant. | ) ) | |

CONSENT MOTION FOR ORDER RELEASING SEIZED
OR ENCUMBERED PROPERTY:
1046 N. EDGEWOOD STREET, ARLINGTON, VIRGINIA 22201
AND SCHWAB ACCOUNT XXXX7988

The United States of America, by and through its undersigned counsel, respectfully submits this motion for an Order directing release of the following assets:

1. The real property and premises commonly known as 1046 N. Edgewood Street, Arlington, Virginia 22201, including all appurtenances, improvements, and attachments thereon, and any property traceable thereto.

2. All funds held in account number XXXX7988 at Charles A. Schwab & Co., Inc., and any property traceable thereto.

As set forth in the proposed order attached hereto, these assets were alleged for forfeiture in the September 13, 2018 Superseding Information. Cr. Dkt. No. 419 at ¶ 69. These assets have been seized or encumbered as described in the proposed order.

Under the plea agreement, the defendant consented to the forfeiture of two other properties in lieu of these assets. Cr. Dkt. No. 422 ¶ 12(a)(4) and (5). In accordance with the plea agreement and as set forth in the attached proposed order, the United States requests the entry of the proposed order on the terms set forth therein.

The United States has conferred with counsel for Andrea Manafort Shand and Christopher Shand, who have executed the proposed order and consent to its entry as an order of the Court.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: _____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
 (202) 252-7117 (Faruqui)
zia.faruqui@usdoj.gov

By: /s/ Daniel H. Claman
Daniel H. Claman
Money Laundering and
    Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263

Counsel for the United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 17-cr-201-1-ABJ |

### CONSENT ORDER TO RELEASE ALL ASSETS SEIZED FROM ACCOUNT XXXX7988 HELD AT CHARLES A. SCHWAB & CO., INC AND LIS PENDENS ON 1046 N. EDGEWOOD STREET, ARLINGTON, VA 22201

**WHEREAS**, on October 27, 2017 a federal grand jury indicted Paul J. Manafort Jr. and, *inter alia*, found probable cause to believe the following real property was subject to forfeiture:

> The real property and premises commonly known as 1046 N. Edgewood Street, Arlington, Virginia 22201, including all appurtenances, improvements, and attachments thereon, and any property traceable thereto (hereinafter "1046 N. Edgewood Street");

**WHEREAS**, 1046 N. Edgewood Street, is more fully described as Lot 102A, Section 1, MOORE'S ADDITION TO CLARENDON, as more particularly shown and described on the Plot attached to and made part of that Deed of Resubdivision dated June 30, 2008 and recorded July 3, 2008, in Deed Book 4201 at Page 2210, among the land records of Arlington, Virginia;

**WHEREAS**, on November 15, 2017, the United States filed a *lis pendens* on 1046 N. Edgewood Street, Instrument No. 20170100023078, in the Circuit Court of the County of Arlington;

**WHEREAS**, on October 27, 2017, this Court found probable cause and issued a seizure warrant for a sum of funds not to exceed $3,755,892.64 from account number XXXX7988 at Charles Schwab & Co., which was executed on October 30, 2017;

1

*WHEREAS*, the grand jury found probable cause to believe the account below was subject to forfeiture in a February 16, 2018 Superseding Indictment;

> All funds held in account number XXXX7988 at Charles A. Schwab & Co., Inc., and any property traceable thereto (the "Schwab Account");

*WHEREAS*, all assets from the Schwab Account have been seized, with all cash in the account as of November 3, 2017 in the amount of $5,623.49 disbursed and placed into the control of the U.S. Marshals Service, and with all securities and additional cash accruing to the account not liquidated and seized in place under the continuing management of Charles A. Schwab & Co., pending the resolution of this litigation;

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant, Paul J. Manafort, Jr., and his counsel, in which the defendant agreed to plead guilty to a Superseding Criminal Information ("Information") charging, *inter alia*, a conspiracy to violate the Foreign Agents Registration Act ("FARA"), in violation of Title 18, United States Code, Section 371 and Title 22, United States Code, Sections 612, 618(a)(l), and 618(a)(2), and the defendant has pled guilty to that offense ("Count One");

