**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| v. | ) | Crim. Action No. 17-0201-01 (ABJ) |
|  | ) | |
| PAUL J. MANAFORT, JR., | ) | |
|  | ) | |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**ORDER**

On March 13, 2019, the Court issued a sealed order setting a sealed hearing in this matter to address certain communications dated January 25, 2018 that appeared in Attachments 6 and 7 to Attachment F of the Government's Sentencing Memorandum in this case.  Order [Dkt. # 550 Sealed].  After rescheduling the hearing at the request of counsel, the Court held a hearing on the issue on April 2, 2019.  *See* Transcript of Sealed Hr'g. [Dkt. # 584 Sealed]. Following the hearing, on April 25, 2019, the Court ordered the parties to advise the Court of their positions on whether March 13, 2019 Order, Attachments 6 and 7 to Attachment F to the Government's Sentencing Memorandum, and the transcript of the April 2, 2019 hearing may be unsealed in full or in part.  Order [Dkt. # 579 Sealed].

Upon review of the parties' responses, Def.'s Responses [Dkt. ## 602, 603 Sealed]; Government's Response [Dkt. # 587 Sealed], the Clerk of Court is directed to unseal [Dkt. # 550] the order dated March 13, 2019.  The Clerk of Court is further directed to unseal [Dkt. # 604-1] Attachment 6 to Attachment F to the Government's Sentencing Memorandum, which has been redacted for privacy purposes to remove telephone numbers appearing in the attachment.  Further, the court reporter is directed to unseal portions of the April 2, 2019

hearing transcript [Dkt. # 584 Sealed] as set forth in the Court's order of June 12, 2019 [Dkt. # 601 Sealed] (ordering the redaction of references to attorney-client privileged communications and material covered by Rule 6(e) of the Federal Rules of Criminal Procedure).   Finally, the Court finds that Attachment 7 is covered by Federal Rule of Criminal Procedure Rule 6(e) and relates to ongoing matters, and therefore, it shall remain under seal.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE:  June 21, 2019