# ATTACHMENT 6



# Extraction Report
UFED Reports

## Participants

███████ 67
52

## Conversation - Instant Messages (470)



☆ ████████ 52                                     7/14/2017 2:04:49 AM(UTC+0)
  Can we talk?
  **Source Extraction:** Legacy

☆ ████████ 67                                     7/14/2017 3:48:28 AM(UTC+0)
  Sean
  I just saw this
  **Source Extraction:** Legacy

☆ ████████ 67                                     7/14/2017 3:49:11 AM(UTC+0)
  What is a good time to talk tomorrow? I am up early
  **Source Extraction:** Legacy

☆ ████████ 52                                     7/14/2017 4:07:33 AM(UTC+0)
  9??
  **Source Extraction:** Legacy

☆ ████████ 52                                     7/14/2017 4:07:35 AM(UTC+0)
  How u
  **Source Extraction:** Legacy

☆ ████████ 67                                     7/14/2017 12:18:50 PM(UTC+0)
  Feel free to call at any time now
  **Source Extraction:** Legacy

☆ ████████ 52                                     8/9/2017 3:09:41 PM(UTC+0)
  Please know you are in my prayers.
  **Source Extraction:** Legacy

☆ ████████ 67                                     8/9/2017 4:12:23 PM(UTC+0)
  Thank you.
  I need them.
  I feel so violated.
  **Source Extraction:** Legacy

1

52                                                                                                    8/9/2017 4:33:12 PM(UTC+0)

From what I'm seeing Today, there are so many obvious crimes that are NOT being investigated. Clear felonies committed. Conflicts of interest. A deep state LEAK A DAY and little to nothing being done. Conversations with the Potus and other Presidents and Prime Ministers leaked?Unmasking political opponents, leaking Intel? And now we have criminalized political differences.  HRC NOTHING? And NOTHING IS getting done for the great people of this country.

I am truly frightened the constitution is being shredded, (no 4 th Amendment protections) no equal justice under the law.

I am truly frightened for the future of this country we love.  God help us and the world if we don't get all this straightened out.

I pray that God give you grace and peace in this difficult moment. I sadly know from experience that in times like these friends will abandon you. (The apostles, Peter, Jesus showed us this).

If you just ever want to talk, grab dinner, vent, strategize-- whatever, I am here. I know this is very hard. Stand tall and strong.

In my prayers. Sean

Source Extraction: Legacy

---

52                                                                                                    8/10/2017 12:08:13 AM(UTC+0)

If u can watch tonight.

Source Extraction: Legacy

---

67                                                                                                    8/11/2017 2:31:05 AM(UTC+0)

Just watched last nights show

Source Extraction: Legacy

---

67                                                                                                    8/11/2017 2:34:26 AM(UTC+0)

I appreciate what you tried to do.
Mueller is trying to intimidate me. The raid is just one example.
I won't let him succeed but it is very lonely fighting this fight. I feel all alone out there. Except for you and a few others, our side is not engaged.

Source Extraction: Legacy

---

67                                                                                                    8/11/2017 2:34:40 AM(UTC+0)

Thank you for your help

Source Extraction: Legacy

---

52                                                                                                    8/11/2017 2:35:16 AM(UTC+0)

Call me,text me, email me. Let's eat talk and anything I can do to help.

Source Extraction: Legacy

---

52                                                                                                    8/11/2017 2:35:26 AM(UTC+0)

I'm very sorry

Source Extraction: Legacy

---

67                                                                                                    8/11/2017 2:35:46 AM(UTC+0)

Ty. Your text yesterday really helped me

Source Extraction: Legacy

---

52                                                                                                    8/11/2017 2:35:48 AM(UTC+0)

I understand how corrupt this system is.  HRC NOTHING. A NATIONAL DISGRACE

Source Extraction: Legacy

---

52                                                                                                    8/11/2017 2:35:56 AM(UTC+0)

ALWAYS HERE.

Source Extraction: Legacy

---

67                                                                                                    8/11/2017 2:36:01 AM(UTC+0)

I know

Source Extraction: Legacy

---

52                                                                                                    8/11/2017 2:36:06 AM(UTC+0)

I'm NOT a fair weather friend

Source Extraction: Legacy

☆ | [redacted]67 | 8/11/2017 2:36:14 AM(UTC+0)

I know
**Source Extraction**: Legacy

☆ | [redacted]52 | 8/11/2017 2:36:41 AM(UTC+0)

I have things to tell u in person. Ever coming to NYC
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:37:07 AM(UTC+0)

The media is trying to split me with DT and family by lies and untruths.
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:37:20 AM(UTC+0)

It is such a dirty game
**Source Extraction**: Legacy

☆ | [redacted]52 | 8/11/2017 2:37:20 AM(UTC+0)

Yup
**Source Extraction**: Legacy

☆ | [redacted]52 | 8/11/2017 2:37:28 AM(UTC+0)

I see and know it all.
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:38:11 AM(UTC+0)

Dowd called  Mueller and the raid out today. He was right on
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:39:27 AM(UTC+0)

I have new lawyers who are junk yard dogs and will undo a lot of this injustice. But it is going to be a painful and expensive fight for me
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:40:38 AM(UTC+0)

Unlimited budget for spec prosecutor and millions of dollars of media negative and false coverage.
It is very daunting
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:40:50 AM(UTC+0)

But I won't give up
**Source Extraction**: Legacy

☆ | [redacted]67 | 8/11/2017 2:41:01 AM(UTC+0)

And I won't sell out
**Source Extraction**: Legacy

☆ | [redacted]52 | 8/11/2017 2:41:18 AM(UTC+0)

And I'll continue to talk about the fact that we DO NOT HAVE EQUAL JUSTICE UNDER THE LAW.

HRC. E mails. Obstruction. Destroying emails, bleach bit, devices no sim cards. Uranium one. Ukraine interference

Intel Leaks Unmasking  Potus conversations leaked.

My God. Shredding the constitution. A 2 tiered justice system.

Look at Muellers team. All Clinton Obama dem donors.  No R's

Judge now a dem.

I officially am worried for the country we love.

This system is a disgrace.
**Source Extraction**: Legacy



☆ **52**      8/11/2017 2:43:29 AM(UTC+0)

So did u see last night.

I trolled all.
"Paul Manafort made a mistake".

He wasn't HRC Holder Lynch And DWS

Source Extraction: Legacy

---

☆ **52**      8/11/2017 2:43:43 AM(UTC+0)

He didn't destroy it all

Source Extraction: Legacy

---

☆ **67**      8/11/2017 2:49:53 AM(UTC+0)

Yes very clever. Pierro sort of got it. Geraldo missed it

Source Extraction: Legacy

---

☆ **52**      8/11/2017 2:53:06 AM(UTC+0)

Yes

Source Extraction: Legacy

---

☆ **52**      8/11/2017 2:57:55 AM(UTC+0)

She's smart. I know and have great attys. That I now keep on retainer to help and protect me.

I have a staff now just to fight back firing and boycotts.

There has never been a time 30 years radio 22 on Fox where I felt a bullseye is at my head every single day.

It's an attempted kill shot a day.

And Paul, like u, I don't give a shit about me.

I do care about this amazing country that is soooo sooo off course and experience unreal corruption.

And I'm gonna fight for the country I love.  And if they win so be it. I'm fighting like u, for our kids and grandkids.

A lot has happened since Nov 8,9

I had no idea some of these things could happen here, in America.

Source Extraction: Legacy

---

☆ **67**      8/11/2017 2:59:24 AM(UTC+0)

The establishment feels like they have to kill Trump

Source Extraction: Legacy

---

☆ **67**      8/11/2017 2:59:52 AM(UTC+0)

Their existence depends on it. I am just road kill to them

Source Extraction: Legacy

---

☆ **67**      8/11/2017 3:00:04 AM(UTC+0)

DT has to be destroyed

Source Extraction: Legacy

---

☆ **67**      8/11/2017 3:00:38 AM(UTC+0)

They will go after Jarad and the family next

Source Extraction: Legacy

---

☆ **67**      8/11/2017 3:01:06 AM(UTC+0)

Russia is history now that they have the spec counsel

Source Extraction: Legacy



52 — 8/11/2017 3:01:06 AM(UTC+0)

5 groups I talk about all the time

Deep state
Dems
Media
Weak pathetic R's
Never trumper

Deep state surveillance. Unmasking, Intel leaks.

PRIVATE Conversations of our President with foreign leaders leaked?  How do we ever get these people to trust us?  Help us vs enemies lol NK Iran and Isis.

I'm beyond shocked angry and disgusted

Source Extraction: Legacy

52 — 8/11/2017 3:02:04 AM(UTC+0)

Agree agree agree. Then poor Gen Flynn. What they did to HIM WAS ILLEGAL

Source Extraction: Legacy

67 — 8/11/2017 3:02:18 AM(UTC+0)

Yes

Source Extraction: Legacy

52 — 8/11/2017 3:02:42 AM(UTC+0)

GENERAL. THX FOR SERVING YOUR COUNTRY?

Source Extraction: Legacy

67 — 8/11/2017 3:03:48 AM(UTC+0)

He too is just part of background - they destroyed him to say DT is incompetent as leader - poor choices

Source Extraction: Legacy

52 — 8/11/2017 3:03:50 AM(UTC+0)

Like the horror of our corrupt VA?  People dying waiting to be called?  Bonuses given out because they have 2 lists?

America turns its back on sick, injured vets

Source Extraction: Legacy

52 — 8/11/2017 3:04:10 AM(UTC+0)

Anyone who likes Potus is road kill

Source Extraction: Legacy

67 — 8/11/2017 3:04:35 AM(UTC+0)

I hope Potus understands your point

Source Extraction: Legacy

52 — 8/11/2017 3:04:52 AM(UTC+0)

I tell him a lot.  A real lot

Source Extraction: Legacy

52 — 8/11/2017 3:06:04 AM(UTC+0)

Brutally honest relationship. And I say it all on air.

To be honest. The left may win and get me fired at some point.

But I don't give a shit. I'll get 2 Dixie cups and talk to myself

Source Extraction: Legacy

67 — 8/11/2017 3:06:58 AM(UTC+0)

Your attitude keeps you free

Source Extraction: Legacy

52  8/11/2017 3:09:51 AM(UTC+0)

Paul I started as a dishwasher and construction worker.

I'm 55. I'm pretty wealthy and I don't care

Source Extraction: Legacy

52  8/11/2017 3:10:19 AM(UTC+0)

2 decades of my life hard working blue collet

Source Extraction: Legacy

52  8/11/2017 3:10:27 AM(UTC+0)

Coller.

Source Extraction: Legacy

52  8/11/2017 3:12:14 AM(UTC+0)

I made more this year than my mom, dad and all their brothers and sisters and my grandparents made combined in their lifetimes.

They fought for my ability to have a better life. What I m supposed to now say, "I'm playing golf?"  I suck at golf

The beach?  I'm bored in 5 minutes.

Source Extraction: Legacy

67  8/11/2017 3:13:17 AM(UTC+0)

You life story, and mine, are the reasons this country was created

Source Extraction: Legacy

52  8/11/2017 3:13:20 AM(UTC+0)

I would be embarrassed at myself as a son and grandson of people far greater than me not to try my best to fight hard to end corruption in this country.

Source Extraction: Legacy

52  8/11/2017 3:14:51 AM(UTC+0)

They were much much better people than me.

My dad dirt fing poor. Mom dies childbirth. Depression

His dad hands him off to relatives. He gets a 50/100 lot cape post ww2. He was happy.

No more shit hole for his kids.

Source Extraction: Legacy

67  8/11/2017 3:15:13 AM(UTC+0)

That was my father too

Source Extraction: Legacy

52  8/11/2017 3:16:16 AM(UTC+0)

I have 2 mics. A big mouth. I see corruption lies and a country in decline.

Like u dad mine fought sea sick pacific 4 years.

I'm fighting.

Source Extraction: Legacy

52  8/11/2017 3:17:24 AM(UTC+0)

Look. U call me if u get down. Need a friend. If I can help.

Anytime day/night. I'm praying for u and u family.

U stay strong.

Source Extraction: Legacy

67  8/11/2017 3:18:03 AM(UTC+0)

Thank you my friend
I will.
Have a good night.

Source Extraction: Legacy



67                                                                                      8/11/2017 3:18:08 AM(UTC+0)

God bless

**Source Extraction:** Legacy

52                                                                                      8/11/2017 3:18:18 AM(UTC+0)

God bless u. God bless our country

**Source Extraction:** Legacy

67                                                                                      8/11/2017 3:18:28 AM(UTC+0)

Amen

**Source Extraction:** Legacy

52                                                                                      8/11/2017 3:18:33 AM(UTC+0)

Never ever ever worry. Never

**Source Extraction:** Legacy

52                                                                                      8/11/2017 3:18:57 AM(UTC+0)

Worry waste of time energy and will kill u.

Whatever happens F IT

**Source Extraction:** Legacy

52                                                                                      9/19/2017 4:17:34 AM(UTC+0)

How r u?

**Source Extraction:** Legacy

52                                                                                      9/19/2017 4:28:21 AM(UTC+0)

?

**Source Extraction:** Legacy

52                                                                                      9/19/2017 4:28:34 PM(UTC+0)

Can u talk?

**Source Extraction:** Legacy

67                                                                                      9/19/2017 5:05:50 PM(UTC+0)

Yes

**Source Extraction:** Legacy

67                                                                                      9/19/2017 5:05:58 PM(UTC+0)

This is a good time

**Source Extraction:** Legacy

52                                                                                      9/22/2017 4:02:58 PM(UTC+0)

Can u talk?

**Source Extraction:** Legacy

52                                                                                      9/22/2017 4:46:51 PM(UTC+0)

??

**Source Extraction:** Legacy

52                                                                                      9/26/2017 7:55:47 PM(UTC+0)

Hey.

**Source Extraction:** Legacy

52                                                                                      9/26/2017 7:55:56 PM(UTC+0)

How r u holding up

**Source Extraction:** Legacy

☆ ██████67                                                    10/25/2017 1:33:28 AM(UTC+0)

Sean
You are on fire tonight.

Finally all of the lies are becoming exposed.

Thank you for fighting for our country!
Paul
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:35:16 AM(UTC+0)

I'm sick of these lies.

