# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No. 17-00201 (ABJ)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **Paul J. Manafort, Jr.** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Deborah A. Curtis is withdrawing her appearance as counsel on this case because effective September 28, 2019, she will no longer be employed with the U.S. Department of Justice.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:  _____/s/_____
Deborah A. Curtis
Assistant U.S. Attorney
CA Bar No. 172208
555 4th Street, N.W.
Washington, D.C.  20530