UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:17-cr-201-1-ABJ |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |
| IN RE: PETITIONS FOR RELIEF CONCERNING CONSENT ORDER OF FORFEITURE | ) Case No. 1:18-mc-00167-ABJ |

**ORDER TERMINATING ANCILLARY PROCEEDINGS**

Upon consideration of the United States' Motion to Dismiss Properties and to Terminate Ancillary Proceedings, in which it seeks dismissal of this Court's March 13, 2019, preliminary order of forfeiture with respect to all properties for which no final order of forfeiture has been entered in light of the December 23, 2020, pardon of Defendant Paul J. Manafort, Jr., it is:

**ORDERED** that the motion is hereby **GRANTED**, and that this Court's March 13, 2019, Order of Forfeiture is **VACATED** with respect to the properties identified in paragraphs 2(a), (c), (d), and (h), as follows:

a) The real property and premises commonly known as 377 Union Street, Brooklyn, New York 11231 (Block 429, Lot 65), including all appurtenances, improvements, and attachments thereon, and any property traceable thereto;

c) The real property and premises commonly known as 174 Jobs Lane, Water Mill, New York 11976, including all appurtenances, improvements, and attachments thereon, and any property traceable thereto;

d) All funds held in account number XXXXXX0969 at The Federal Savings Bank, and any property traceable thereto;

1

    h) The real property and premises commonly known as 123 Baxter Street, #5D, New York, New York 10016.

It is **FURTHER ORDERED** that the United States shall maintain the funds enumerated in paragraph 2(d) in the Seized Assets Deposit Fund of the United States Department of Justice until further Order of the Court regarding the legal owner of the funds to whom the funds should be released.

It is **FURTHER ORDERED** that the Petitions of Woodlawn, LLC, The Federal Savings Bank, National Bancorp Holdings, Inc. and Christopher Doyle (Mc. Dkt. Nos. 8, 9, 14, 15, 17, 20, 21) are **DISMISSED** as moot;

It is **FURTHER ORDERED** that the ancillary proceedings regarding the March 13, 2019, Order are **HEREBY TERMINATED** and all discovery deadlines and pending motions in the ancillary proceedings are **DISMISSED** and **VACATED**.

**SO ORDERED**.

Dated this  26th  day of  February, 2021.

_____
**THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE**