# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>Defendant. )<br>)   | Case No. 17-cr-201-1-ABJ |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Daniel H. Claman as counsel for the Government in the above-captioned matter.

Date: September 16, 2022

*/s/Daniel H.Claman*
Daniel H. Claman
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
Daniel.Claman@usdoj.gov
Telephone: (202) 514-1263