*WHEREAS*, the Information also alleged the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One, including, *inter alia*, conspiracy to violate FARA, pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c), as well as the forfeiture of substitute property pursuant to Title 18, United States Code, Section 982(b) and title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p);

*WHEREAS*, in his plea agreement, the defendant agreed, *inter alia*, that the Schwab Account and 1046 N. Edgewood Street constitute or are derived from proceeds traceable to the conspiracy to violate FARA offense alleged in Count One, or are property traceable thereto;

*WHEREAS*, the defendant admitted in his plea agreement that the traceable property listed above was, as a result of the defendant's acts or omissions, transferred or sold or deposited with a third party or commingled with other property such that it cannot be subdivided without difficulty;

*WHEREAS*, the defendant, in his plea agreement, consented to the forfeiture of the following assets in lieu of the Schwab Account and 1046 N. Edgewood Street, or as substitute property:

> a) The real property and premises commonly known as 123 Baxter Street, #5D, New York, New York 10016 (the "Baxter Street Property"); and
>
> b) The real property and premises commonly known as 721 Fifth Avenue, #43G, New York, NY 10022 (the "Fifth Avenue Property");

*WHEREAS*, on March 13, 2019, the defendant was sentenced and an amended Order of Forfeiture, which, *inter alia*, specifically forfeited the Baxter Street Property and the Fifth Avenue Property, was made final as to the defendant and made part of his sentence and included in his judgment;

*WHEREAS*, the Federal Debt Collection Act of 1996, 31 U.S.C. § 3716, and the Treasury Offset Program (TOP) require federal disbursing officials to offset federal payments to collect certain delinquent debts owed to the United States, and certain delinquent debts owed to states, including past-due child support enforced by states; thus the funds shall be returned to the claimants, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is required to collect;

*WHEREAS*, the United States and Andrea Manafort Shand and Christopher Shand stipulate and agree to the relief set forth herein and request that it be entered as an Order of the Court;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. All funds seized from account number XXXX7988 at Charles A. Schwab & Co., Inc. and in the custody of the U.S. Marshals Service, including approximately $5,623.49 in United States Currency, shall be released to the account holders, Andrea Manafort Shand and Christopher Shand, to the account that they direct, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is required to collect;

2. All securities and cash from account number XXXX7988 at Charles A. Schwab & Co. that is seized in place at Charles A. Schwab & Co. shall be released from restraint in favor of the account holders, Andrea Manafort Shand and Christopher Shand, upon entry of this Order;

3. The United States shall release its *lis pendens* on 1046 N. Edgewood Street;

4. Andrea Manafort Shand and Christopher Shand unconditionally release, hold harmless, acquit, and discharge the United States of America, the FBI, the United States Marshals Service, and any other federal, state or local law enforcement agencies, their successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, agreements, deposited sums, judgments, damages, losses of services, expenses of whatever kind and description, and wheresoever situated, that might exist by reason of or arising out of these forfeiture proceedings or the seizure or encumbrance of any forfeited asset or the Schwab Account or 1046 N. Edgewood Street;

5. The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses with respect to this action or arising out of the seizure, restraint or forfeiture of any assets.

6. The Court will retain jurisdiction to enforce the terms of this Agreement.

**ORDERED** this     day of        , 2019.

                                                                                 THE HONORABLE AMY BERMAN JACKSON

UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**

JESSIE K. LIU
United States Attorney

By: _____
Zia M. Faruqui, D.C. Bar 494990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-7117 (Faruqui)
zia.faruqui@usdoj.gov

By: _____
Daniel H. Claman
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Telephone:  (202) 514-1263
daniel.claman@usdoj.gov

Counsel for the United States of America

By: _____
ANDREA MANAFORT SHAND

By: _____
CHRISTOPHER SHAND

City/County of _Arlington_____ Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this 2 day of May, 2019 by Andrea Manafort-Shand and Christopher Shand.

_____
Notary Public
Notary registration number: 7029073
My commission expires: Nov 30, 2019

By: _____
Matthew C. Crowl, Esq.
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312 471-8700

mcrowl@rshc-law.com

Counsel for Andrea Manafort Shand and Christopher Shand