COME ON WITH ME WITH YOUR ATTY BEFORE THEY TRY AND ATTACK U MORE
**Source Extraction:** Legacy

☆ ██████67                                                    10/25/2017 1:38:07 AM(UTC+0)

Let's talk tomorrow
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:40:08 AM(UTC+0)

Deal. YOU MUST PREEMPT
**Source Extraction:** Legacy

☆ ██████67                                                    10/25/2017 1:41:03 AM(UTC+0)

Talk tomorrow
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:41:23 AM(UTC+0)

K. I m live u know
**Source Extraction:** Legacy

☆ ██████67                                                    10/25/2017 1:41:51 AM(UTC+0)

I know,
God bless you
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:47:35 AM(UTC+0)

Haha
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:48:30 AM(UTC+0)

This is HUGE FOR YOU. They have had a bullseye on u and look at what they did.

Gorka is right. This is a banana republic
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:48:37 AM(UTC+0)

Republicans suck
**Source Extraction:** Legacy

☆ ██████67                                                    10/25/2017 1:50:25 AM(UTC+0)

This confirms what I have been saying
The stench is overwhelming
Obama, Clinton, Holder, Lynch, Comey, Mueller, Rosenstein
Etc etc etc
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 1:51:13 AM(UTC+0)

It's despicable and grotesque
**Source Extraction:** Legacy

☆ ██████52                                                    10/25/2017 8:28:27 PM(UTC+0)

Hey
**Source Extraction:** Legacy



▉▉▉▉▉52                                        10/25/2017 9:05:42 PM(UTC+0)

There is GREAT GREAT STUFF COMING

Source Extraction: Legacy

▉▉▉▉▉67                                        10/25/2017 9:17:56 PM(UTC+0)

Yes

Source Extraction: Legacy

▉▉▉▉▉67                                        10/25/2017 9:18:24 PM(UTC+0)

I am available to talk until 6:30 tonight

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 1:58:32 AM(UTC+0)

Great show tonight.
Hard to believe media can say this dossier is business as usual and FBI using it was no big deal

Source Extraction: Legacy

▉▉▉▉▉52                                        10/26/2017 2:00:11 AM(UTC+0)

I'm pounding bro

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 2:00:24 AM(UTC+0)

You are

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 2:04:08 AM(UTC+0)

Hard to understand how media and the Dems allegations about our June 9 meeting being illegal and collusion with Russia,
yet what Steele did in Russia was just campaign oppo research.

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 2:04:39 AM(UTC+0)

This is world class hypocrisy

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 2:05:27 AM(UTC+0)

It is really important that this doesn't fade

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 2:05:39 AM(UTC+0)

Congress must engage

Source Extraction: Legacy

▉▉▉▉▉52                                        10/26/2017 2:25:20 AM(UTC+0)

I mentioned that!!

Source Extraction: Legacy

▉▉▉▉▉52                                        10/26/2017 2:25:45 AM(UTC+0)

Congress is finally engaging. I also believe a special prosecutor has to be appointed

Source Extraction: Legacy

▉▉▉▉▉67                                        10/26/2017 2:28:02 AM(UTC+0)

I agree

Source Extraction: Legacy

▉▉▉▉▉52                                        10/26/2017 2:39:19 AM(UTC+0)

Next week, let's strike now

Source Extraction: Legacy



☆    67    10/26/2017 12:04:18 PM(UTC+0)

Sean
This article does a good job making the point that Fusion , Clinton's oppo research team, lobbied for the repeal of the Magnitsky Act while the Trump campaign, in the June 9 meeting, rejected the appeal to do the same

**Source Extraction:** Legacy

☆    52    10/26/2017 12:04:30 PM(UTC+0)

Send

**Source Extraction:** Legacy

☆    67    10/26/2017 12:05:03 PM(UTC+0)

http://nypost.com/2017/10/25/clintons-collusion-who-will-investigate-the-new-russia-scandal/

Attachments:

A943DA5A-4205-4EDA-955B-
B91AA68289B8.pluginPayloadAttachment
(Empty File)

9D6D5D32-8AE6-46CC-B67E-
8B3F39069976.pluginPayloadAttachment
(Empty File)

**Source Extraction:** Legacy

☆    52    10/26/2017 12:06:05 PM(UTC+0)

Perfect.

I'm certain now that fake dossier was used to get warrants that were used
To surveil, unmask

**Source Extraction:** Legacy

☆    67    10/26/2017 12:19:31 PM(UTC+0)

I am told for sure

**Source Extraction:** Legacy

☆    52    10/28/2017 12:56:30 AM(UTC+0)

Hey

**Source Extraction:** Legacy

☆    67    10/28/2017 1:15:20 AM(UTC+0)

Hey

**Source Extraction:** Legacy

☆    52    10/28/2017 1:16:30 AM(UTC+0)

Call?

**Source Extraction:** Legacy

☆    67    10/28/2017 1:17:32 AM(UTC+0)

OK

**Source Extraction:** Legacy

☆    52    10/28/2017 3:27:25 AM(UTC+0)

Hey u up?

**Source Extraction:** Legacy

☆    52    10/28/2017 3:27:41 AM(UTC+0)

???

**Source Extraction:** Legacy

☆    52    10/28/2017 3:27:44 AM(UTC+0)

Info!

**Source Extraction:** Legacy

☆    67    10/28/2017 3:37:44 AM(UTC+0)

Yes

**Source Extraction:** Legacy



☆ ▮▮▮▮|67 — 10/28/2017 3:38:05 AM(UTC+0)

Call if up

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 3:53:14 AM(UTC+0)

TY for the news.
You are the best!

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/28/2017 3:53:48 AM(UTC+0)

Don't let those assholes get u down. Punch back HARD

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 3:54:09 AM(UTC+0)

I will.

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/28/2017 6:54:34 PM(UTC+0)

Hey. How r u?

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 7:15:45 PM(UTC+0)

Ok

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 7:15:51 PM(UTC+0)

Anything new?

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/28/2017 7:16:03 PM(UTC+0)

Same. It's an assoc

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 7:16:22 PM(UTC+0)

Any I'd of assoc of who?

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/28/2017 7:16:44 PM(UTC+0)

No. Your assoc.  I figured joint defense no?

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/28/2017 7:17:29 PM(UTC+0)

This is a narrative change. My interpretation is they are having a much harder time building a case on u.

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 7:17:51 PM(UTC+0)

Yes, that is true.

**Source Extraction:** Legacy

☆ ▮▮▮▮|67 — 10/28/2017 7:17:59 PM(UTC+0)

Can you talk

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/29/2017 7:42:35 PM(UTC+0)

Hey any update on your end?

**Source Extraction:** Legacy

☆ ▮▮▮▮|52 — 10/30/2017 5:15:45 PM(UTC+0)

Hey You Ok?

**Source Extraction:** Legacy



67                                                                                                10/30/2017 9:34:32 PM(UTC+0)

Yes.
Rough day but yes.
Their case is totally BS
Wrong on law and wrong on facts.

Source Extraction: Legacy

---

52                                                                                                10/30/2017 11:46:03 PM(UTC+0)

Can u talk?

Carter page on MS tonight?  Seriously?

Source Extraction: Legacy

---

52                                                                                                10/30/2017 11:55:49 PM(UTC+0)

???

Source Extraction: Legacy

---

52                                                                                                10/31/2017 4:06:19 AM(UTC+0)

Did u watch tonight??

Source Extraction: Legacy

---

52                                                                                                10/31/2017 4:11:21 AM(UTC+0)

http://thehill.com/opinion/white-house/356253-judging-by-muellers-staffing-choices-he-may-not-be-very-interested-in

Attachments:

0626FDE4-6012-4F7B-8872-                          FCA819E4-1CA3-4EB3-9EBB-
D1E4C4C2B660.pluginPayloadAttachment              74BE0DFDE892.pluginPayloadAttachment
(Empty File)                                      (Empty File)

Source Extraction: Legacy

---

52                                                                                                10/31/2017 8:53:52 PM(UTC+0)

Hey

Source Extraction: Legacy

---

52                                                                                                10/31/2017 8:54:01 PM(UTC+0)

How we looking???

Source Extraction: Legacy

---

67                                                                                                10/31/2017 9:44:42 PM(UTC+0)

Call me when you can for update

Source Extraction: Legacy

---

52                                                                                                10/31/2017 9:47:19 PM(UTC+0)

K. Finishing radio.

Source Extraction: Legacy

---

52                                                                                                10/31/2017 9:47:30 PM(UTC+0)

Terror attack now front Center

Source Extraction: Legacy

---

52                                                                                                10/31/2017 11:10:38 PM(UTC+0)

Hey. On cell

Source Extraction: Legacy

---

52                                                                                                11/1/2017 12:51:52 AM(UTC+0)

Tried u twice.

Source Extraction: Legacy

███████ 67 — 11/1/2017 1:07:58 AM(UTC+0)

Sorry
I will be up watching game
And taping you of curse

**Source Extraction:** Legacy

███████ 52 — 11/1/2017 1:10:52 AM(UTC+0)

Haha. U should be watching me

**Source Extraction:** Legacy

███████ 52 — 11/1/2017 5:11:21 PM(UTC+0)

Hey, any update?

**Source Extraction:** Legacy

███████ 52 — 11/1/2017 11:21:13 PM(UTC+0)

Helllo!!

**Source Extraction:** Legacy

███████ 52 — 11/1/2017 11:22:05 PM(UTC+0)

I'm assuming no go tomorrow?

**Source Extraction:** Legacy

███████ 67 — 11/2/2017 1:27:17 AM(UTC+0)

Sean
I apologize. My lawyer has been busy all day. I have not been able to meet with him. He and I are talking either later tonight or first thing in morning.
You will be first and regular as we go public.

**Source Extraction:** Legacy

███████ 52 — 11/2/2017 1:30:09 AM(UTC+0)

No worries.  Big story breaking tomorrow.  I'm here and ready to roll.

**Source Extraction:** Legacy

███████ 52 — 11/2/2017 8:25:52 PM(UTC+0)

Hey. Any movement?

**Source Extraction:** Legacy

███████ 67 — 11/5/2017 12:13:19 PM(UTC+0)

Court put a gag order on both sides. We are working thru this

**Source Extraction:** Legacy

███████ 67 — 11/5/2017 12:13:38 PM(UTC+0)

I will have a voice

**Source Extraction:** Legacy

███████ 67 — 11/5/2017 12:31:33 PM(UTC+0)

HH

**Source Extraction:** Legacy

███████ 52 — 11/5/2017 1:39:44 PM(UTC+0)

Ok

**Source Extraction:** Legacy

███████ 52 — 11/5/2017 5:50:13 PM(UTC+0)

Let me know when. Leaks out now about Flynn and son. He's next.

**Source Extraction:** Legacy

███████ 52 — 11/8/2017 1:24:04 AM(UTC+0)

Hey. Update?? Let's do this!

**Source Extraction:** Legacy

███ 52                                                                    11/8/2017 4:06:42 AM(UTC+0)

Hellllllooo

**Source Extraction:** Legacy

███ 67                                                                   11/8/2017 5:35:42 PM(UTC+0)

I am dealing with this gag order on me and my lawyers
Building a plan B

**Source Extraction:** Legacy

███ 52                                                                   11/8/2017 5:36:20 PM(UTC+0)

Ok. Can we talk tonight

**Source Extraction:** Legacy

███ 67                                                                   11/8/2017 5:36:32 PM(UTC+0)

Yes

**Source Extraction:** Legacy

███ 52                                                                   11/8/2017 5:36:39 PM(UTC+0)

K

**Source Extraction:** Legacy

███ 67                                                                   11/10/2017 2:41:23 AM(UTC+0)

You are on fire

**Source Extraction:** Legacy

███ 67                                                                   11/10/2017 2:41:31 AM(UTC+0)

Great show tonight

**Source Extraction:** Legacy

███ 52                                                                   11/10/2017 2:44:19 AM(UTC+0)

Thx bro. COME

**Source Extraction:** Legacy

███ 67                                                                   11/10/2017 2:46:43 AM(UTC+0)

They won't concede that they did the collision

**Source Extraction:** Legacy

███ 52                                                                   11/10/2017 2:47:23 AM(UTC+0)

Nope. Bullshit. So much coming out

**Source Extraction:** Legacy

███ 67                                                                   11/14/2017 2:14:42 AM(UTC+0)

My 3 month old grandson just watched your opening monologue for 7 minutes. I swear to God.

He was totally focused. Your audience is growing demographically

**Source Extraction:** Legacy

███ 67                                                                   11/14/2017 2:15:20 AM(UTC+0)

Attachments:

IMG_0560.JPG
(Empty File)

**Source Extraction:** Legacy

███ 52                                                                   11/14/2017 2:15:54 AM(UTC+0)

Haha so funny. Can't wait to get u on. We getting close

**Source Extraction:** Legacy



14

**███████ 52**  11/14/2017 2:16:01 AM(UTC+0)

Are we getting close

Source Extraction: Legacy

**███████ 67**  11/14/2017 2:16:07 AM(UTC+0)

Yes

Source Extraction: Legacy

**███████ 52**  11/14/2017 2:16:16 AM(UTC+0)

K. Maybe this week

Source Extraction: Legacy

**███████ 67**  11/14/2017 2:17:52 AM(UTC+0)

They are still f'ing with me on bail. Getting close.
Once dine then we need to sit and build the plan

Source Extraction: Legacy

**███████ 52**  11/14/2017 2:18:21 AM(UTC+0)

Perfect

Source Extraction: Legacy

**███████ 52**  11/14/2017 2:18:27 AM(UTC+0)

Sooner better

Source Extraction: Legacy

**███████ 67**  11/14/2017 2:19:22 AM(UTC+0)

Hopefully Sessions moves on new Spec Pros

Source Extraction: Legacy

**███████ 52**  11/14/2017 2:19:34 AM(UTC+0)

He has to it he is gone

Source Extraction: Legacy

**███████ 52**  11/14/2017 2:19:40 AM(UTC+0)

Talked to a friend

Source Extraction: Legacy

**███████ 67**  11/14/2017 2:20:25 AM(UTC+0)

Fingers crossed you are right

Source Extraction: Legacy

**███████ 52**  11/14/2017 2:20:49 AM(UTC+0)

It's true. Look at jim Jordon letter to AG

Source Extraction: Legacy

**███████ 67**  11/14/2017 9:15:08 PM(UTC+0)

Sessions did not sound like he will be appointing a spec counsel on uranium one or anything

Source Extraction: Legacy

**███████ 52**  11/14/2017 9:17:16 PM(UTC+0)

Nope. I know an investigation happening

Source Extraction: Legacy

**███████ 67**  11/14/2017 9:32:15 PM(UTC+0)

Whew

Source Extraction: Legacy

**███████ 67**  11/28/2017 2:47:12 AM(UTC+0)

You are right on tonight.
Weissman is squeezing people to lie about me or be indicted.

Source Extraction: Legacy

52                                                                                                    11/28/2017 2:47:34 AM(UTC+0)

Yup.

**Source Extraction:** Legacy

52                                                                                                    11/28/2017 2:47:50 AM(UTC+0)

Disgusting. I'll be in the cell next to u.

**Source Extraction:** Legacy

52                                                                                                    11/28/2017 2:48:10 AM(UTC+0)

Exposing him is my great pleasure. Tactics disgusting. Can u talk yet?

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:48:31 AM(UTC+0)

Neither of us will be in jail.

He is dragging my bail resolution to keep me from going on attack

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:48:48 AM(UTC+0)

I think we resolve bail by weds

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:49:21 AM(UTC+0)

Then you and i can figure it out

**Source Extraction:** Legacy

52                                                                                                    11/28/2017 2:49:59 AM(UTC+0)

K.

**Source Extraction:** Legacy

52                                                                                                    11/28/2017 2:50:09 AM(UTC+0)

Hope u had a great thanksgiving

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:54:20 AM(UTC+0)

I did.
Spent it with my family and my 3 month old grandson. aWeissman made an issue of that too.

Hope you had a good one

**Source Extraction:** Legacy

52                                                                                                    11/28/2017 2:56:17 AM(UTC+0)

Omg. What an asshole.

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:56:30 AM(UTC+0)

Yep

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:56:51 AM(UTC+0)

My lawyer told him to chill out

**Source Extraction:** Legacy

52                                                                                                    11/28/2017 2:56:54 AM(UTC+0)

U need every motion possible to question his ethics tactics etc. mueller knew

**Source Extraction:** Legacy

67                                                                                                    11/28/2017 2:57:00 AM(UTC+0)

I had permission

**Source Extraction:** Legacy



52                                                11/28/2017 2:57:07 AM(UTC+0)

Yes

**Source Extraction:** Legacy

---

67                                                11/28/2017 2:57:10 AM(UTC+0)

I have a lot

**Source Extraction:** Legacy

---

52                                                11/28/2017 2:57:13 AM(UTC+0)

How could u not

**Source Extraction:** Legacy

---

52                                                11/28/2017 2:57:22 AM(UTC+0)

I'm building this case

**Source Extraction:** Legacy

---

52                                                11/28/2017 2:57:29 AM(UTC+0)

He's gonna fail again.

**Source Extraction:** Legacy

---

67                                                11/28/2017 2:57:29 AM(UTC+0)

So am i

**Source Extraction:** Legacy

---

67                                                11/28/2017 2:58:18 AM(UTC+0)

We will win but it is going to be ugly, expensive and aggressive

**Source Extraction:** Legacy

---

67                                                11/28/2017 3:00:27 AM(UTC+0)

We will expose the tactics and the motives if this corrupt team

**Source Extraction:** Legacy

---

67                                                11/28/2017 3:00:44 AM(UTC+0)

Of

**Source Extraction:** Legacy

---

52                                                11/28/2017 3:01:10 AM(UTC+0)

Yes. Not easy and they don't care

**Source Extraction:** Legacy

---

67                                                11/28/2017 3:01:38 AM(UTC+0)

True ad true
But i cannot allow them to win

**Source Extraction:** Legacy

---

67                                                11/28/2017 3:02:08 AM(UTC+0)

It would empower them to go after DT and lots of others

**Source Extraction:** Legacy

---

52                                                11/28/2017 3:02:24 AM(UTC+0)

The country can't allow it

**Source Extraction:** Legacy

---

67                                                11/28/2017 3:02:46 AM(UTC+0)

Plus i plan on helping on the re elect !

**Source Extraction:** Legacy

---

52                                                11/28/2017 3:46:03 AM(UTC+0)

Can u talk?

**Source Extraction:** Legacy



**[REDACTED] 67**                                          11/28/2017 4:16:13 AM(UTC+0)

I just saw this text
I am up ir we can chat in morning

Source Extraction: Legacy

**[REDACTED] 52**                                          12/4/2017 10:41:19 PM(UTC+0)

Hey. Any update

Source Extraction: Legacy

**[REDACTED] 67**                                          12/5/2017 3:34:41 PM(UTC+0)

Yes. They are trying to screw with me for editing an oped that a friend wrote to correct a false story about me.

OSC is claiming my edits of someone else' article in a foreign country (Ukraine) violates the gag order

Source Extraction: Legacy

**[REDACTED] 52**                                          12/5/2017 3:36:02 PM(UTC+0)

When can u guys available

Source Extraction: Legacy

**[REDACTED] 52**                                          12/5/2017 3:40:20 PM(UTC+0)

Let me come down. I'm only here 9 days till Xmas

Source Extraction: Legacy

**[REDACTED] 67**                                          12/5/2017 3:59:43 PM(UTC+0)

I need to deal with Court hearing on this motion of my violation of gag order by OSC. We think it is tomorrow.

Source Extraction: Legacy

**[REDACTED] 52**                                          12/5/2017 4:00:15 PM(UTC+0)

Ok. Good

Source Extraction: Legacy

**[REDACTED] 67**                                          12/5/2017 4:02:33 PM(UTC+0)

The keep anonymously leaking false negative stories on me and are arguing that i cant respond because of gag order.
My response will taint potential jury but their leaks don't.
Such a travesty of justice.
Their behavior has destroyed my belief in fairness of system

Source Extraction: Legacy

**[REDACTED] 52**                                          12/5/2017 4:03:10 PM(UTC+0)

Did u see my show last night

Source Extraction: Legacy

**[REDACTED] 67**                                          12/5/2017 6:39:51 PM(UTC+0)

No but i taped to watch later today

Source Extraction: Legacy

**[REDACTED] 67**                                          12/5/2017 6:40:51 PM(UTC+0)

Author of piece corrected record

Source Extraction: Legacy

**[REDACTED] 67**                                          12/5/2017 6:40:54 PM(UTC+0)

https://www.bloomberg.com/news/articles/2017-12-05/mueller-claim-that-manafort-ghostwrote-op-ed-disputed-by-author

Attachments:

32286997-74FB-4160-8690-
4AE7D085060F.pluginPayloadAttachment
(Empty File)

B2C0CA9A-2638-4C14-A5A5-
F09E4049B81B.pluginPayloadAttachment
(Empty File)

Source Extraction: Legacy



52                                                                                          12/5/2017 7:32:36 PM(UTC+0)

Mueller deputy praised DOJ official after she defied Trump travel ban order: 'I am so proud'
A top prosecutor who is now a deputy for Special Counsel Robert Mueller's Russia probe praised then-acting attorney
general Sally Yates after she was fired in January by President Trump for refusing to defend his controversial travel ban.

The email, obtained by Judicial Watch through a federal lawsuit, shows that on the night of Jan. 30, Andrew Weissmann
wrote to Yates under the subject line, "I am so proud."

He continued, "And in awe. Thank you so much. All my deepest respects."

The disclosure follows confirmation that another Mueller investigator, FBI official Peter Strzok, was fired over the summer
after allegedly sending anti-Trump texts to an FBI lawyer with whom he was romantically involved.

His alleged actions revived concerns about the objectivity of the FBI probes of both Hillary Clinton's email setup and Russia
election meddling.

Judicial Watch President Tom Fitton called the new Weissmann document an "astonishing and disturbing find."

"Andrew Weisman, a key prosecutor on Robert Mueller's team, praised Obama DOJ holdover Sally Yates after she lawlessly
thwarted President Trump," he said in a statement. "How much more evidence do we need that the Mueller operation has
been irredeemably compromised by anti-Trump partisans?"

The Jan. 30 email was sent at 9:50 p.m. from Weissmann's government account, when he was still in the DOJ's criminal
division and before he was assigned to Mueller's probe.

The email was sent shortly after Trump fired Yates for refusing to defend the first version of his ban on travel from certain
majority-Muslim countries.

Source Extraction: Legacy



67                                                                                          12/7/2017 2:51:43 AM(UTC+0)

Your monologue tonight was the best summary ever of the case against Mueller and his team

Source Extraction: Legacy

52                                                                                          12/7/2017 2:52:09 AM(UTC+0)

F him

Source Extraction: Legacy

52                                                                                          12/7/2017 2:52:12 AM(UTC+0)

Disgrace

Source Extraction: Legacy

52                                                                                          12/7/2017 4:10:26 AM(UTC+0)

Are u up?

Source Extraction: Legacy

67                                                                                          12/7/2017 10:42:57 PM(UTC+0)

Just saw your last text

Source Extraction: Legacy

67                                                                                          12/7/2017 10:43:14 PM(UTC+0)

Another new revaltion today

Source Extraction: Legacy

52                                                                                          12/7/2017 10:43:25 PM(UTC+0)

Yes sir. How r u doing??

Source Extraction: Legacy

67                                                                                          12/7/2017 10:43:30 PM(UTC+0)

And now obama invoking Nazi

Source Extraction: Legacy

52                                                                                          12/7/2017 10:43:42 PM(UTC+0)

Yup

Source Extraction: Legacy

52                                                                                          12/7/2017 10:43:54 PM(UTC+0)

All in tonight

Source Extraction: Legacy

▢ ☆ **█████**67                                                          12/7/2017 10:44:06 PM(UTC+0)

They have racheted up pressure on me with this BS on my bail

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/7/2017 10:44:23 PM(UTC+0)

We file our motion today pushing back hard

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/7/2017 10:44:36 PM(UTC+0)

Not conceding an inch

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/7/2017 10:45:30 PM(UTC+0)

Plus the media has to now print the story

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/7/2017 10:45:33 PM(UTC+0)

https://www.kyivpost.com/article/opinion/op-ed/oleg-voloshin-paul-manafort-european-integrations-unknown-soldier-ukraine.html

Attachments:



2CB1E924-9753-42C7-BF02-
F8B69B48F271.pluginPayloadAttachment
(Empty File)

9F016552-0142-40BE-8F03-
DA3894E5E795.pluginPayloadAttachment
(Empty File)

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/7/2017 10:45:33 PM(UTC+0)

**Source Extraction:** Legacy

---

▢ ☆ **█████**52                                                          12/7/2017 10:51:33 PM(UTC+0)

Good.

**Source Extraction:** Legacy

---

▢ ☆ **█████**52                                                          12/7/2017 10:51:45 PM(UTC+0)

Wish your guy would sit down with me

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/7/2017 10:53:31 PM(UTC+0)

That is the very issue we are pressing in our motion today

**Source Extraction:** Legacy

---

▢ ☆ **█████**52                                                          12/25/2017 3:49:20 PM(UTC+0)

My brother, thinking about you. Merry Christmas and 2018 is the year of exposing the TRUTH!!!

**Source Extraction:** Legacy

---

▢ ☆ **█████**67                                                          12/25/2017 5:43:10 PM(UTC+0)

Sean
Your ears must have been burning. Just told my relatives how you will not give up ever!

Merry Christmas to you and your family.
Paul

**Source Extraction:** Legacy

---

▢ ☆ **█████**52                                                          12/25/2017 5:49:52 PM(UTC+0)

Nfw. All the news lately all helps u. Period

**Source Extraction:** Legacy

---

▢ ☆ **█████**52                                                          1/2/2018 11:11:29 PM(UTC+0)

Can u talk?

**Source Extraction:** Legacy



☆    ▉▉▉▉▉ 52               1/2/2018 11:12:36 PM(UTC+0)

??

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/3/2018 12:03:59 AM(UTC+0)

Yes

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/3/2018 12:04:14 AM(UTC+0)

Just saw your text

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/3/2018 11:27:44 PM(UTC+0)

We filed the civil suit this afternoon!
DoJ and OSC are not happy...

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 52                1/3/2018 11:27:53 PM(UTC+0)

I saw.

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/3/2018 11:53:14 PM(UTC+0)

I told my lawyer that i want him to find a way to give you an interview on this complaint. He will need to navigate carefully re not violating the gag order in the criminal case, but i think we can figure that out.
He said he will give me a sense tomorrow on how we can do it

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 52                1/3/2018 11:53:40 PM(UTC+0)

We can tape it

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 52                1/3/2018 11:53:46 PM(UTC+0)

Not live

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/3/2018 11:54:38 PM(UTC+0)

I told him that was an option

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 52                1/3/2018 11:57:03 PM(UTC+0)

Yes. For u sake only option

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/12/2018 2:00:08 AM(UTC+0)

Finally story is breaking

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/12/2018 2:00:14 AM(UTC+0)

Fox

**Source Extraction:** Legacy

---

☆    ▉▉▉▉▉ 67                1/12/2018 2:00:18 AM(UTC+0)

**Source Extraction:** Legacy



67                                                                              1/12/2018 2:00:18 AM(UTC+0)

https://saraacarter.com/2018/01/11/andrew-weissmann-met-with-ap-reporters-to-discuss-paul-manafort-case-before-joining-special-counsel/

Attachments:

FE7A0792-447D-4114-B6D9-
0F3C5B0C4E5F.pluginPayloadAttachment
(Empty File)

400B7F54-3A00-4D3E-B8E7-
256E5B7B2674.pluginPayloadAttachment
(Empty File)

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:05:07 AM(UTC+0)

U watching

Source Extraction: Legacy

---

67                                                                              1/12/2018 2:06:05 AM(UTC+0)

Yes
I love you

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:14:04 AM(UTC+0)

Watch neon

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:14:06 AM(UTC+0)

Now

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:14:10 AM(UTC+0)

After Sara

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:16:47 AM(UTC+0)

Boom

Source Extraction: Legacy

---

67                                                                              1/12/2018 2:20:46 AM(UTC+0)

You are the best

Source Extraction: Legacy

---

67                                                                              1/12/2018 2:22:01 AM(UTC+0)

That was powerful

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:22:42 AM(UTC+0)

Next week it gets more interesting. Wait till u hear Who confirmed the dossier was true

Source Extraction: Legacy

---

52                                                                              1/12/2018 2:23:01 AM(UTC+0)

I NEED U GUYS TALKING. INLY HELPS!

Source Extraction: Legacy

---

67                                                                              1/12/2018 2:23:38 AM(UTC+0)

We are

Source Extraction: Legacy



67                                                                                                    1/12/2018 3:22:04 AM(UTC+0)

Great show tonight!

I am told McFadden at DoJ told Weissman not to do the AP meeting and had others attend to keep watch him but AW still over reached.

This led to IG investigation on AW that was shut down when AW left DoJ to join Mueller

Source Extraction: Legacy

52                                                                                                    1/12/2018 3:23:13 AM(UTC+0)

A lot coming

Source Extraction: Legacy

52                                                                                                    1/12/2018 3:23:22 AM(UTC+0)

Stay tuned. More coming

Source Extraction: Legacy

67                                                                                                    1/12/2018 3:24:12 AM(UTC+0)

Source Extraction: Legacy

52                                                                                                    1/12/2018 1:50:11 PM(UTC+0)

https://tinyurl.com/y9hxuegh

Attachments:

14C446AC-AAE7-473D-9393-
0550FB4BA2C6.pluginPayloadAttachment
(Empty File)

04769E36-D593-4BE4-9C4B-
CC78E33177A6.pluginPayloadAttachment
(Empty File)

Source Extraction: Legacy

52                                                                                                    1/14/2018 10:43:38 AM(UTC+0)

https://t.co/RslwEoP7a7?ssr=true

Attachments:

9C893825-E62F-4CE3-A58A-
97633046FAE7.pluginPayloadAttachment
(Empty File)

9D3B5E76-0A19-467F-BCE1-
AC443F787CF8.pluginPayloadAttachment
(Empty File)

Source Extraction: Legacy

 

I am sure you have this but just in case:

Creeps on a Mission: Michael Horowitz is really Investigating the Investigators
posted by Sidney Powell - 12 hours ago

Sidney Powell, Attorney & Author of LICENSED TO LIE: Exposing Corruption in the Department of Justice |
licensedtolie.com

Since at least July 2016, the upper echelon of the FBI and the Department of Justice began a stealth operation—with the complicity if not instigation of President Obama—to taint and destroy Candidate Trump with a concocted "Russia collusion" narrative.

Michael Horowitz, the Inspector General of the Department of Justice, has been running a little-watched parallel investigation that is already producing results—when he is not manipulated or overborn by Robert Mueller.
His name is not familiar to most Americans, but Mr. Horowitz has played an important role since President Obama named him Inspector General (IG) for the Department of Justice in 2012.
Congress mandated the position of IG for every major federal agency.  The 72 IGs work on behalf of the taxpayers as independent watchdogs over their respective agencies.

If you think the IG position is not important, remember this:  Remarkably, President Obama did not appoint a permanent one for the State Department during Mrs. Clinton's entire tenure.  When John Kerry took over as Secretary of State, the newly appointed IG found and disclosed that Mrs. Clinton used an illegal secret server, and they immediately identified classified material in the first random sample of only 40 documents.
Mr. Horowitz already deserves kudos for trying to do his job at the Justice Department and obtain information from the administration that appointed him.  Eric Holder and Loretta Lynch stymied his efforts at every turn.  Their defiance of his Congressionally-mandated duties was so egregious he and 46 other IGs wrote a letter to Congress complaining of the Obama administration's obstruction.
So much for Mr. Obama's claim of having "the most transparent administration ever."
Sally Yates, who was the Number Two person at DOJ,  blocked Mr. Horowitz from oversight of the National Security Division of the Department of Justice.  Notably, that is the division that worked with the FBI on the Steele dossier and the FISA "warrant" to create the "Russia collusion" pack of lies—and who knows what else.
Since President Trump's inauguration, however, Mr. Horowitz has been somewhat more successful in obtaining information.  For almost a year, he has been investigating how Mr. Comey, the FBI and Department of Justice handled the issue of Mrs. Clinton's emails and matters that may be related to that.
Meanwhile, within the intelligence community, Admiral Mike Rogers, director of the National Security Agency [NSA], discovered so many violations of the surveillance program that he had to make significant changes and report the problems to Congress.  Mr. Horowitz has been following up on those, and he may very well report pervasive and systematic abuses of that extraordinary power by the elite of the Obama FBI and DOJ.
Mr. Horowitz discovered the 10,000 text messages between now infamous FBI operatives Peter Strzok and Lisa Page.  Ms. Page was an FBI/DOJ attorney serving as a special assistant to Deputy FBI Director Andrew "Memory-Impaired" McCabe, as well as mistress to Counter-Intelligence Agent Peter Strzok.  Many of these players—Page, Strzok, McCabe, FBI General Counsel Baker and Mary Jacoby, the wife of Fusion GPS's Glenn Simpson—visited the White House throughout the time they were cooking up the "Russia-collusion" concoction.
Mr. Strzok was at the epicenter of the farce of an "investigation" of Mrs. Clinton for her blatant obstruction of justice and violations of 18 U.S.C. Section 793 in her transmission of classified information through her unsecured server with President Obama's blessing. Mr. Strzok rewrote Director Comey's remarks to remove language that effectively indicted Mrs. Clinton under that very statute.  Mr. Strzok ambush-interviewed General Michael Flynn shortly after the Inauguration, and Mr. Mueller conveniently chose Mr. Strzok to lead his investigators.
The few text messages revealed to the public so far make clear not only Strzok's and Page's vile disdain for candidate Donald Trump, but evidence their outright conspiracy to leak information to the press to foster the Russia collusion narrative, concoct the Steele dossier, obtain the FISA "warrant," and create the stench of an investigation—all to impede Donald Trump's election.  If we ever get all of the evidence and truth, it will probably reveal that their "insurance policy"—if Mr. Trump was elected—began with the "collusion" concoction and built the groundwork for the appointment of a special prosecutor if Mr. Comey were to be fired.
Mr. Horowitz's discovery of the Strzok-Page message-menage-a-trois so far has resulted in the secret removal of Agent Strzok from Mr. Mueller's task force and now his reassignment within the FBI.  The shocking disclosures have also prompted Ms. Page's return to DOJ, FBI Deputy Director McCabe's decision to retire in March, and longtime James Comey friend and colleague FBI General Counsel James Baker's reassignment.
We should also thank Mr. Horowitz for the demotion of Department of Justice Deputy Assistant Attorney General Bruce Ohr, whose wife Nellie worked on the Steele dossier with Fusion GPS.  Mr. Ohr met secretly with them, and his "fingerprints" are likely all over the FISA applications to conduct surveillance on the Trump campaign based on contrived "evidence".
These changes are a start toward draining the swamp—but nowhere near enough.  Director Wray should have fired Peter Strzok, Andrew McCabe and James Baker already, and Attorney General Sessions should have fired Bruce Ohr and Lisa Page.  Conduct like theirs has no place in any Department—much less one purporting to represent Justice.
Has Mr. Horowitz found any evidence Sally Yates and Loretta Lynch were also complicit?  That would explain why Ms. Yates barred him access to a National Security Division that was scheming with the FBI.
Who else in the Department of Justice and the FBI were conspiring with them to try to prevent President Trump's election and then create a scenario or manufacture evidence to promote his impeachment?  What about the head of the National Security Division within DOJ—John Carlin?  What role did he play in all of this?  And what about the FBI's Counter-Intelligence Chief—Bill Priestap, whom Comey blamed for his own failure to make the legally required report to Congress of the FBI's illicit FISA-related activities.
Mr. Horowitz may not have all of the answers.  He is stymied in many ways by Mueller's investigation, and it is likely there is still more evidence buried deep.
As I said on Hannity weeks ago, expect to see that we are not talking about "mission creep" by FBI, Department of Justice, Special Counsel Mueller and his task force; rather, the real problem is there are "creeps on a mission" to destroy the President.  Stay tuned for more when Horowitz completes his report and testifies before Congress.
=.=.=.-

---

Source Extraction: Legacy

☆ ▮▮▮ 52                                              1/15/2018 4:27:51 PM(UTC+0)

I'm hearing about wide spread FISA warrant abuse discovered. This is only the beginning

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/16/2018 11:54:50 PM(UTC+0)

Did U watch last night.

Need u on

**Source Extraction:** Legacy

☆ ▮▮▮ 67                                              1/17/2018 2:54:25 AM(UTC+0)

You were awesome last night

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/17/2018 2:55:44 AM(UTC+0)

Today proved insanity of media.

I NEED U ON!

**Source Extraction:** Legacy

☆ ▮▮▮ 67                                              1/17/2018 2:56:19 AM(UTC+0)

I need to put my lawyer with Gregg jarrett

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/17/2018 2:57:00 AM(UTC+0)

Yes sir. Greatest legal researcher ever

**Source Extraction:** Legacy

☆ ▮▮▮ 67                                              1/17/2018 2:57:03 AM(UTC+0)

Re his thinking on motion to toss Weisman

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/17/2018 2:57:36 AM(UTC+0)

U on TV is important. And u saying nothing is better. Let lawyer do all talking.

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/17/2018 2:57:40 AM(UTC+0)

No surprises

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/17/2018 2:58:04 AM(UTC+0)

He and Sydney Powell are experts on him. And so m I now

**Source Extraction:** Legacy

☆ ▮▮▮ 67                                              1/17/2018 2:58:16 AM(UTC+0)

You are the best

**Source Extraction:** Legacy

☆ ▮▮▮ 67                                              1/17/2018 2:59:02 AM(UTC+0)

I will call you tomorrow to connect them on background

**Source Extraction:** Legacy

☆ ▮▮▮ 52                                              1/17/2018 3:05:23 AM(UTC+0)

K. Good

**Source Extraction:** Legacy

☆ ▮▮▮ 67                                              1/17/2018 3:13:01 AM(UTC+0)

Talk tomorrow my friend

**Source Extraction:** Legacy



52
1/17/2018 3:28:32 AM(UTC+0)

Yes sir

Source Extraction: Legacy

---

67
1/24/2018 1:11:38 PM(UTC+0)

In a fair world you would get a Pulitzer for your incredible reporting

Source Extraction: Legacy

---

52
1/24/2018 1:13:09 PM(UTC+0)

Lol. I'll take those assholes going to jail

Source Extraction: Legacy

---

52
1/24/2018 1:13:12 PM(UTC+0)

How u

Source Extraction: Legacy

---

67
1/24/2018 1:13:34 PM(UTC+0)

Good
Can you talk

Source Extraction: Legacy

---

67
1/24/2018 1:26:04 PM(UTC+0)

Let me know when you are free. I have to brief you on something

Source Extraction: Legacy

---

52
1/24/2018 1:26:17 PM(UTC+0)

Call

Source Extraction: Legacy

---

67
1/24/2018 7:56:44 PM(UTC+0)

Sean
Per our conversation this morning, my attorney - Kevin Downing - will call you at 11:30am tomorrow.
He will update you on what we are doing and how it connects to your reporting.
What number should i give him to call you?

Source Extraction: Legacy

---

52
1/24/2018 7:58:43 PM(UTC+0)

Awesome.

Source Extraction: Legacy

---

52
1/24/2018 7:58:48 PM(UTC+0)

This one

Source Extraction: Legacy

---

52
1/24/2018 8:05:48 PM(UTC+0)

Perfect.

Source Extraction: Legacy

---

67
1/24/2018 8:09:43 PM(UTC+0)

Done

Source Extraction: Legacy

---

67
1/25/2018 3:06:12 PM(UTC+0)

Reminder- my attorney - kevin Downing will be calling you at 11:30am today

Source Extraction: Legacy

---

52
1/25/2018 3:43:03 PM(UTC+0)

Yes sir

Source Extraction: Legacy



███████ 67                                                    1/25/2018 11:36:34 PM(UTC+0)

How did call go today?

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:37:11 PM(UTC+0)

Good. I asked him to feed me everyday.

Things exploding tonight.

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:37:37 PM(UTC+0)

Watch tonight.

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:37:46 PM(UTC+0)

He has to SEND ME STUFF

Source Extraction: Legacy

---

███████ 67                                                    1/25/2018 11:41:28 PM(UTC+0)

He will

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:41:42 PM(UTC+0)

Every day

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:41:54 PM(UTC+0)

What do I think plan is for JK?

Source Extraction: Legacy

---

███████ 67                                                    1/25/2018 11:42:14 PM(UTC+0)

?

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:43:25 PM(UTC+0)

Son in lae

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:43:29 PM(UTC+0)

Law

Source Extraction: Legacy

---

███████ 67                                                    1/25/2018 11:46:07 PM(UTC+0)

It would be a major escalation if they do and a sign that they fear the corruption you are exposing and need to change the narrative

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:48:22 PM(UTC+0)

If they do that it's a declaration of all out war

Source Extraction: Legacy

---

███████ 67                                                    1/25/2018 11:48:40 PM(UTC+0)

For sure

Source Extraction: Legacy

---

███████ 52                                                    1/25/2018 11:48:59 PM(UTC+0)

Imho he either want this to end. Or he wants one more phony justifications.

Source Extraction: Legacy



☆ ▓▓▓▓▓▓▓67                                                      1/25/2018 11:53:10 PM(UTC+0)

They are worried given all that is now happening.
They are running out of time in this phase of their investigation (sic). And have nothing except BS charges on me.
They are threatening me with more charges because they realize their case is weak and i am not bending to their pressure.
JK threats may be another way they are trying to get DT to agree to interview
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓52                                                      1/25/2018 11:54:31 PM(UTC+0)

He won't agree. The lawyers will fight tooth and nail. Proffered agreement. All pre planned. Anything else I would take to SC
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓52                                                      1/25/2018 11:54:43 PM(UTC+0)

New charges are because it's week
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓67                                                      1/25/2018 11:54:51 PM(UTC+0)

I agree
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓52                                                      1/25/2018 11:55:16 PM(UTC+0)

Weak
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓67                                                      1/25/2018 11:55:19 PM(UTC+0)

Their case on me is very weak.
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓52                                                      1/25/2018 11:55:36 PM(UTC+0)

I agree. My biggest fear for you is venue.
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓52                                                      1/25/2018 11:57:23 PM(UTC+0)

Weissmann is a piece of shit.

I would move to dismiss just based on his past.

Withholding exculpatory evidence. 9-0 SC.

Merrill people in jail a year. Overturned fifth circuit.

This is a National fing disgrace
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓67                                                      1/25/2018 11:58:37 PM(UTC+0)

We are figuring this out.

We will be using info you have uncovered in our motion to dismiss. Setting everything up in our discovery demands
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓52                                                      1/25/2018 11:58:50 PM(UTC+0)

Sidney Powell's book
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓67                                                      1/25/2018 11:59:39 PM(UTC+0)

This is dangerous time.
Mueller's office is feeling pressure. They could easily go overboard to protect themselves
Source Extraction: Legacy

☆ ▓▓▓▓▓▓▓67                                                      1/26/2018 3:02:34 AM(UTC+0)

Great show tonight.

This story on Trump wanting to fire Mueller is another OSC leak - which is illegal
Source Extraction: Legacy



███67                                                          1/26/2018 3:02:49 AM(UTC+0)

They are def feeling the heat

**Source Extraction:** Legacy

███67                                                          2/3/2018 2:14:03 AM(UTC+0)

Thank you and God bless you for what you just said about Flynn and me

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:14:05 AM(UTC+0)

Dude no info for lawyer. Watch the show tonight I mention u

**Source Extraction:** Legacy

███67                                                          2/3/2018 2:14:20 AM(UTC+0)

I just heard

**Source Extraction:** Legacy

███67                                                          2/3/2018 2:14:27 AM(UTC+0)

God bless you

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:14:51 AM(UTC+0)

Later I say charges need to be dropped

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:15:05 AM(UTC+0)

A lot of good shit happening behind scenes

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:15:16 AM(UTC+0)

They r scared shitless

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:15:32 AM(UTC+0)

An fbi friend swears I'm gonna get shot. Haha

**Source Extraction:** Legacy

███67                                                          2/3/2018 2:16:06 AM(UTC+0)

I wish we could meet but i still am house confined. Will be about 2 weeks until i make bail

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:16:23 AM(UTC+0)

Fucking ridiculous

**Source Extraction:** Legacy

███67                                                          2/3/2018 2:16:51 AM(UTC+0)

I know they are scared because they have been pressing me and i told them to fuck off

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:17:00 AM(UTC+0)

Got a message from gmf

"DONT STOP"

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:17:08 AM(UTC+0)

Fuck then

**Source Extraction:** Legacy

███52                                                          2/3/2018 2:17:10 AM(UTC+0)

Them

**Source Extraction:** Legacy



▮▮67                                                      2/3/2018 2:23:17 AM(UTC+0)

POWERFUL 20 minutes

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 2:23:45 AM(UTC+0)

Thx. Stay tuned

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 2:26:20 AM(UTC+0)

Always

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 2:26:41 AM(UTC+0)

You help me keep my hope and sanity

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 2:57:37 AM(UTC+0)

I'm in campaign war mode every day

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 3:00:30 AM(UTC+0)

Tonight was awesome

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 3:01:08 AM(UTC+0)

Thx my friend. Chin up stay strong. Tell lawyer to send anything he has

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 3:01:31 AM(UTC+0)

Will do

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 3:01:53 AM(UTC+0)

More importantly you need to be heard from

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 3:02:21 AM(UTC+0)

You will be the place i do it

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 3:03:08 AM(UTC+0)

I'm disgusted at this corruption

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 3:03:18 AM(UTC+0)

It should not happen in the USA

**Source Extraction:** Legacy

---

▮▮52                                                      2/3/2018 3:03:35 AM(UTC+0)

I can tell u Potus is disgusted too

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 3:03:36 AM(UTC+0)

I live in a nightmare every day

**Source Extraction:** Legacy

---

▮▮67                                                      2/3/2018 3:04:11 AM(UTC+0)

But i wont give in

**Source Extraction:** Legacy

██████ 52                                                      2/3/2018 3:04:17 AM(UTC+0)

It's hell Paul. And they don't give a shit

**Source Extraction:** Legacy

██████ 67                                                      2/3/2018 3:04:32 AM(UTC+0)

They relish in it

**Source Extraction:** Legacy

██████ 52                                                      2/3/2018 3:05:08 AM(UTC+0)

The abuse of power is disgusting. They want to break u.

Flynn agreed to "lying" because they said they would go after his son.

What the fuck is that

**Source Extraction:** Legacy

██████ 67                                                      2/3/2018 3:05:18 AM(UTC+0)

They are self rightous criminals

**Source Extraction:** Legacy

██████ 67                                                      2/3/2018 3:06:02 AM(UTC+0)

Using our money to try to fuck is

**Source Extraction:** Legacy

██████ 52                                                      2/3/2018 3:06:06 AM(UTC+0)

They are such swamp animals it's so bad they lost their souls

**Source Extraction:** Legacy

██████ 52                                                      2/3/2018 3:07:08 AM(UTC+0)

Yes sir. Example. Hope hicks will likely pay more $ to her lawyer than she makes this year

**Source Extraction:** Legacy

██████ 52                                                      2/3/2018 3:07:20 AM(UTC+0)

Seriously? That's insane

**Source Extraction:** Legacy

██████ 67                                                      2/3/2018 3:07:54 AM(UTC+0)

Believe me, i know

**Source Extraction:** Legacy

██████ 52                                                      2/16/2018 11:55:26 PM(UTC+0)

Hey

**Source Extraction:** Legacy

██████ 52                                                      2/17/2018 12:02:47 AM(UTC+0)

Helllllloo

**Source Extraction:** Legacy

██████ 67                                                      2/17/2018 1:43:54 AM(UTC+0)

Hey

**Source Extraction:** Legacy

██████ 67                                                      2/17/2018 1:44:01 AM(UTC+0)

How are yoy

**Source Extraction:** Legacy

██████ 52                                                      2/17/2018 1:44:04 AM(UTC+0)

Call

**Source Extraction:** Legacy

▢▢▢▢▢▢67                                              2/17/2018 1:44:28 AM(UTC+0)

Yes 917-562-0567

**Source Extraction:** Legacy

▢▢▢▢▢▢52                                              2/17/2018 1:52:06 AM(UTC+0)

Geez just in

**Source Extraction:** Legacy

▢▢▢▢▢▢52                                              2/17/2018 1:52:11 AM(UTC+0)

https://www.politico.com/story/2018/02/16/mueller-manafort-bank-fraud-accusations-416509

Attachments:

72A826F9-86DB-4718-8810-
6AE68D6435D0.pluginPayloadAttachment
(Empty File)

08FB0DBD-5D56-4EE2-AEDE-
140139729D87.pluginPayloadAttachment
(Empty File)

Audio Message.amr
(Empty File)

**Source Extraction:** Legacy

▢▢▢▢▢▢67                                              2/17/2018 2:24:35 AM(UTC+0)

These charges are totally bogus
The docs they are using discredit the allegations. They are threatening because their primary case is falling apart. They do t care

**Source Extraction:** Legacy

▢▢▢▢▢▢52                                              2/17/2018 2:25:05 AM(UTC+0)

This group is dangerous

**Source Extraction:** Legacy

▢▢▢▢▢▢67                                              2/17/2018 2:25:17 AM(UTC+0)

And criminal

**Source Extraction:** Legacy

▢▢▢▢▢▢67                                              2/17/2018 2:26:03 AM(UTC+0)

My lawyer is saying they dont care that we showed them they are wrong

**Source Extraction:** Legacy

▢▢▢▢▢▢52                                              2/17/2018 2:27:48 AM(UTC+0)

Yes

**Source Extraction:** Legacy

▢▢▢▢▢▢52                                              2/18/2018 9:16:06 PM(UTC+0)

U see this?

**Source Extraction:** Legacy

▢▢▢▢▢▢52                                              2/18/2018 9:16:09 PM(UTC+0)

http://www.latimes.com/politics/la-na-pol-rick-gates-plea-deal-20180218-story.html

Attachments:

CA4D10D6-3926-403D-8C7E-
2B0BC653CF06.pluginPayloadAttachment
(Empty File)

D1989E55-71AF-4949-8B00-
EFF49A5188FF.pluginPayloadAttachment
(Empty File)

**Source Extraction:** Legacy

▢▢▢▢▢▢67                                              2/18/2018 11:20:04 PM(UTC+0)

Not true
This is an OTC LEAK

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/18/2018 11:20:25 PM(UTC+0)

Good

**Source Extraction:** Legacy

☆ ▣ 67                                                    2/22/2018 9:39:54 PM(UTC+0)

The SP just filed more charges against me.
They are BS but it is still depressing

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:43:42 PM(UTC+0)

Geez.

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:43:51 PM(UTC+0)

Same stuff?

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:47:39 PM(UTC+0)

What's with Gates and his desire for a new lawyer and potentially embarrassing conflicts?

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:47:50 PM(UTC+0)

He's out for blood

**Source Extraction:** Legacy

☆ ▣ 67                                                    2/22/2018 9:48:23 PM(UTC+0)

Taxes and bank fraud
Honestly, it is pure intimidation.

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:48:50 PM(UTC+0)

FARC is not real. So is it Taxes I paid?

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:48:55 PM(UTC+0)

Un

**Source Extraction:** Legacy

☆ ▣ 67                                                    2/22/2018 9:48:59 PM(UTC+0)

Gates new lawyer is going to be fine. Gates is in for ling haul

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:49:10 PM(UTC+0)

K.

**Source Extraction:** Legacy

☆ ▣ 67                                                    2/22/2018 9:49:15 PM(UTC+0)

Long

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:49:36 PM(UTC+0)

Nobody has any idea what this guy is up to. I keep warning everyone

**Source Extraction:** Legacy

☆ ▣ 67                                                    2/22/2018 9:49:48 PM(UTC+0)

Gates is totalky united with trump and m

**Source Extraction:** Legacy

☆ ▣ 52                                                    2/22/2018 9:49:50 PM(UTC+0)

46 charges total?

**Source Extraction:** Legacy



▦ ▦ ████ 52                                    2/22/2018 9:50:13 PM(UTC+0)

This all has nothing to do with Russia

**Source Extraction:** Legacy

---

▦ ████ 67                                      2/22/2018 9:50:37 PM(UTC+0)

I dont even know number but ZERO on Russia

**Source Extraction:** Legacy

---

▦ ▦ ████ 52                                    2/22/2018 9:51:05 PM(UTC+0)

Zero

**Source Extraction:** Legacy

---

▦ ████ 67                                      2/22/2018 9:52:28 PM(UTC+0)

Most of the tax charges were rejected by DOJ in 2014 when obama was trying to get me and the fraud is total BS

**Source Extraction:** Legacy

---

▦ ▦ ████ 52                                    2/22/2018 9:53:51 PM(UTC+0)

Now u will spend millions. This is Weismann

**Source Extraction:** Legacy

---

▦ ████ 67                                      2/22/2018 10:03:25 PM(UTC+0)

All Weismann

**Source Extraction:** Legacy

---

▦ ▦ ████ 52                                    2/22/2018 10:03:48 PM(UTC+0)

Yup. "Muellers Pitbull"

**Source Extraction:** Legacy

---

▦ ████ 67                                      2/22/2018 10:09:03 PM(UTC+0)

Thus is like an out of body experience.
I cant believe this is happening to me

**Source Extraction:** Legacy

---

▦ ▦ ████ 52                                    2/22/2018 10:12:53 PM(UTC+0)

I get it. Political differences are now criminalized. They want Trump BADLY

**Source Extraction:** Legacy

---

▦ ████ 67                                      2/22/2018 10:17:15 PM(UTC+0)

Yes and they are pummeling me to cave
These charges are so crazy. They are meant to destroy me

**Source Extraction:** Legacy

---

▦ ████ 67                                      2/22/2018 10:53:10 PM(UTC+0)

Praying that you got good news from doctor.
Talk later

**Source Extraction:** Legacy

---

▦ ▦ ████ 52                                    2/23/2018 3:54:37 PM(UTC+0)

Wapo saying Gates cut a deal

**Source Extraction:** Legacy

---

▦ ▦ ████ 52                                    2/23/2018 9:25:48 PM(UTC+0)

He gave u no heads up at all?

**Source Extraction:** Legacy

---

▦ ████ 67                                      3/7/2018 2:35:07 AM(UTC+0)

You and Stone live.
Now that was great Television!

**Source Extraction:** Legacy

█████ 52        3/7/2018 2:35:41 AM(UTC+0)

Haha

Source Extraction: Legacy

---

█████ 52        3/7/2018 2:35:53 AM(UTC+0)

Had to bring that up. He's smart as shit

Source Extraction: Legacy

---

█████ 52        3/7/2018 2:36:02 AM(UTC+0)

Funny too

Source Extraction: Legacy

---

█████ 67        3/7/2018 2:37:57 AM(UTC+0)

We will be moving against him. Have trapped him privately on a couple of important things he did.

Source Extraction: Legacy

---

█████ 52        3/7/2018 2:39:14 AM(UTC+0)

Roger ??

Source Extraction: Legacy

---

█████ 52        3/7/2018 2:39:20 AM(UTC+0)

Or mueller

Source Extraction: Legacy

---

█████ 67        3/7/2018 2:39:50 AM(UTC+0)

No i was referencing Weissman

You and Roger were great TV tonight

Source Extraction: Legacy

---

█████ 52        3/7/2018 2:40:39 AM(UTC+0)

We r all on the same team

Source Extraction: Legacy

---

█████ 67        3/7/2018 2:41:08 AM(UTC+0)

And we will prevail

Source Extraction: Legacy

---

█████ 52        3/7/2018 2:47:31 AM(UTC+0)

Exactly

Source Extraction: Legacy

---

█████ 67        3/12/2018 3:09:33 PM(UTC+0)

Sharyl Atkisson is a strong critic of being surveilled by Obama and fake news. You may have spoken to her already. But if nit, i recommend you do so.
She, and her message, will not be covered by Mainstream" media.

Source Extraction: Legacy

---

█████ 67        3/12/2018 3:09:36 PM(UTC+0)

Source Extraction: Legacy

---

█████ 67        3/12/2018 3:09:37 PM(UTC+0)

http://www.ageofautism.com/2017/07/the-end-of-journalism-a-book-review-of-the-smear-by-sharyl-attkisson.html

Attachments:



63D549E3-E6EB-4AC8-811C-
60E5FD4F3C8C.pluginPayloadAttachment
(Empty File)

DD9445ED-5585-4E22-8FCA-
2E4C1761FD26.pluginPayloadAttachment
(Empty File)

Source Extraction: Legacy

52                                                      3/12/2018 3:11:59 PM(UTC+0)

Have had her on.

**Source Extraction:** Legacy

---

52                                                      3/13/2018 9:04:38 PM(UTC+0)

Geez

**Source Extraction:** Legacy

---

52                                                      3/13/2018 9:04:40 PM(UTC+0)

https://www.mediaite.com/online/federal-judge-deems-manafort-a-flight-risk-very-real-possibility-hes-facing-life-in-prison/

Attachments:

E9A83551-596D-40D5-A0F4-               89EEDC9A-DCBF-44D3-BC93-
B80AEDFB0811.pluginPayloadAttachment   E520AA80FA46.pluginPayloadAttachment
(Empty File)                           (Empty File)

**Source Extraction:** Legacy

---

52                                                      3/13/2018 11:41:04 PM(UTC+0)

U ok?

**Source Extraction:** Legacy

---

67                                                      3/14/2018 12:54:38 AM(UTC+0)

Yes
He said more which was positive. He said he would with hold any dec until Jackson ruled.

I put my bail package in to Jackson last night. AW put this out to try to influence her

**Source Extraction:** Legacy

---

52                                                      3/14/2018 4:29:02 PM(UTC+0)

Why don't u get a sweetheart deal like Gates

**Source Extraction:** Legacy

---

67                                                      3/14/2018 5:04:14 PM(UTC+0)

They would want me to give up Dt or family, esp JK.
I would never do that

**Source Extraction:** Legacy

---

52                                                      3/14/2018 5:04:55 PM(UTC+0)

Understand. There is nothing to give up on DT. What did JK do?

**Source Extraction:** Legacy

---

67                                                      3/14/2018 5:55:31 PM(UTC+0)

Nothing, just like i did nothing.
They will want me to make shit up on both.
I will never do that

**Source Extraction:** Legacy

---

52                                                      3/14/2018 6:00:05 PM(UTC+0)

Omg our system is so messed up

**Source Extraction:** Legacy

---

67                                                      3/17/2018 1:31:55 PM(UTC+0)

This article tracks your investigative reporting.


This is the best article I have read on laying out the intricacies of how the Obama Adm/ FBI  spreading of the Russian
Collusion narrative.
It traces how the FBI, CIA, DNC, Clinton Campaign, WH worked with the media and Steele/Fusion to build the case using cut
outs and non verification verifications to bring credibility to a Potemkin narrative.
It is very important to read this article for no other reason than to confirm your reporting
P

**Source Extraction:** Legacy

██████67                                                                    3/17/2018 1:31:59 PM(UTC+0)

Source Extraction: Legacy

██████67                                                                    3/17/2018 1:32:11 PM(UTC+0)

https://www.nationalreview.com/2018/03/russia-collusion-real-story-hillary-clinton-dnc-fbi-media/

Attachments:

5E72CF58-1798-41A0-A9E4-
3B59E67E6929.pluginPayloadAttachment
(Empty File)

9C25F9ED-FBB9-49E5-8E76-
9DD50C91E199.pluginPayloadAttachment
(Empty File)

Source Extraction: Legacy

██████67                                                                    3/23/2018 2:49:03 PM(UTC+0)

You free to catch up on a few items today?

Source Extraction: Legacy

██████52                                                                    3/23/2018 2:52:10 PM(UTC+0)

Yes. Need 10

Source Extraction: Legacy

██████67                                                                    3/23/2018 2:56:44 PM(UTC+0)

Ok
Call me on 917-562-0567

Source Extraction: Legacy

██████67                                                                    3/23/2018 7:07:23 PM(UTC+0)

I sent the AP article to your Aol address.

Source Extraction: Legacy

██████52                                                                    3/23/2018 7:08:01 PM(UTC+0)

K thx

Source Extraction: Legacy

██████67                                                                    3/28/2018 4:21:31 PM(UTC+0)

It is the same BS
It is my office director who is NOT aKGB or GRU operative

Source Extraction: Legacy

██████52                                                                    3/28/2018 4:21:56 PM(UTC+0)

Leaks and lies are unreal

Source Extraction: Legacy

██████52                                                                    3/28/2018 4:22:12 PM(UTC+0)

Flynn is gonna have plea withdraw

Source Extraction: Legacy

██████52                                                                    3/28/2018 4:22:17 PM(UTC+0)

Withdrawn

Source Extraction: Legacy

██████67                                                                    3/28/2018 4:26:57 PM(UTC+0)

You should speak with Herritage on Kilimnik. She has the info from others

Source Extraction: Legacy



████████52                                           3/28/2018 4:28:14 PM(UTC+0)

Ok.

**Source Extraction:** Legacy

████████52                                           3/28/2018 4:28:20 PM(UTC+0)

Any update on u?

**Source Extraction:** Legacy

████████67                                           3/28/2018 4:47:28 PM(UTC+0)

We are just plowing forward

**Source Extraction:** Legacy

████████52                                           3/28/2018 4:48:11 PM(UTC+0)

I don't like the way Mueller plays.

**Source Extraction:** Legacy

████████67                                           3/28/2018 4:48:12 PM(UTC+0)

We will use this latest BS to attack Weissman

**Source Extraction:** Legacy

████████67                                           3/28/2018 4:48:26 PM(UTC+0)

Slime ball

**Source Extraction:** Legacy

████████67                                           3/28/2018 4:48:33 PM(UTC+0)

Unethical

**Source Extraction:** Legacy

████████67                                           3/28/2018 4:48:38 PM(UTC+0)

Illegal

**Source Extraction:** Legacy

████████52                                           3/28/2018 4:48:50 PM(UTC+0)

Yup.

**Source Extraction:** Legacy

████████52                                           3/28/2018 4:49:00 PM(UTC+0)

Also never ending.

**Source Extraction:** Legacy

████████67                                           3/28/2018 4:49:09 PM(UTC+0)

Ugh
I know

**Source Extraction:** Legacy

████████52                                           3/28/2018 4:51:01 PM(UTC+0)

Sorry. This just sucks.

**Source Extraction:** Legacy



☆ ███████ 37 Paul Manafort                                    3/28/2018 4:47:28 PM(UTC+0)

We are just plowing forward

☆ ███████ 52 Sean Hannity                                     3/28/2018 4:48:11 PM(UTC+0)

I don't like the way Mueller plays.

☆ ███████ 37 Paul Manafort                                    3/28/2018 4:48:12 PM(UTC+0)

We will use this latest BS to attack Weissman

☆ ███████ 37 Paul Manafort                                    3/28/2018 4:48:26 PM(UTC+0)

Slime ball

☆ ███████ 37 Paul Manafort                                    3/28/2018 4:48:33 PM(UTC+0)

Unethical

☆ ███████ 37 Paul Manafort                                    3/28/2018 4:48:38 PM(UTC+0)

Illegal

☆ ███████ 52 Sean Hannity                                     3/28/2018 4:48:50 PM(UTC+0)

Yup.

☆ ███████ 52 Sean Hannity                                     3/28/2018 4:49:00 PM(UTC+0)

Also never ending.

☆ ███████ 37 Paul Manafort                                    3/28/2018 4:49:09 PM(UTC+0)

Ugh
I know

☆ ███████ 52 Sean Hannity                                     3/28/2018 4:51:01 PM(UTC+0)

Sorry. This just sucks.

☆ ███████ 37 Paul Manafort                                    4/10/2018 1:40:48 AM(UTC+0)

FYI
Victor Pinchuk is, and always has been, 100% in bag for Bill and Hillary. He siphoned millions into her campaign

☆ ███████ 52 Sean Hannity                                     4/10/2018 1:41:07 AM(UTC+0)

Yup

☆ ███████ 52 Sean Hannity                                     4/10/2018 1:41:12 AM(UTC+0)

How much he donate

☆ ███████ 37 Paul Manafort                                    4/10/2018 1:42:47 AM(UTC+0)

I am told they funneled over 25m into a variety of vehicles



███████ 52 Sean Hannity                                           4/10/2018 1:42:55 AM(UTC+0)
Yup

███████ 52 Sean Hannity                                           4/10/2018 1:42:56 AM(UTC+0)
I'm sure.

███████ 52 Sean Hannity                                           4/10/2018 1:43:04 AM(UTC+0)
What u think of today

███████ 57 Paul Manafort                                          4/10/2018 1:43:22 AM(UTC+0)
Outrageous

███████ 52 Sean Hannity                                           4/10/2018 1:44:32 AM(UTC+0)
Yup. Declaration of war n

███████ 52 Sean Hannity                                           4/10/2018 1:44:51 AM(UTC+0)
I've been arguing with Attorneys over mueller and Weismann

███████ 57 Paul Manafort                                          4/10/2018 1:44:51 AM(UTC+0)
They did something similar to me. Still have not returned all of my taint material seized, am still fighting over their action
against my FARA attorney

███████ 52 Sean Hannity                                           4/10/2018 1:45:23 AM(UTC+0)
They told me this would end in nov dec jan feb March..And now today

███████ 57 Paul Manafort                                          4/10/2018 1:45:46 AM(UTC+0)
They went to SDNY because of my motion to dismiss for exceeding authority

███████ 52 Sean Hannity                                           4/10/2018 1:45:54 AM(UTC+0)
U don't hire corrupt Weismann and do this unless u want blood to

███████ 52 Sean Hannity                                           4/10/2018 1:46:02 AM(UTC+0)
Yup.

███████ 52 Sean Hannity                                           4/10/2018 1:46:08 AM(UTC+0)
They r now colluding

███████ 57 Paul Manafort                                          4/10/2018 1:46:11 AM(UTC+0)
But this was a Mueller, AW RR plan

███████ 52 Sean Hannity                                           4/10/2018 1:46:19 AM(UTC+0)
Time to say F u and go to war

███████ 57 Paul Manafort                                          4/10/2018 1:46:25 AM(UTC+0)
Yes

███████ 52 Sean Hannity                                           4/10/2018 1:46:37 AM(UTC+0)
That's what will now happen.

███████ 52 Sean Hannity                                           4/10/2018 1:46:43 AM(UTC+0)
Then they will get Jared

███████ 52 Sean Hannity                                           4/10/2018 1:46:55 AM(UTC+0)
And try and get Potus to explode.



☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:07 AM(UTC+0)
Maximum damage to country. Deep state wins

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:14 AM(UTC+0)
And still no IG report

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:23 AM(UTC+0)
So f'ing corrupt

☆ | ◼◼◼ Paul Manafort | 4/10/2018 1:47:25 AM(UTC+0)
We argue this authority abuse on April 19

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:31 AM(UTC+0)
And media doesn't give a shit

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:44 AM(UTC+0)
These judges all seem vs u

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:54 AM(UTC+0)
I'm very concerned

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:47:59 AM(UTC+0)
On every level

☆ | ◼◼◼ Paul Manafort | 4/10/2018 1:48:48 AM(UTC+0)
Jackson is. We think we can score points in Va on these abuse issues
Do you know status of IG Report?

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:49:00 AM(UTC+0)
May.

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:49:20 AM(UTC+0)
Tonight i heard Memorial Day. Imagine hat

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:49:22 AM(UTC+0)
That

☆ | ◼◼◼ Paul Manafort | 4/10/2018 1:49:33 AM(UTC+0)
That is BS

☆ | ◼◼◼ Paul Manafort | 4/10/2018 1:49:55 AM(UTC+0)
Sessions is totally worthless

☆ | ▣ | ◼◼◼ Sean Hannity | 4/10/2018 1:51:40 AM(UTC+0)
Worthless

☆ | ◼◼◼ Paul Manafort | 4/10/2018 1:55:03 AM(UTC+0)
By the way Jackson denied me bail again today. Declared most of my hard assets couldnt be used, all on BS reasons.
Wants me to use my cash. which she knows i wont do because i need it for my legal defense. She is working with AW strategy to squeeze me.
So i may be stuck if i cant find about 2.5m.



███ SZ Sean Hannity                                            4/10/2018 1:56:43 AM(UTC+0)
It's horrible

███ SZ Sean Hannity                                            4/10/2018 1:56:50 AM(UTC+0)
Michael is a total mess

███ 57 Paul Manafort                                          4/10/2018 1:57:49 AM(UTC+0)
I am sure.
This is tough stuff they are doing to us.
I know exactly what he is going through

███ 57 Paul Manafort                                          4/12/2018 2:36:05 AM(UTC+0)
Great show tonight

███ SZ Sean Hannity                                            4/12/2018 2:36:07 AM(UTC+0)
Media freak out over Comey Clinton mueller crime families

███ 57 Paul Manafort                                          4/12/2018 2:36:09 AM(UTC+0)
TY for including Newt clip. Makes the right connection.
These guys started me me, but Cohen isnt the end

███ 57 Paul Manafort                                          4/12/2018 2:36:29 AM(UTC+0)
They are fascists

███ 57 Paul Manafort                                          4/12/2018 2:36:42 AM(UTC+0)
And true criminals

███ 57 Paul Manafort                                          4/12/2018 2:37:05 AM(UTC+0)
Sessions needs to get some balls

███ 57 Paul Manafort                                          4/12/2018 2:37:39 AM(UTC+0)
I loved your Crime Family theme. This is a winner

███ SZ Sean Hannity                                            4/12/2018 2:43:26 AM(UTC+0)
Hilarious. "Comey standard"

███ 57 Paul Manafort                                          4/12/2018 2:46:56 AM(UTC+0)
You are definitely " must watch TV"
You are so important to protecting our Constitution. I really mean it

███ SZ Sean Hannity                                            4/12/2018 2:54:03 AM(UTC+0)
Waiting for early am raid!!



7 Paul Manafort                                                             4/17/2018 12:45:40 PM(UTC+0)

Yesterday was a surreal day.

The media gang up on you makes no sense and is just more proof of how abusive the fake news media is. No one but the enemies care that you had some association with Cohen.

You put your case out there very clearly and succinctly last night.
I recommend that you now move on!

Your millions of fans and most Americans understand that this invasion of your privacy rights is abusive and wrong. You dont need to be defensive.

Mueller is a gestapo ops that is trampling on all our constitutional rights

He has violated my attorney-client rights twice so far :

1. The no knock search where they took clearly marked atty/client files;

2. Their forcing my FARA attorney to turn over clear atty/ client files and communications and forced her to give testimony on these matters.

Stay strong and stay on offense!

You are truly a key part to saving America from this Fascist attack on our constitutional rights!

7 Paul Manafort                                                             4/24/2018 1:41:26 PM(UTC+0)

Unbelievable that you are being attacked for investing in real estate.
They attacked me for the same thing. Jealousy.
Hang tough. You are truly leading the brigade that is saving America from the fascists!

3 Sean Hannity                                                             4/24/2018 2:06:40 PM(UTC+0)

I guess they don't like me much

7 Paul Manafort                                                             4/24/2018 2:07:40 PM(UTC+0)

Fear

7 Paul Manafort                                                             5/1/2018 2:25:54 PM(UTC+0)

Yesterday we filed our motion to investigate the illegal Govt leaks that have been ongoing for the last 18 months

7 Paul Manafort                                                             5/1/2018 2:27:31 PM(UTC+0)

It is a strong case showing specific examples of illegal leaks that are violating my constitutional rights.
We filed in EDVA DISTRICT COURT (Virginia)

7 Paul Manafort                                                             5/1/2018 2:27:53 PM(UTC+0)

We sent some materials to Jarrett

3 Sean Hannity                                                             5/1/2018 2:27:53 PM(UTC+0)

Good. Look at NYTIMES.

7 Paul Manafort                                                             5/1/2018 2:29:25 PM(UTC+0)

I did. Govt toApuzzo leaks is one of examples in our motion.
Ties into abuses by Deep State against me, Cohen, and DT

7 Paul Manafort                                                             5/1/2018 2:29:56 PM(UTC+0)

Oral arguments is where we will get even more specific

7 Paul Manafort                                                             5/3/2018 2:47:30 AM(UTC+0)

Great interview with Rudy tonight.

7 Paul Manafort                                                             5/3/2018 2:48:01 AM(UTC+0)

You are so important to saving our country



☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/3/2018 2:54:40 AM(UTC+0)

Hillary belongs in Jail

Sorry Jim your a liar

Witch hunt

Holy shit

Storm troopers.

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/3/2018 2:56:32 AM(UTC+0)

Paul I'm laying it all on the line. I know the truth.

That's how I roll.

☆ 　7 Paul Manafort　　　　　　　　　　　　　　　　　　　5/3/2018 3:28:28 AM(UTC+0)

I am really proud to be associated with you against these bad people

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/3/2018 3:29:18 AM(UTC+0)

These r bad people

☆ 　7 Paul Manafort　　　　　　　　　　　　　　　　　　　5/3/2018 3:31:32 AM(UTC+0)

And they are destroying our country

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/3/2018 3:33:02 AM(UTC+0)

Either we win or welcome to Venezuela or worse. Pure and simple

☆ 　7 Paul Manafort　　　　　　　　　　　　　　　　　　　5/3/2018 3:33:42 AM(UTC+0)

Which is why i will do all i can to fight them

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/3/2018 3:38:50 AM(UTC+0)

Paul everyone I meet tells me 2 things

Don't stop fighting

And they want to destroy u (me)

And I don't give a shit

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/4/2018 4:10:07 PM(UTC+0)

Huge win

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/4/2018 4:10:13 PM(UTC+0)

https://www.cnn.com/2018/05/04/politics/paul-manafort-hearing/index.html?sr=twCNN050418paul-manafort-hearing1131AMStory

Attachments:

02033CA4-7F17-4CFD-BA75-
D6E028D6C225 pluginPayloadAttachment
(Empty File)

96B8D3EC-EDD2-4856-9870-
955335B9DB89 pluginPayloadAttachment
(Empty File)

☆ 　7 Paul Manafort　　　　　　　　　　　　　　　　　　　5/4/2018 6:45:45 PM(UTC+0)

It was a big day. This Judge really came down hard on all the key points on illegal delegation, anti DT motives, improper over reach.
If he rules correctly, everyone benefits from me to DT to JK et all

☆ 　2 Sean Hannity　　　　　　　　　　　　　　　　　　　5/4/2018 7:02:31 PM(UTC+0)

Massive. Tune into radio now



☆ ▮▮▮▮▮ 57 Paul Manafort — 5/4/2018 7:18:05 PM(UTC+0)

I am listening

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:20:51 PM(UTC+0)

This is a turning point

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:20:54 PM(UTC+0)

Wow

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:26:52 PM(UTC+0)

Would you want to call in tonight???

☆ ▮▮▮▮▮ 57 Paul Manafort — 5/4/2018 7:26:01 PM(UTC+0)

You were great on radio

☆ ▮▮▮▮▮ 7 Paul Manafort — 5/4/2018 7:27:15 PM(UTC+0)

Next week i do my motion to tgrow out gag order as violation if my 1st amend rights.
I will win it
Then you are first appearance i do

☆ ▮▮▮▮▮ 57 Paul Manafort — 5/4/2018 7:28:38 PM(UTC+0)

I am told DT is pumped

☆ ▮▮▮▮▮ 57 Paul Manafort — 5/4/2018 7:28:47 PM(UTC+0)

Do you think you can use today to give my defense fund a promote?

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:28:34 PM(UTC+0)

Boom  good

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:29:44 PM(UTC+0)

He added to nra speech

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:30:08 PM(UTC+0)

When u and u lawyer r on. Yes

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:30:43 PM(UTC+0)

I need you to make the statement u need help.

Look at Caputo. He lost his house

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:31:05 PM(UTC+0)

These people r spending millions trying to smear me everyday

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:31:33 PM(UTC+0)

They r spending millions still paying Steele to prove the "dossier"

☆ ▮▮▮▮▮ 52 Sean Hannity — 5/4/2018 7:31:55 PM(UTC+0)

Liberal activists will stop at nothing to destroy this president

☆ ▮▮▮▮▮ 57 Paul Manafort — 5/4/2018 7:42:51 PM(UTC+0)

By the way it hasnt been reported yet but Ellis took a shot at Rosenstein today

☆ ▮▮▮▮▮ 57 Paul Manafort — 5/4/2018 7:43:25 PM(UTC+0)

He asked if RR HAS RECUSED himself



☆ 👤 2 Sean Hannity · 5/4/2018 7:54:05 PM(UTC+0)
Give me more details. In a few minutes I am getting what the judge requested today Do u have it?

☆ 👤 2 Sean Hannity · 5/4/2018 7:54:25 PM(UTC+0)
Tell me exactly what he said about RR

☆ 👤 2 Sean Hannity · 5/4/2018 7:57:25 PM(UTC+0)
??

☆ 7 Paul Manafort · 5/4/2018 8:03:55 PM(UTC+0)
Sorry was on phone.
Let me get for you

☆ 👤 2 Sean Hannity · 5/4/2018 8:06:44 PM(UTC+0)
I got it.

☆ 👤 2 Sean Hannity · 5/4/2018 8:07:22 PM(UTC+0)
Attachments:

IMG_0031.jpeg
(Empty File)

☆ 7 Paul Manafort · 5/4/2018 8:07:28 PM(UTC+0)
Are you saying you got Ellis' RR comment?

☆ 👤 2 Sean Hannity · 5/4/2018 8:07:44 PM(UTC+0)
Attachments:

IMG_0032.jpeg
(Empty File)

☆ 👤 2 Sean Hannity · 5/4/2018 8:08:15 PM(UTC+0)
Attachments:

IMG_0034.jpeg          IMG_0033.jpeg
(Empty File)          (Empty File)

☆ 7 Paul Manafort · 5/4/2018 8:11:36 PM(UTC+0)
This expose on Mueller is on Wall St today:

☆ 7 Paul Manafort · 5/4/2018 8:11:41 PM(UTC+0)

☆ 7 Paul Manafort · 5/4/2018 8:11:43 PM(UTC+0)

40



☆ [redacted] 7 Paul Manafort                                                                          5/4/2018 8:11:45 PM(UTC+0)

https://www.zerohedge.com/news/2018-05-03/exposed-naked-truth-about-robert-mueller

Attachments:

3C3973CE-575F-42B8-876F-                            36D0466A-0700-4CF2-BAB3-
6D99F881A969.pluginPayloadAttachment                 859F85B76324.pluginPayloadAttachment
(Empty File)                                         (Empty File)

☆ [redacted] 2 Sean Hannity                                                                          5/4/2018 10:21:00 PM(UTC+0)

https://tinyurl.com/y9wtjsqk

Attachments:

2BBECD57-7DFA-43BC-99D8-                             5159F51D-3B68-4F58-92AA-
A4F216828C00.pluginPayloadAttachment                 ECC8C198EFD7.pluginPayloadAttachment
(Empty File)                                         (Empty File)

☆ [redacted] 2 Sean Hannity                                                                          5/4/2018 10:21:08 PM(UTC+0)

https://docs.house.gov/meetings/IG/IG00/20180322/108023/HRPT-115-1_1-p1-U3.pdf

☆ [redacted] 2 Sean Hannity                                                                          5/4/2018 10:21:21 PM(UTC+0)

Look at what was redacted on pages 53-54 - no national security reason to redact that in the first place.

☆ [redacted] 7 Paul Manafort                                                                          5/4/2018 10:52:53 PM(UTC+0)

Pretty outrageous

☆ [redacted] 2 Sean Hannity                                                                          5/4/2018 10:55:46 PM(UTC+0)

Today is a turning point. Watch the show tonight. I just taped it

☆ [redacted] 7 Paul Manafort                                                                          5/4/2018 11:24:04 PM(UTC+0)

I def will watch

☆ [redacted] 2 Sean Hannity                                                                          5/5/2018 3:05:42 AM(UTC+0)

Read all 50 pages.  HOLY SHIT

☆ [redacted] 7 Paul Manafort                                                                          5/5/2018 3:32:51 AM(UTC+0)

What doc? The intel report?

☆ [redacted] 2 Sean Hannity                                                                          5/5/2018 4:07:37 AM(UTC+0)

No. The hearing Friday

☆ [redacted] 7 Paul Manafort                                                                          5/6/2018 12:19:29 PM(UTC+0)

Friday had more good things than  got covered

☆ [redacted] 2 Sean Hannity                                                                          5/6/2018 12:23:17 PM(UTC+0)

I have the transcript

☆ [redacted] 7 Paul Manafort                                                                          5/6/2018 2:00:06 PM(UTC+0)

Ellis took it to Drebeen from first moment.

☆ [redacted] 7 Paul Manafort                                                                          5/6/2018 2:00:35 PM(UTC+0)

Your overall thoughts after reading transcript?



■2 Sean Hannity                                          5/6/2018 2:46:49 PM(UTC+0)

Biggest beat down ever. I think u win on merits

■7 Paul Manafort                                        5/6/2018 3:01:14 PM(UTC+0)

It plays right I to your narrative.
You should get copy of leaks motion I filed last Monday in EDVA.
Traces false info leaks by USG/DOJ/OSC. Shows motive for malicious prosecution and get DT
We sent a copy to Jarrett.

■2 Sean Hannity                                         5/6/2018 3:01:59 PM(UTC+0)

Send me that

■2 Sean Hannity                                         5/6/2018 3:02:25 PM(UTC+0)

My monologue tomorrow is gonna be on this judge

■7 Paul Manafort                                        5/6/2018 3:02:41 PM(UTC+0)

Will do

■7 Paul Manafort                                        5/6/2018 3:04:04 PM(UTC+0)

By the way did you see what DC Court Judge ( a Trump appointee) did in case of OSC v 12 Russian companies?

■2 Sean Hannity                                         5/6/2018 3:04:22 PM(UTC+0)

Yes sir

■2 Sean Hannity                                         5/6/2018 3:04:26 PM(UTC+0)

Hitting that too

■7 Paul Manafort                                        5/6/2018 3:05:04 PM(UTC+0)

Discovery in my case and this case could blow lid on Mueller/ AW

■2 Sean Hannity                                         5/6/2018 3:05:22 PM(UTC+0)

Yes..

■2 Sean Hannity                                         5/6/2018 3:05:26 PM(UTC+0)

Agree

■2 Sean Hannity                                         5/6/2018 3:06:36 PM(UTC+0)

I was surprised your team didn't focus on the fact that Rosenstein gave the osc permission "POST RAID". July 26 vs August
2

■2 Sean Hannity                                         5/6/2018 3:07:16 PM(UTC+0)

Permission should have been granted long before they started this specific area of investigation

■2 Sean Hannity                                         5/6/2018 3:07:31 PM(UTC+0)

That's a huge point

■2 Sean Hannity                                         5/6/2018 3:08:39 PM(UTC+0)

Also imho a motion can be made citing Weismann's past ethical conduct.

■7 Paul Manafort                                        5/6/2018 3:09:43 PM(UTC+0)

That is the result of our motion.

Everything betw May 17 and Aug 2 is gone unless there is a specific delegation ( which there is not).
Ellis understands this point clearly. He rules the way he spoke and this is a part of his findings



☆     7 Paul Manafort     5/6/2018 3:10:12 PM(UTC+0)
The leaks memo sets up AW conduct

☆     7 Paul Manafort     5/6/2018 3:10:51 PM(UTC+0)
I will get to you. But Jarret should have it already. We sent to him on Monday or Tuesday

☆     2 Sean Hannity     5/6/2018 3:11:54 PM(UTC+0)
He wouldn't share that with me. So need from u guys

☆     7 Paul Manafort     5/6/2018 3:12:44 PM(UTC+0)
I will get it.
May have to send to your email address.

☆     2 Sean Hannity     5/6/2018 3:13:00 PM(UTC+0)
K.

☆     2 Sean Hannity     5/6/2018 3:13:09 PM(UTC+0)
Let me know if u need

☆     2 Sean Hannity     5/6/2018 3:13:28 PM(UTC+0)
Problem also for u is fighting on 2 fronts.

☆     7 Paul Manafort     5/6/2018 3:13:43 PM(UTC+0)
Aol.com right

☆     2 Sean Hannity     5/6/2018 3:13:54 PM(UTC+0)
Yes

☆     2 Sean Hannity     5/6/2018 3:13:58 PM(UTC+0)
Hannity

☆     7 Paul Manafort     5/6/2018 3:13:59 PM(UTC+0)
I chose the 2 fronts

☆     2 Sean Hannity     5/6/2018 3:14:09 PM(UTC+0)
Ok

☆     7 Paul Manafort     5/6/2018 3:14:23 PM(UTC+0)
Puts pressure on Judge Jacson and OSC

☆     7 Paul Manafort     5/6/2018 3:14:32 PM(UTC+0)
It was key to my strategy

☆     2 Sean Hannity     5/6/2018 3:14:56 PM(UTC+0)
If the DOJ notes are put out I am pretty certain the 2005-2007 a decision was made to NOT go after charges

☆     7 Paul Manafort     5/6/2018 3:15:27 PM(UTC+0)
AW flipped out when i told him i wouldn't waive jurisdiction and forced the case to be brought in EDVA

☆     2 Sean Hannity     5/6/2018 3:15:54 PM(UTC+0)
Got it



7 Paul Manafort                                           5/6/2018 3:15:08 PM(UTC+0)
I KNOW THAT IS TRUE
And so does Ellis.

2 Sean Hannity                                            5/6/2018 3:16:11 PM(UTC+0)
The judge is right. These prosecutors don't want to lose

2 Sean Hannity                                            5/6/2018 3:16:19 PM(UTC+0)
They lose all perspective

7 Paul Manafort                                           5/6/2018 3:16:40 PM(UTC+0)
AW knows DOJ and the Tax div said there was no case

2 Sean Hannity                                            5/6/2018 3:16:47 PM(UTC+0)
This is about u getting big squeezed on trump. The judge gets it

2 Sean Hannity                                            5/6/2018 3:17:32 PM(UTC+0)
Well he has not learned a thing then from the past. That's sad for the country.

7 Paul Manafort                                           5/6/2018 3:12:15 PM(UTC+0)
That is why EDVA didnt take action and refused to be part of OSC team. The only reason a lawyer from EDVA was present
on Friday is because DOJ - RR ordered them to send someone

2 Sean Hannity                                            5/6/2018 3:22:00 PM(UTC+0)
Makes sense. RM hired another Dem from that district recently

7 Paul Manafort                                           5/6/2018 3:21:25 PM(UTC+0)
Yes but only after RR instructed the uSAtty to allow it

2 Sean Hannity                                            5/6/2018 3:22:43 PM(UTC+0)
Yup.

2 Sean Hannity                                            5/6/2018 3:23:42 PM(UTC+0)
The raid was on the 26.  The investigation went on way ahead of that. The RR letter was August the second.

You cannot grant permission after the fact

7 Paul Manafort                                           5/6/2018 3:22:54 PM(UTC+0)
Exactly

7 Paul Manafort                                           5/6/2018 3:25:10 PM(UTC+0)
Plus AW knew the uSG refused to proceed on prior invest

2 Sean Hannity                                            5/6/2018 3:25:40 PM(UTC+0)
Yes to the judges point.

2 Sean Hannity                                            5/6/2018 3:25:54 PM(UTC+0)
I think this gets thrown out

2 Sean Hannity                                            5/6/2018 3:26:13 PM(UTC+0)
But that won't end it for throes people

2 Sean Hannity                                            5/6/2018 3:26:53 PM(UTC+0)
They will judge shop it to death



57 Paul Manafort — 5/6/2018 3:29:45 PM(UTC+0)
U r rifht

57 Paul Manafort — 5/6/2018 3:30:34 PM(UTC+0)
Off to church. My one outing for the day. Got to thank the MAN for Friday!

52 Sean Hannity — 5/6/2018 3:30:57 PM(UTC+0)
Amen

57 Paul Manafort — 5/6/2018 5:12:48 PM(UTC+0)
Just emailed you the Motion and articles

52 Sean Hannity — 5/6/2018 5:14:51 PM(UTC+0)
Thx

57 Paul Manafort — 5/6/2018 5:16:24 PM(UTC+0)

57 Paul Manafort — 5/7/2018 2:38:37 PM(UTC+0)
S
I have a favor to ask.
I am going live with both a GoFundMe  and Facebook defense fund sides tonight around 7:00pm.
Do you think you can do a tweet or a like to the site?

57 Paul Manafort — 5/7/2018 2:39:10 PM(UTC+0)
I need to draw traffic to it quickly.

57 Paul Manafort — 5/7/2018 2:39:58 PM(UTC+0)
Sydney Powell has agreed.
I am reaching out to others today too

52 Sean Hannity — 5/7/2018 3:19:22 PM(UTC+0)
Paul it may be problematic with Fox. I need to get the ok.  Hope u understand

57 Paul Manafort — 5/7/2018 3:33:48 PM(UTC+0)
Of course i do.

57 Paul Manafort — 5/7/2018 3:35:09 PM(UTC+0)
I am trying to identify ways to push the right kind of traffic to my site.
Any ideas are welcome

52 Sean Hannity — 5/7/2018 3:40:01 PM(UTC+0)
When your side gets out public u can absolutely.
Both my shows today are about Friday.

57 Paul Manafort — 5/7/2018 3:44:19 PM(UTC+0)
Any new thoughts on impact of Friday?

52 Sean Hannity — 5/7/2018 3:45:25 PM(UTC+0)
More in there.

52 Sean Hannity — 5/7/2018 3:45:36 PM(UTC+0)
Biggest beat down ever.



☆ ▪▪▪▪ 37 Paul Manafort                                      5/7/2018 3:45:51 PM(UTC+0)

I agree

☆ ▪▪▪▪ 37 Paul Manafort                                      5/7/2018 3:45:03 PM(UTC+0)

Best for me Ellis knows there were previous investigations and uS attorneys concluded those investigations did not merit indictments.

Ellis understands AW took dismissed matters and created crimes that did not existed using smears and prejudicial illegal leaks to create a narrative upon which to indict

☆ ▪▪▪▪ 37 Paul Manafort                                      5/7/2018 3:45:41 PM(UTC+0)

Coupled with illegal delegation by RR we get to good end

☆ ▪▪▪▪ 52 Sean Hannity                                       5/7/2018 3:50:42 PM(UTC+0)

It's awful

☆ ▪▪▪▪ 52 Sean Hannity                                       5/7/2018 3:51:01 PM(UTC+0)

https://www.nationalreview.com/2018/05/russia-report-redactions-cover-fbi-missteps/.

Attachments:

88EF9A97-E899-4EC0-9918-          1D145421-ABAB-49B5-96B5-
B7CC6746F7F2.pluginPayloadAttachment    F372BFA45A37.pluginPayloadAttachment
(Empty File)                  (Empty File)

☆ ▪▪▪▪ 37 Paul Manafort                                      5/7/2018 3:52:25 PM(UTC+0)

If i prevail with Ellis Flynn will benefit. And of course DT and Jarod.
The only loser will be Gates, and Mueller

☆ ▪▪▪▪ 52 Sean Hannity                                       5/7/2018 3:54:38 PM(UTC+0)

The whole thing stinks to high heaven.

And someone is being paid a lot of money to smear me. So corrupt typical and predictable

☆ ▪▪▪▪ 52 Sean Hannity                                       5/7/2018 4:34:39 PM(UTC+0)

When your lawyers make the point the OSC cannot act retroactively, the dates begin to matter.

Investigation began when?
July 26 raid
August 2 authorizations

I don't think that was clear enough

☆ ▪▪▪▪ 37 Paul Manafort                                      5/7/2018 8:22:37 PM(UTC+0)

Can you call me after your radio show.
I want to run something by you before your TV show tonight

☆ ▪▪▪▪ 52 Sean Hannity                                       5/7/2018 8:30:51 PM(UTC+0)

Sure

☆ ▪▪▪▪ 52 Sean Hannity                                       5/17/2018 11:04:38 PM(UTC+0)

When is the gag order lifted.

☆ ▪▪▪▪ 37 Paul Manafort                                      5/18/2018 12:54:18 AM(UTC+0)

I hope in mid June.
Next week we do our oral arguments in front of Ellis on Govt leaks.
This hearing ties into my motion to dismiss. Expose SC and the counter intel ops.

☆ ▪▪▪▪ 52 Sean Hannity                                       5/18/2018 12:54:38 AM(UTC+0)

Praying he won't cave



7 Paul Manafort                                      9/18/2018 1:28:52 AM(UTC+0)
That is 2 of us

2 Sean Hannity                                       5/18/2018 1:34:34 AM(UTC+0)
Brought up u case with Rudy

7 Paul Manafort                                      9/18/2018 1:49:52 AM(UTC+0)
Rudy seems to get it

2 Sean Hannity                                       5/18/2018 1:50:04 AM(UTC+0)
Yup

3 Sean Hannity                                       5/18/2018 1:50:57 AM(UTC+0)
I've had it

7 Paul Manafort                                      5/18/2018 1:51:06 AM(UTC+0)
I am watching interview now
I have you on 20 min delay

7 Paul Manafort                                      9/18/2018 1:51:21 AM(UTC+0)
My wife doesnt like the commercials

2 Sean Hannity                                       5/18/2018 1:51:37 AM(UTC+0)
For 8 weeks I've been vetted more than a presidential candidate

7 Paul Manafort                                      9/18/2018 1:51:39 AM(UTC+0)
She cant wait for your next segments

2 Sean Hannity                                       9/18/2018 1:52:09 AM(UTC+0)
Levin great. Rudy on his game

7 Paul Manafort                                      5/18/2018 1:52:17 AM(UTC+0)
You have broken the most impactful story in our lifetimes

3 Sean Hannity                                       5/18/2018 1:53:05 AM(UTC+0)
This is our country

7 Paul Manafort                                      9/18/2018 2:04:11 AM(UTC+0)
Great show tonight

2 Sean Hannity                                       5/18/2018 2:04:58 AM(UTC+0)
Thx bro

7 Paul Manafort                                      5/18/2018 2:05:48 AM(UTC+0)
TY my friend

2 Sean Hannity                                       5/18/2018 2:07:19 AM(UTC+0)
Ellis nailed it. Screws to make u sing. This is THE USA.
Now ex son in law?
How do they indict a company that never existed

2 Sean Hannity                                       5/18/2018 2:08:28 AM(UTC+0)
Call



☆ ▮▮▮ 7 Paul Manafort                                        5/15/2018 2:08:34 AM(UTC+0)

One of the best lines in this whole witch hunt was the lawyer fir the non existant Russian company

☆ ▮▮▮ 7 Paul Manafort                                        5/15/2018 2:08:35 AM(UTC+0)

Yes

☆  ▮▮▮ 2 Sean Hannity                                        5/21/2018 8:15:08 PM(UTC+0)

https://www.politico.com/blogs/under-the-radar/2018/05/21/mueller-virginia-case-special-assistant-us-attorneys-600777

Attachments

[file icon]                                    [file icon]

18668QAA-FBF2-4906-8D1C-                  887968FB-9446-46D0-8E47-
AB179C932488.pluginPayloadAttachment       D44CE7C35DF5.pluginPayloadAttachment
(Empty File)                               (Empty File)

☆ ▮▮▮ 7 Paul Manafort                                        5/21/2018 8:41:46 PM(UTC+0)

This is BS. Not accurate.

They were covered in Va recently - in last month.
Their exposure is from May 17 2017 failed delegation.

Cant be fixed retroactively

☆  ▮▮▮ 2 Sean Hannity                                        5/21/2018 8:42:33 PM(UTC+0)

Meaning raid July 26. Mandate expansion August 2?

☆ ▮▮▮ 7 Paul Manafort                                        5/21/2018 8:44:33 PM(UTC+0)

We dont know if anything was cured on Aug 2.
Fir sure everything BEFORE Aug 2 is tainted unless they can show proper delegation prior to Aug 2.
We dont think they can show it

☆ ▮▮▮ 7 Paul Manafort                                        5/22/2018 2:00:58 PM(UTC+0)

I made Sara Carter a center point in my Leaks motion reply last night.
My person has briefed her up.

☆  ▮▮▮ 2 Sean Hannity                                        5/22/2018 2:02:21 PM(UTC+0)

She told me

☆ ▮▮▮ 7 Paul Manafort                                        5/23/2018 1:46:18 AM(UTC+0)

Levin is right but he missed one point

The expansion of auth in EDVA does NOT cure the defective original delegation of authority.

So everything that Mueller did betw May 17 and at a minimum Aug 2 cannot be fixed.

☆ ▮▮▮ 7 Paul Manafort                                        5/23/2018 1:46:46 AM(UTC+0)

The Politico story misses this point

☆  ▮▮▮ 2 Sean Hannity                                        5/23/2018 1:48:02 AM(UTC+0)

That's what I have been saying. Mark is on to a great argument imho

☆ ▮▮▮ 7 Paul Manafort                                        5/23/2018 1:49:25 AM(UTC+0)

He is
This is what we argued to Ellis.
He seems to get if

☆  ▮▮▮ 2 Sean Hannity                                        5/23/2018 1:50:50 AM(UTC+0)

Good. Things are now shifting dramatically



57 Paul Manafort                                          3/23/2018 1:51:10 AM(UTC+0)

Thanks to you! And your team

57 Paul Manafort                                          5/30/2018 6:26:49 PM(UTC+0)

Attachments:

IMG_4831.jpeg
(Empty File)

57 Paul Manafort                                          6/5/2018 1:27:48 PM(UTC+0)

S
I know you know this but for the record:
This Mueller claim of jury tampering is a total lie.
It is the latest squeeze

57 Paul Manafort                                          6/5/2018 1:28:18 PM(UTC+0)

Just wanted you to hear from me on it

57 Paul Manafort                                          6/5/2018 2:17:14 PM(UTC+0)

This tactic is right out of AW's Merrill, AA and Enron playbook

57 Paul Manafort                                          6/5/2018 2:17:57 PM(UTC+0)

Right up there with predawn guns drawn, raid of my home

52 Sean Hannity                                          6/5/2018 2:24:00 PM(UTC+0)

Ok.  Got it. Understand. These real crimes committed and ignored disgust me.

Fisa HRC

57 Paul Manafort                                          6/5/2018 2:28:55 PM(UTC+0)